## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELLA MONTESANO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No. 20-cv-1496 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER APPOINTING INTERIM CLASS COUNSEL

This matter is before the Court on Plaintiff's unopposed Motion for Appointment of Interim Class Counsel. Plaintiff requests that the Court appoint Eric M. Poulin and Roy T. Willey, IV of Anastopoulo Law Firm as lead interim class counsel and Curtis A. Boykin and Frederick A. Douglas of Douglas & Boykin as interim liaison class counsel in this matter on behalf of the putative Classes.

Having reviewed the Motion and supporting Memorandum, the Court finds that proposed Interim Class Counsel have done significant work identifying and investigating potential claims in this action; have the experience necessary to protect the best interests of the putative Classes; possess sufficient knowledge of the applicable law; and are willing and able to commit the resources necessary to adequately represent the putative Classes. It is clear to the Court that the Anastopoulo Law Firm has the resources, team, and extensive experience to prosecute this case in the best interest of the class. Likewise, Douglas & Boykin PLLC has extensive experience, dedicated local knowledge, and has already done significant work on behalf of the Plaintiff and

putative Classes. As a result, these two firms, and specifically Eric M. Poulin, Roy T. Willey, Curtis A. Boykin and Frederick A. Douglas will represent the putative class well, and with vigor.

The Court further finds that early identification and appointment of interim Class Counsel is in the best interests of the parties and of judicial economy. Such appointment will establish a clear leadership structure on the Plaintiff's side, will allow Defendant and Defendant's counsel clear direction with respect to Plaintiff's Counsel's authority to negotiate and enter into stipulations, confer with respect to deadlines and other issues, and agree to Court required discovery plans. Furthermore, such interim appointment will ensure that the members of the putative Classes are adequately protected up to and until the Court's final determination on whether or not to certify the Class. Accordingly,

**IT IS ORDERD** that Eric M. Poulin and Roy T. Willey, IV of Anastopoulo Law Firm, LLC be and are appointed lead interim class counsel in this matter;

**IT IS FURTHER ORDERED** that Curtis A. Boykin and Frederick A. Douglas be and are appointed interim liaison counsel in this matter.

**IT IS FURTHER ORDERED** that Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Lead Counsel.

Defendant's counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs.

**IT IS FURTHER ORDERD** that, in the event a future case that arises out of the same subject matter as the above captioned action is hereafter filed in this Court or transferred from another court, defense counsel shall promptly serve a copy of this Order on the attorneys for the plaintiff(s) in the newly filed case and promptly notify the Court so it may determine if the newly filed case should be consolidated in the Consolidated Action.

**IT IS FURTHER ORDERED** that Defendant has not waived any defenses to this action, including its right to later contest class certification, by not contesting interim appointment.

**IT IS SO ORDERED.**

July 31, 2020

_____
The Honorable Dabney L. Friedrich