UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELLA MONTESANO, individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civ. Action No. 1:20-cv-01496-DLF<br>)<br>) |
| THE CATHOLIC UNIVERSITY OF AMERICA, | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY**

The Catholic University of America provides this submission to notify the Court of the opinion in *Crawford v. The Presidents and Directors of Georgetown College* and *Qureshi v. American University*. The decision bears directly on the issues in Catholic's pending motion to dismiss and is attached as Exhibit A.

Applying D.C. law, Judge Cooper dismissed tuition refund claims filed against Georgetown and American on the basis that neither set of plaintiffs plausibly alleged a breach of an express or implied contractual promise "to provide in-person education throughout the semester, even resolving all ambiguities in the students' favor." Ex. A at 13-14; *cf.* MTD 7-10; MTD Reply 3-4. Instead, "[g]iven the lack of a textual hook for the purported agreement to educate students on campus, it stretches the bounds of plausibility to infer that a reasonable student would believe the universities had made an unequivocal promise to do so." *Id.* at 15. That was due in part to the fact that both universities—like Catholic here—have "broadly worded reservation of rights." *Id.* at 15-16; MTD 16-17; MTD Reply 6-9. The court also dismissed all of plaintiffs' fee-based contract claims, concluding that the plaintiffs did not

plausibly allege that Georgetown or American failed to provide services outlined for each of the fees charged.  Ex. A at 25-29.

     Finally, the court concluded that the plaintiffs' unjust enrichment claims were barred both because a valid and enforceable contract between the parties covered the subject matter in dispute and the plaintiffs "fail to allege facts that, if proven, would make it unjust under the circumstances for the universities to retain" the tuition and fees paid by the plaintiffs.  Ex. A at 20-21, 29-30; MTD 22-23; MTD Reply 13-15.

Dated:  May 9, 2021            Respectfully submitted,

                                             /s/ Alan Schoenfeld
                                             Bruce M. Berman
                                             WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                             1875 Pennsylvania Avenue, NW
                                             Washington, DC 20006
                                             Tel.: (202) 663-6006
                                             bruce.berman@wilmerhale.com

                                             Alan E. Schoenfeld
                                             WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, NY 10007
                                             Tel.: (212) 937-7294
                                             alan.schoenfeld@wilmerhale.com

                                             *Attorneys for The Catholic University of America*