**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Haley Gustavson, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>The Catholic University of America,<br><br>*Defendant*. | Civil Action No. 1:20-cv-01496-DLF |

### JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS

Plaintiff Haley Gustavson ("Plaintiff"), individually and on behalf others similarly situated, and The Catholic University of America ("Catholic") (collectively, the "Parties") provide this joint status report pursuant to the Court's March 15, 2024 Minute Order. The Parties are continuing to work on finalizing settlement papers and jointly move this Court to continue the stay in this case for another 30 days to allow plaintiff time to prepare a motion for preliminary approval of the settlement. In support of their motion, the Parties state as follows:

1.      On November 15, 2023, the Parties filed a Joint Motion to Stay Proceedings asking the Court stay the case until March 8, 2024 to allow them to discuss settlement.

2.      The Court granted the motion that same day.

3.      On November 28, 2023, the Parties filed a joint motion for a mediation referral to Judge Harvey.

4.      The next day, the Court granted the motion and referred the case to Judge Harvey for mediation until March 17, 2024. The Court directed the Parties to report to the Court on or before March 17, 2024, as to the status of the mediation.

5.      On March 15, 2024, the Parties reported that they were actively drafting and negotiating settlement papers and requested that the Court continue to stay the case.

6.      In a March 15, 2024 Minute Order, the Court granted the Parties' motion for a continued stay and directed the Parties to report to the Court on or before April 14, 2024 (which fell on a Sunday) regarding the status of settlement.

7.      The Parties continue to draft and negotiate settlement papers.

Accordingly, for the reasons provided above, and for good cause shown, the Parties respectfully request that the Court continue the stay in this case for another 30 days to allow the Parties time to enter into a written settlement agreement and plaintiff time to prepare a motion for preliminary approval of the settlement, and grant them all such other relief as the Court deems necessary and appropriate.

Dated: April 15, 2024                          Respectfully submitted,

By: /s/ Paul Doolittle                          By:   /s/ Scott L. Winkelman

**DOUGLAS & BOYKIN PLLC**                        **CROWELL & MORING LLP**
Curtis A. Boykin, Esq., DC Bar No. 444120        Tracy A. Roman
1850 M Street, NW, Ste. 640                      Laurel Pyke Malson
Washington, DC 20036-5836                        Scott L. Winkelman
Telephone: (202) 776-0370                        1001 Pennsylvania Avenue, N.W.
Facsimile: (202) 776-0975                        Washington, DC 20004-2595
Email: caboykin@douglasboykin.com                Telephone: (202) 624-2651
                                                 Facsimile: (202) 628-5116
**POULIN | WILLEY | ANASTOPOULO,**               troman@crowell.com
**LLC**                                          lmalson@crowell.com
Eric M. Poulin (admitted pro hac vice)           swinkelman@crowell.com
Roy T. Willey, IV (admitted pro hac vice)        aheaven@crowell.com
Paul Doolittle (admitted pro hac vice)
Blake G. Abbott (admitted pro hac vice)          *Attorneys for Defendant*
32 Ann Street Charleston, SC 29403               *The Catholic University of America*
Telephone: (843) 614-8888
Email: eric@akimlawfirm.com
roy@akimlawfirm.com
paul@akimlawfirm.com
blake@akimlawfirm.com

*Attorneys for Plaintiff and the Proposed Class*