IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Haley Gustavson, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>The Catholic University of America,<br><br>*Defendant*. | Civil Action No. 1:20-cv-01496-DLF |

**JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS**

Plaintiff Haley Gustavson ("Plaintiff"), individually and on behalf others similarly situated, and The Catholic University of America ("Catholic") (collectively, the "Parties") provide this joint status report pursuant to the Court's April 15, 2024 Minute Order. The Parties are continuing to work on finalizing settlement papers and jointly move this Court to continue the stay in this case for another 30 days to allow the Parties time to finalize the settlement papers and plaintiff time to prepare a motion for preliminary approval of the settlement. In support of their motion, the Parties state as follows:

1. On November 15, 2023, the Parties filed a Joint Motion to Stay Proceedings asking the Court stay the case until March 8, 2024 to allow them to discuss settlement.

2. The Court granted the motion that same day.

3. On November 28, 2023, the Parties filed a joint motion for a mediation referral to Judge Harvey. On November 29, 2023 the Court granted the motion and referred the case to Judge Harvey for mediation and stayed the case until March 17, 2024. The Court directed the Parties to report to the Court on or before March 17, 2024, as to the status of the mediation.

4. On March 15, 2024, the Parties reported that they were actively drafting and negotiating settlement papers and requested that the Court continue to stay the case.

5. In a March 15, 2024 Minute Order, the Court granted the Parties' motion for a continued stay and directed the Parties to report to the Court on or before April 14, 2024 (which fell on a Sunday) regarding the status of settlement.

6. On April 15, 2024, the Parties reported that they were continuing to draft and negotiate settlement papers and requested an additional stay until May 15, 2024 to make further progress.

7. In an April 15, 2024 Minute Order, the granted the Parties' motion for a continued stay and directed the Parties to report to the Court on or before May 15, 2024 regarding the status of settlement.

8. The Parties continue to draft and negotiate settlement papers.

Accordingly, for the reasons provided above, and for good cause shown, the Parties respectfully request that the Court continue the stay in this case for another 30 days to allow the Parties time to enter into a written settlement agreement and plaintiff time to prepare a motion for preliminary approval of the settlement, and grant them all such other relief as the Court deems necessary and appropriate.

Dated: May 15, 2024                             Respectfully submitted,

By: /s/ Paul Doolittle                          By: /s/ Tracy A. Roman

**DOUGLAS & BOYKIN PLLC**                       **CROWELL & MORING LLP**
Curtis A. Boykin, Esq., DC Bar No. 444120       Tracy A. Roman
1850 M Street, NW, Ste. 640                     Laurel Pyke Malson
Washington, DC 20036-5836                       Scott L. Winkelman
Telephone: (202) 776-0370                       1001 Pennsylvania Avenue, N.W.
Facsimile: (202) 776-0975                       Washington, DC 20004-2595
Email: caboykin@douglasboykin.com               Telephone: (202) 624-2651
                                                Facsimile: (202) 628-5116

| | |
|---|---|
| **POULIN \| WILLEY \| ANASTOPOULO, LLC**<br>Eric M. Poulin (admitted pro hac vice)<br>Roy T. Willey, IV (admitted pro hac vice)<br>Paul Doolittle (admitted pro hac vice)<br>Blake G. Abbott (admitted pro hac vice)<br>32 Ann Street Charleston, SC 29403<br>Telephone: (843) 614-8888<br>Email: eric@akimlawfirm.com<br>roy@akimlawfirm.com<br>paul@akimlawfirm.com<br>blake@akimlawfirm.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | troman@crowell.com<br>lmalson@crowell.com<br>swinkelman@crowell.com<br>aheaven@crowell.com<br><br>*Attorneys for Defendant*<br>*The Catholic University of America* |