# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Haley Gustavson, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>The Catholic University of America,<br><br>*Defendant*. | Civil Action No. 1:20-cv-01496-DLF |

## JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS

Plaintiff Haley Gustavson ("Plaintiff"), individually and on behalf others similarly situated, and The Catholic University of America ("Catholic") (collectively, the "Parties") provide this joint status report pursuant to the Court's July 15, 2024 Minute Order. The Parties have reached an agreement on all material terms of a class action settlement and are in the process of obtaining signatures on the settlement agreement and jointly move this Court to continue the stay in this case for another 14 days to allow the Parties time to do the same. Plaintiff intends to move for preliminary approval no later than August 28, 2024. In support of their motion, the Parties state as follows:

1. On November 15, 2023, the Parties filed a Joint Motion to Stay Proceedings asking the Court stay the case until March 8, 2024 to allow them to discuss settlement.

2. The Court granted the motion that same day.

3. On November 28, 2023, the Parties filed a joint motion for a mediation referral to Judge Harvey. On November 29, 2023 the Court granted the motion and referred the case to

Judge Harvey for mediation and stayed the case until March 17, 2024. The Court directed the Parties to report to the Court on or before March 17, 2024, as to the status of the mediation.

4. On March 15, 2024, the Parties reported that they were actively drafting and negotiating settlement papers and requested that the Court continue to stay the case.

5. In March 15, 2024 Minute Order, the Court granted the Parties' motion for a continued stay and directed the Parties to report to the Court on or before April 14, 2024 (which fell on a Sunday) regarding the status of settlement.

6. On April 15, 2024, the Parties reported that they were continuing to draft and negotiate settlement papers and requested an additional stay until May 15, 2024 to make further progress.

7. In an April 15, 2024 Minute Order, the Court granted the Parties' Motion for a continued stay and directed the Parties to report to the Court on or before May 15, 2024 regarding the status of settlement.

8. On May 15, 2024, the Parties reported that they were actively working on finalizing settlement papers and requested that the Court continue to stay the case.

9. In a May 15, 2024 Minute Order, the Court granted the Parties' Motion for a continued stay and directed the Parties to report to the Court on or before June 14, 2024.

10. On June 14, 2024, the Parties reported that they have reached an agreement on all material terms of a settlement and are in the process of finalizing a settlement agreement, after which Plaintiff would file a Motion for Preliminary Approval of the settlement. The Parties also requested that the Court continue to stay the case.

11. In a June 14, 2024 Minute Order, the Court granted the Parties' Motion for a continued stay and directed the Parties to report to the Court on or before July 15, 2024.

12. On July 15, 2024, the Parties reported that they have reached an agreement on all material terms of a settlement and are in the process of finalizing the settlement documents, after which Plaintiff would file a Motion for Preliminary Approval of the settlement. The Parties also requested that the Court continue to stay the case.

13. In a July 15, 2024 Minute Order, the Court granted the Parties' Motion for a continued stay and directed the Parties to report to the Court on or before August 14, 2024.

14. The Parties are currently in the process of securing signatures on the settlement agreement from their respective clients.

Accordingly, for the reasons provided above, and for good cause shown, the Parties respectfully request that the Court continue the stay in this case for another 14 days to allow the Parties time to execute the settlement agreement and grant them all such other relief as the Court deems necessary and appropriate. Plaintiff will file her Motion for Preliminary Approval no later than August 28, 2024.

Dated: August 14, 2024　　　　　　　　　　　Respectfully submitted,

By: */s/ Paul Doolittle*　　　　　　　　　　　By: */s/ Tracy A. Roman*

**DOUGLAS & BOYKIN PLLC**
Curtis A. Boykin, Esq., DC Bar No. 444120
1850 M Street, NW, Ste. 640
Washington, DC 20036-5836
Telephone: (202) 776-0370
Facsimile: (202) 776-0975
Email: caboykin@douglasboykin.com

**POULIN | WILLEY | ANASTOPOULO, LLC**
Eric M. Poulin (admitted pro hac vice)
Roy T. Willey, IV (admitted pro hac vice)
Paul Doolittle (admitted pro hac vice)
Blake G. Abbott (admitted pro hac vice)
32 Ann Street Charleston, SC 29403
Telephone: (843) 614-8888

**CROWELL & MORING LLP**
Tracy A. Roman
Scott L. Winkelman
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2651
Facsimile: (202) 628-5116
troman@crowell.com
swinkelman@crowell.com

*Attorneys for Defendant*
*The Catholic University of America*

Email: eric@akimlawfirm.com
roy@akimlawfirm.com
paul@akimlawfirm.com
blake@akimlawfirm.com

*Attorneys for Plaintiff and the Proposed Class*