### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALEY GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>*Defendant*. | Civil Action No. 1:20-CV-01496 |

### NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Paul Doolittle and the exhibits attached thereto; and (3) the Declaration of Haley Gustavson, Plaintiff Haley Gustavson will move this Court, before the Honorable Dabney L. Friedrich, United States Circuit Court Judge, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C., for an Order, pursuant to Federal Rule of Civil Procedure 23(h) approving attorneys' fees of one-third of the Settlement Fund, or $666,666.66, reimbursing attorneys' costs and expenses of $ 144,808.38, as well as awarding an incentive award of $7,500 for Plaintiff Haley Gustavson and granting such other, further, or different relief as the court deems just and proper.

* * *

A Proposed Order is submitted herewith.

Dated: December 5, 2024

Respectfully submitted,

      */s/ Paul Doolittle*
**POULIN | WILLEY | ANASTOPOULO, LLC**
Eric M. Poulin (admitted *pro hac vice*)
Roy T. Willey, IV (admitted *pro hac vice*)
Paul Doolittle (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
(843) 614-8888
eric@akimlawfirm.com
roy@akimlawfirm.com
pauld@akimlawfirm.com

**DOUGLAS & BOYKIN, PLLC**
Curtis A. Boykin (Bar No. 444120)
1850 M Street, NW, Suite 640
Washington, DC 20036-5836
Telephone: (202) 776-0370
Facsimile: (202) 776-0975
Email: caboykin@douglasboykin.com
*Attorneys for Plaintiff and Putative Class*