| Date | Name | Case | Time | Notes |
|------|------|------|------|-------|
| 7/21/2022 | Abigail | Catholic University | | |
| 7/25/2022 | Abigail | Catholic University | 1.8 | intake, etc. |
| 7/25/2022 | Abigail | Catholic University | 4.8 | Draft Complaint |
| 7/27/2022 | Abigail | Catholic University | 0.1 | f/u email to client re: reviews |
| 7/27/2022 | Abigail | Catholic University | 0.1 | Call to client re: complaint dr |
| 7/29/2022 | Abigail | Catholic University | 0.3 | Opened Catholic University c |
| 8/2/2022 | Abigail | Catholic University | 1 | Edits to complaint, review cli |
| 8/5/2022 | Abigail | Catholic University | 0.1 | Email with local counsel re: f |
| 8/5/2022 | Abigail | Catholic University | 0.1 | Email with local counsel re: r |
| 8/5/2022 | Abigail | Catholic University | 0.1 | Email re: Judge & PHV |
| 8/5/2022 | Abigail | Catholic University | 0.2 | Review FileIT of filed docume |
| 8/7/2022 | Abigail | Catholic University | 0.2 | Review PHV and email to loca |
| 8/8/2022 | Abigail | Catholic University | 0.1 | Finalize PHV & email to local |
| 8/8/2022 | Abigail | Catholic University | 0.1 | Review email from LaQuonda |
| 8/8/2022 | Abigail | Catholic University | 0.1 | Update email from client |
| 8/12/2022 | Abigail | Catholic University | 0.2 | Upload local rules & supplen |
| 8/18/2022 | Abigail | Catholic University | 0.2 | Email documents and respor |
| 8/18/2022 | Abigail | Catholic University | 0.2 | Review service email and upc |
| 8/18/2022 | Abigail | Catholic University | 0.1 | Receive and review threaded |
| 8/19/2022 | Abigail | Catholic University | 0.1 | Receive and review correspo |
| 8/19/2022 | Abigail | Catholic University | 0.1 | Receive Judge reassignment |
| 8/19/2022 | Abigail | Catholic University | 0.2 | Review order granting pro ha |
| 8/22/2022 | Abigail | Catholic University | 0.1 | Received email |
| 8/24/2022 | Abigail | Catholic University | 0.1 | Received email |
| 8/24/2022 | Abigail | Catholic University | 0.4 | Drafted NOA for Eric & Roy re |
| 8/24/2022 | Abigail | Catholic University | 0.1 | Added reassigned judge to TV |
| 8/24/2022 | Abigail | Catholic University | 0.3 | Review PHV Orders and resea |
| 8/30/2022 | Abigail | Catholic University | 0.1 | Review NOAs and Approve re |
| 9/2/2022 | Abigail | Catholic University | 0.2 | Review and file NOA |
| 9/6/2022 | Abigail | Catholic University | 0.1 | NOA filing with Roy |
| 9/6/2022 | Abigail | Catholic University | 0.3 | Review and file NOA for Roy |
| 9/7/2022 | Abigail | Catholic University | 0.2 | Updated judge information ir |
| 9/7/2022 | Abigail | Catholic University | 0.1 | NOA filing with Jarrett |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Review email from LaQuonda |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Email re: case reassignment |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Receive and review email re a |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Receive and review email re: |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Receive and review order of j |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Receive and review order re: |
| 9/7/2022 | Abigail | Catholic University | 0.1 | Review Case Reassignment J |

| Date | | | | Description |
|---|---|---|---|---|
| 9/7/2022 | Abigail | Catholic University | 0.1 | NOAs - filed |
| 9/13/2022 | Abigail | Catholic University | 0.1 | Email re: Corporate Entity Nc |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Email re: responsive pleading |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Email from local counsel re: s |
| 9/14/2022 | Abigail | Catholic University | 0.3 | Updated calendar/docket |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Email re: updated calendar/c |
| 9/14/2022 | Abigail | Catholic University | 1.3 | Draft Rule 23 Motion |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Email from Jarrett re: calenda |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Review NOA |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Receive and review notice of |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Review and respond to email |
| 9/14/2022 | Abigail | Catholic University | 0.1 | REceive and review RW call s |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Receive and review emails re |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Review court filing email NO/ |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Review and response to new |
| 9/14/2022 | Abigail | Catholic University | 0.2 | Call with new opposing coun |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Email with opposing counsel |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Email to Jarrett re: priority on |
| 9/14/2022 | Abigail | Catholic University | 0.1 | Review motion for extension |
| 9/21/2022 | Abigail | Catholic University | 0.1 | Receive notice of appearanc |
| 9/27/2022 | Abigail | Catholic University | 0.1 | Review corporate disclosure |
| 9/28/2022 | Abigail | Catholic University | 0.2 | Review emails re: Roy/OC |
| 9/28/2022 | Abigail | Catholic University | 2.5 | Drafted interim appointment |
| 9/28/2022 | Abigail | Catholic University | 0.1 | Email re: NOA |
| 9/28/2022 | Abigail | Catholic University | 0.1 | Email re: 26.1 Certificate of L |
| 9/28/2022 | Abigail | Catholic University | 0.1 | Email re: Motion for Extensio |
| 9/28/2022 | Abigail | Catholic University | 0.2 | Update calendar re: D's exte |
| 9/29/2022 | Abigail | Catholic University | 0.1 | Review order granting extens |
| 10/2/2022 | Abigail | Catholic University | 0.1 | Review email re: NOA |
| 10/2/2022 | Abigail | Catholic University | 0.1 | Receive and review certificat |
| 10/5/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/5/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/5/2022 | Abigail | Catholic University | 0.1 | Receive and reivew notice of |
| 10/5/2022 | Abigail | Catholic University | 0.1 | Receive and review motion fc |
| 10/5/2022 | Abigail | Catholic University | 0.1 | Receive and review notice of |
| 10/6/2022 | Abigail | Catholic University | 0.1 | Receive and review order gra |
| 10/7/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/7/2022 | Abigail | Catholic University | 0.1 | Email from Court re: motion t |
| 10/7/2022 | Abigail | Catholic University | 0.1 | Email from Court re: Motion t |
| 10/10/2022 | Abigail | Catholic University | 0.1 | Email from Court re: Motion t |
| 10/10/2022 | Abigail | Catholic University | 0.1 | Review FileIT Upload NOA Dc |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 10/10/2022 | Abigail | Catholic University | 0.1 | Email from Court re: Disclos |
| 10/10/2022 | Abigail | Catholic University | 0.1 | Received court email NOA Tr |
| 10/10/2022 | Abigail | Catholic University | 0.8 | Edit motion for interim appoi |
| 10/10/2022 | Abigail | Catholic University | 0.1 | Email from court re: NOA |
| 10/11/2022 | Abigail | Catholic University | 0.2 | Review FileIt emails |
| 10/11/2022 | Abigail | Catholic University | 0.2 | Review Eric's email/edits to i |
| 10/12/2022 | Abigail | Catholic University | 0.1 | Receive and review notice of |
| 10/12/2022 | Abigail | Catholic University | 0.1 | Review emails re: court filing |
| 10/12/2022 | Abigail | Catholic University | 0.1 | Review FileIT Documents |
| 10/12/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/12/2022 | Abigail | Catholic University | 0.6 | Review Draft Motion for Inter |
| 10/13/2022 | Abigail | Catholic University | 0.1 | cc on email to local counsel |
| 10/14/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/19/2022 | Abigail | Catholic University | 0.1 | Email to local counsel re: int |
| 10/19/2022 | Abigail | Catholic University | 0.1 | Approval from local counsel |
| 10/20/2022 | Abigail | Catholic University | 0.2 | Review emails re: reviewing |
| 10/20/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/21/2022 | Abigail | Catholic University | 0.1 | Email re: approval on Catholi |
| 10/24/2022 | Abigail | Catholic University | 0.1 | Receive and review email fro |
| 10/25/2022 | Abigail | Catholic University | 0.1 | Receive and review email re: |
| 10/25/2022 | Abigail | Catholic University | 1.7 | Finalize edits for Mot. for App |
| 10/25/2022 | Abigail | Catholic University | 1.5 | Finalized edits on Motion for |
| 10/25/2022 | Abigail | Catholic University | 1.2 | Finalize Catholic motion for E |
| 10/25/2022 | Abigail | Catholic University | 0.1 | Email re: draft ready to send |
| 10/25/2022 | Abigail | Catholic University | 0.1 | Email and response re: appro |
| 10/25/2022 | Abigail | Catholic University | 0.6 | Finalize motion for appointm |
| 10/25/2022 | Abigail | Catholic University | 0.1 | Send appointment motion to |
| 10/25/2022 | Abigail | Catholic University | 0.6 | Update/Review TOC/TOA |
| 10/26/2022 | Abigail | Catholic University | 0.1 | Email from Eric re: Final Moti |
| 10/26/2022 | Abigail | Catholic University | 0.1 | Email confirm TOC and TOA |
| 10/26/2022 | Abigail | Catholic University | 0.3 | Review email to LC with filing |
| 10/27/2022 | Abigail | Catholic University | 0.1 | Court email re: Motino to App |
| 10/28/2022 | Abigail | Catholic University | 0.1 | Email from LC re: receive mo |
| 10/28/2022 | Abigail | Catholic University | 0.1 | Confirmation of filed motion |
| 10/28/2022 | Abigail | Catholic University | 0.2 | Review order granting appoir |
| 10/31/2022 | Abigail | Catholic University | 0.1 | Email from LC re: filing motic |
| 10/31/2022 | Abigail | Catholic University | 0.1 | Email from Court re: motion |
| 10/31/2022 | Abigail | Catholic University | 0.1 | FileIt: Ps Motion for Appointn |
| 11/1/2022 | Abigail | Catholic University | 0.1 | Court email granting appoint |
| 11/1/2022 | Abigail | Catholic University | 0.1 | FileIT: Ps Motion for Appointn |
| 11/1/2022 | Abigail | Catholic University | 0.1 | Court email - Order granting |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 11/1/2022 | Abigail | Catholic University | 0.1 | FileIt Email re: Order Appoint |
| 11/2/2022 | Abigail | Catholic University | 0.1 | FileIT: Order Appointing Lead |
| 1/6/2023 | Abigail | Catholic University | 0.1 | Email from Sal re: MIO to MTI |
| 1/6/2023 | Abigail | Catholic University | 0.1 | Email from J. Dufour re: Bumpi |
| 1/11/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 1/11/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 1/11/2023 | Abigail | Catholic University | 0.3 | Reviewed Drafted email to Cat |
| 1/11/2023 | Abigail | Catholic University | 0.5 | Reviewed ltr |
| 1/11/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 1/18/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/19/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 1/23/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 1/24/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 1/27/2023 | Abigail | Catholic University | 0.3 | Drafted email to Catholic |
| 1/30/2023 | Abigail | Catholic University | 0.5 | Reviewed ltr |
| 2/4/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/8/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/8/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/8/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/9/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/9/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/9/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/9/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/9/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/10/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/10/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/12/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/13/2023 | Abigail | Catholic University | 0.5 | Reviewed ltr |
| 2/14/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/14/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/14/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Abigail | Catholic University | 0.1 | Email response from A. Mohan |
| 2/20/2023 | Abigail | Catholic University | 2 | Drafted deficiency ltr |
| 2/20/2023 | Abigail | Catholic University | 1.6 | Reviewed email corresponden |

| 2/20/2023 | Abigail | Catholic University | 0.5 | Reviewed 12/30/22 M&C summ |
| 2/28/2023 | Abigail | Catholic University | 0.5 | Reviewed 1/6/23 ltr from Moha |
| 3/2/2023 | Abigail | Catholic University | 0.1 | Email response from M. Awan |
| 3/2/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Abigail | Catholic University | 0.1 | Email response from M. Range |
| 3/2/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/6/2023 | Abigail | Catholic University | 0.1 | Email response from M. Awan |
| 3/6/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Abigail | Catholic University | 0.1 | Email response from M. Range |
| 3/8/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/9/2023 | Abigail | Catholic University | 0.2 | Reviewed Madison drafted defi |
| 3/9/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/10/2023 | Abigail | Catholic University | 0.1 | Email response from M. Awan |
| 3/13/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 3/13/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/16/2023 | Abigail | Catholic University | 0.1 | Email response from M. Range |
| 3/22/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/24/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 3/24/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Abigail | Catholic University | 0.1 | Email response from M. Awan |
| 4/5/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 4/24/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 4/30/2023 | Abigail | Catholic University | 0.1 | Email response from M. Range |
| 5/2/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 5/8/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 5/10/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 5/10/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 5/12/2023 | Abigail | Catholic University | 0.1 | Email response from M. Awan |
| 8/11/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 8/11/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 8/11/2023 | Abigail | Catholic University | 0.1 | Email response from M. Range |
| 8/25/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 8/25/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 9/11/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 9/19/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 9/20/2023 | Abigail | Catholic University | 0.1 | Email response from M. Awan |
| 11/17/2023 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 12/4/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 12/5/2023 | Abigail | Catholic University | 0.1 | Email response from M. Range |
| 12/6/2023 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 1/19/2024 | Abigail | Catholic University | 0.1 | Email response from B. Abbott |
| 2/19/2024 | Abigail | Catholic University | 0.1 | Email response from J. Dufour |
| 3/14/2024 | Abigail | Catholic University | 0.5 | Reviewed and edited ltr |
|  |  |  | 0.2 | Finalized ltr and sent to OC |
|  |  |  | 47.8 |  |
|  |  |  |  |  |
| 8/30/2022 | Andrew | Catholic University | 6 | Drafted memo in opposition |
| 8/31/2022 | Andrew | Catholic University | 0.3 | Review relevant case law sur |
| 8/31/2022 | Andrew | Catholic University | 0.1 | Email from Eric re: Sal's Skel |
| 9/1/2022 | Andrew | Catholic University | 0.1 | Check Docket on PACER |
| 9/1/2022 | Andrew | Catholic University | 0.8 | Review skeleton MIO to MTD |
| 9/2/2022 | Andrew | Catholic University | 0.2 | Receive and process MTD. C |
| 9/6/2022 | Andrew | Catholic University | 0.1 | Court email re: MTD |
| 9/6/2022 | Andrew | Catholic University | 0.1 | Update calendar/docket |
| 9/7/2022 | Andrew | Catholic University | 2.5 | Research/work on skeleton r |
| 9/7/2022 | Andrew | Catholic University | 0.2 | Update Work Flow/Calendar |
| 9/7/2022 | Andrew | Catholic University | 0.1 | Court email re: MTD |
| 9/7/2022 | Andrew | Catholic University | 3.7 | Draft amended complaint |
| 9/7/2022 | Andrew | Catholic University | 4.5 | Work on draft of amended co |
| 9/7/2022 | Andrew | Catholic University | 2.8 | Finished draft of amended co |
| 9/7/2022 | Andrew | Catholic University | 0.1 | emails w/ local counsel re: st |
| 9/7/2022 | Andrew | Catholic University | 0.1 | Receive email from Sal re: m |
| 9/7/2022 | Andrew | Catholic University | 0.1 | Email from and response to l |
| 9/7/2022 | Andrew | Catholic University | 0.1 | Email from Sal re: edits to MI |
| 9/13/2022 | Andrew | Catholic University | 3 | MIO to MTD research for edu |
| 9/14/2022 | Andrew | Catholic University | 0.2 | Email LC draft of amended co |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Confirmation of filing of ame |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Order mooting MTD b/c of an |
| 9/14/2022 | Andrew | Catholic University | 6 | Draft Rule 23 Motion |
| 9/14/2022 | Andrew | Catholic University | 0.3 | Review edits/fix numbering o |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Upload final version of amen |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Email from LC confirming fili |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Confirmation of filing of ame |
| 9/14/2022 | Andrew | Catholic University | 1 | Edit and incorporate LC edits |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 9/14/2022 | Andrew | Catholic University | 0.1 | Email to LC with finalized Am |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Email Amended Compl in TW |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Email from LC confirmation b |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Court email re: filing of Amer |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Court email re: Moot Order D |
| 9/14/2022 | Andrew | Catholic University | 3.5 | Draft Motion to Defer Class C |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Court email re: dismissing MT |
| 9/14/2022 | Andrew | Catholic University | 0.1 | FileIt re: Amended Complaint |
| 9/14/2022 | Andrew | Catholic University | 0.1 | Update deadline |
| 9/21/2022 | Andrew | Catholic University | 0.1 | Email E/R Motion to Extend C |
| 9/27/2022 | Andrew | Catholic University | 0.1 | FileIT Amended Complaint |
| 9/28/2022 | Andrew | Catholic University | 0.2 | Review motion to extend cert |
| 9/28/2022 | Andrew | Catholic University | 0.1 | Received email re: circulation |
| 9/28/2022 | Andrew | Catholic University | 0.1 | Received email re: consultati |
| 9/28/2022 | Andrew | Catholic University | 0.1 | Email to LC re: review motion |
| 9/28/2022 | Andrew | Catholic University | 0.1 | Emails re: consent from OC/ |
| 9/28/2022 | Andrew | Catholic University | 0.3 | Review Motion for Extension |
| 9/29/2022 | Andrew | Catholic University | 0.1 | Email re: consultation and ce |
| 10/2/2022 | Andrew | Catholic University | 0.1 | Review email and attachmen |
| 10/2/2022 | Andrew | Catholic University | 0.1 | Email from LC re: consent of |
| 10/5/2022 | Andrew | Catholic University | 0.1 | Review local counsel's edits |
| 10/5/2022 | Andrew | Catholic University | 0.1 | Ping email to LC re: review m |
| 10/5/2022 | Andrew | Catholic University | 0.2 | Emails/review edits to motior |
| 10/5/2022 | Andrew | Catholic University | 0.1 | Emails re: circulate motion to |
| 10/5/2022 | Andrew | Catholic University | 0.2 | Email to OC re: consent to fil |
| 10/6/2022 | Andrew | Catholic University | 0.1 | Upload Motion to TW |
| 10/7/2022 | Andrew | Catholic University | 0.1 | Email f/u w LC re: motion to e |
| 10/7/2022 | Andrew | Catholic University | 0.3 | Review edits to Motion for Ex |
| 10/10/2022 | Andrew | Catholic University | 0.1 | Email to OC re: consultation |
| 10/10/2022 | Andrew | Catholic University | 0.1 | Final sign off from local coun |
| 10/10/2022 | Andrew | Catholic University | 0.1 | Email from OC re: consent to |
| 10/10/2022 | Andrew | Catholic University | 0.1 | Emails to/from LC re: edit mo |
| 10/10/2022 | Andrew | Catholic University | 0.1 | Court email re: filed unoppos |
| 10/10/2022 | Andrew | Catholic University | 0.1 | Email from LC re: filing Motio |
| 10/11/2022 | Andrew | Catholic University | 0.1 | Court email re: motion filed a |
| 10/11/2022 | Andrew | Catholic University | 0.1 | Court email Order |
| 10/12/2022 | Andrew | Catholic University | 0.1 | Receive order extending clas |
| 10/12/2022 | Andrew | Catholic University | 0.1 | Court email re: order granting |
| 10/12/2022 | Andrew | Catholic University | 0.1 | FileIt: Extension |
| 10/12/2022 | Andrew | Catholic University | 0.1 | Receive order extending D's a |
| 10/12/2022 | Andrew | Catholic University | 0.1 | Court email Motion for Exten |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 10/13/2022 | Andrew | Catholic University | 0.1 | Email from Court re: Minute ( |
| 10/14/2022 | Andrew | Catholic University | 0.1 | Emails re: consent to file mo |
| 10/19/2022 | Andrew | Catholic University | 0.2 | Court email: Motion/Order ex |
| 10/19/2022 | Andrew | Catholic University | 0.1 | Update calendar/docket |
| 10/20/2022 | Andrew | Catholic University | 0.2 | Receive and process MTD |
| 10/20/2022 | Andrew | Catholic University | 0.2 | Email update to client |
| 10/21/2022 | Andrew | Catholic University | 0.1 | Email from client's father re: |
| 10/24/2022 | Andrew | Catholic University | 0.1 | Court email re: MTD |
| 10/25/2022 | Andrew | Catholic University | | |
| 10/25/2022 | Andrew | Catholic University | 0.2 | Receive/review MTD |
| 10/25/2022 | Andrew | Catholic University | 0.1 | Review email from Roy to clie |
| 10/25/2022 | Andrew | Catholic University | 0.1 | Read LR/update calendar for |
| 10/25/2022 | Andrew | Catholic University | 0.2 | Receive/skim Sal's MIO |
| 10/25/2022 | Andrew | Catholic University | 0.2 | Fixed deadlines per judge's o |
| 10/25/2022 | Andrew | Catholic University | 0.1 | Receive and review LC invoic |
| 10/25/2022 | Andrew | Catholic University | 0.1 | FileIt email re: MTD |
| 10/25/2022 | Andrew | Catholic University | 0.1 | FileIT: MTD verify workflow |
| 10/26/2022 | Andrew | Catholic University | 0.2 | Calendar deadline to send M |
| 10/26/2022 | Andrew | Catholic University | 0.1 | Emails re: work flow with LC |
| 10/26/2022 | Andrew | Catholic University | 0.7 | Read MTD Amended Compla |
| 10/27/2022 | Andrew | Catholic University | 5.4 | Draft of MIO to MTD |
| 10/28/2022 | Andrew | Catholic University | 0.1 | Email draft of MIO to Jarrett |
| 10/28/2022 | Andrew | Catholic University | 0.1 | Email from Sal re: case law |
| 10/28/2022 | Andrew | Catholic University | 0.1 | Email MIO draft to Eric/Jarret |
| 10/31/2022 | Andrew | Catholic University | 0.6 | Review D's MTD |
| 10/31/2022 | Andrew | Catholic University | 1.4 | Case research re: MTD respo |
| 10/31/2022 | Andrew | Catholic University | 2.4 | Begin response to MTD |
| 10/31/2022 | Andrew | Catholic University | 1.3 | Continued work on Memo op |
| 10/31/2022 | Andrew | Catholic University | 4.3 | Continued work on Memo op |
| 10/31/2022 | Andrew | Catholic University | 3.2 | Continued work on Memo op |
| 11/1/2022 | Andrew | Catholic University | 2.1 | Finalize memo opp MTD |
| 11/1/2022 | Andrew | Catholic University | 1.3 | Proof MTD, tag cases to TOA, |
| 11/1/2022 | Andrew | Catholic University | 0.1 | Emails from Eric/LC re: MIO t |
| 11/1/2022 | Andrew | Catholic University | 0.2 | Emails re: legal standard |
| 11/1/2022 | Andrew | Catholic University | 0.1 | Emails re: draft status |
| 11/2/2022 | Andrew | Catholic University | 0.1 | Email from Eric re: MIO edits |

67.1

| | | | | |
|---|---|---|---|---|
| 7/9/2021 | Blake | Catholic University | | |

| 7/9/2021 | Blake | Catholic University | 0.6 | MIO edits per Eric |
| 7/14/2021 | Blake | Catholic University | 0.1 | Email from LC re: MTD briefin |
| 7/15/2021 | Blake | Catholic University | 0.3 | Review MIO sent to LC |
| 7/16/2021 | Blake | Catholic University | 0.6 | Review CC edits to MIO to M1 |
| 7/19/2021 | Blake | Catholic University | 2.6 | Additional research on modif |
| 7/19/2021 | Blake | Catholic University | 0.7 | Finalize TOC and TOA - send |
| 7/23/2021 | Blake | Catholic University | 0.1 | Confirm filing of Memo Opp |
| 7/26/2021 | Blake | Catholic University | 0.4 | Receive/review edits to MIO t |
| 7/26/2021 | Blake | Catholic University | 0.2 | Review emails between LC a |
| 7/27/2021 | Blake | Catholic University | 0.2 | Upload MIO/Exhibits into TW |
| 8/2/2021 | Blake | Catholic University | 0.1 | Court email re: Filed MIO wit |
| 8/6/2021 | Blake | Catholic University | 1.9 | Edit MIO to MTD |
| 8/6/2021 | Blake | Catholic University | 0.1 | Court email MIO to MTD |
| 8/6/2021 | Blake | Catholic University | 0.1 | Email update to client |
| 8/6/2021 | Blake | Catholic University | 0.1 | FileIt email re: MIO to MTD |
| 8/6/2021 | Blake | Catholic University | 0.1 | Review email to client's fathe |
| 8/6/2021 | Blake | Catholic University | 0.1 | FileIT: Ps MIO to MTD |
| 8/6/2021 | Blake | Catholic University | 0.1 | Review update email to clien |
| 8/10/2021 | Blake | Catholic University | 0.4 | Review reply in support of MT |
| 8/12/2021 | Blake | Catholic University | 0.1 | Received Court email re: filed |
| 8/13/2021 | Blake | Catholic University | 0.1 | Court email Reply to Oppo to |
| 8/15/2021 | Blake | Catholic University | 0.4 | Review reply in support of MT |
| 8/16/2021 | Blake | Catholic University | 0.1 | FileIt email re: [22] Reply in S |
| 9/3/2021 | Blake | Catholic University | 0.1 | FileIT: Reply in Supp of MTD |
| 9/3/2021 | Blake | Catholic University | 0.4 | Review Reply in support of M |
| 9/6/2021 | Blake | Catholic University | 0.2 | Review supplemental author |
| 9/13/2021 | Blake | Catholic University | 0.2 | Email to LC re: Supp Auth for |
| 9/13/2021 | Blake | Catholic University | 0.1 | Email to LC re Notice of Supp |
| 9/15/2021 | Blake | Catholic University | 0.1 | Response from LC re: receipt |
| 9/16/2021 | Blake | Catholic University | 0.2 | Add Barry case to Supp. Auth |
| 9/20/2021 | Blake | Catholic University | 0.1 | Receive email from LC re: ed |
| 9/21/2021 | Blake | Catholic University | 0.3 | Edit Supp. Auth. |
| 9/22/2021 | Blake | Catholic University | 0.1 | Confirm filing of Supp. Autho |
| 9/23/2021 | Blake | Catholic University | 0.2 | Finalize Supp. Auth. and send |
| 9/23/2021 | Blake | Catholic University | 0.1 | Court email re: Notice of Sup |
| 9/23/2021 | Blake | Catholic University | 0.5 | Draft discovery |
| 9/30/2021 | Blake | Catholic University | 0.1 | Court email and review upda |
| 9/30/2021 | Blake | Catholic University | 0.2 | Supplemental Auth. |
| 10/21/2021 | Blake | Catholic University | 0.2 | Email/review supp. auth. to L |
| 10/22/2021 | Blake | Catholic University | 0.1 | Response from LC |
| 11/17/2021 | Blake | Catholic University | 0.1 | Email Supp. Auth. to LC |

| Date | Person | Client | Hours | Description |
|---|---|---|---|---|
| 11/18/2021 | Blake | Catholic University | 0.4 | Draft discovery |
| 11/18/2021 | Blake | Catholic University | 0.2 | Review edits to supp. auth. |
| 12/7/2021 | Blake | Catholic University | 0.1 | Review supp. auth. to LC |
| 12/7/2021 | Blake | Catholic University | 0.1 | Email from LC re: confirm fili |
| 12/9/2021 | Blake | Catholic University | 0.1 | Court email re: supp. auth. fi |
| 12/9/2021 | Blake | Catholic University | 0.1 | Court email filing Supp Auth |
| 12/9/2021 | Blake | Catholic University | 0.2 | Emails re: Supp Auth Review |
| 1/26/2022 | Blake | Catholic University | 0.1 | Email from LC re: supp. auth |
| 1/26/2022 | Blake | Catholic University | 0.2 | Edit supp. auth. w/ LC edits & |
| 1/27/2022 | Blake | Catholic University | 0.1 | Email revised supp. auth. to I |
| 1/28/2022 | Blake | Catholic University | 0.1 | Court email re: supp. auth. fi |
| 5/10/2022 | Blake | Catholic University | 0.1 | Confirm filing of supp. autho |
| 5/13/2022 | Blake | Catholic University | 0.1 | FileIT re: Supp. Auth. |
| 5/13/2022 | Blake | Catholic University | 0.6 | Finalize discovery |
| 5/16/2022 | Blake | Catholic University | 0.4 | Add B&F Discovery to templa |
| 5/16/2022 | Blake | Catholic University | 0.1 | Email from LC re: Discovery |
| 5/16/2022 | Blake | Catholic University | 0.1 | Email to LC re: discovery for |
| 5/16/2022 | Blake | Catholic University | 0.1 | Response to LC: question |
| 5/16/2022 | Blake | Catholic University | 0.1 | Review D's notice of supp. au |
| 5/17/2022 | Blake | Catholic University | 0.1 | Email re: D's notice of supple |
| 5/17/2022 | Blake | Catholic University | 0.1 | Email from LC re: no edits to |
| 5/18/2022 | Blake | Catholic University | 0.1 | Upload Disco. to TW |
| 5/19/2022 | Blake | Catholic University | 0.1 | Court email Ds Notice of Sur |
| 5/19/2022 | Blake | Catholic University | 0.1 | Email from LC re: no edits to |
| 5/19/2022 | Blake | Catholic University | 0.2 | Draft Supp. Auth. |
| 5/19/2022 | Blake | Catholic University | 0.1 | FileIT re: D's Notice of Supp. |
| 5/19/2022 | Blake | Catholic University | 0.1 | Email re: response to Supp. A |
| 5/19/2022 | Blake | Catholic University | 0.2 | Review Supp. Auth. |
| 5/19/2022 | Blake | Catholic University | 0.2 | Emails re: Supp. Auth. |
| 5/19/2022 | Blake | Catholic University | 0.1 | Receive response to [23][24] |
| 5/19/2022 | Blake | Catholic University | 0.4 | FileIT Ds Notice of Supp Auth |
| 5/20/2022 | Blake | Catholic University | 0.1 | Email to Team re: response t |
| 5/20/2022 | Blake | Catholic University | 0.1 | Court email re: Notice of Sur |
| 5/20/2022 | Blake | Catholic University | 0.1 | FileIT [26] Notice of Supp Aut |
| 5/20/2022 | Blake | Catholic University | 0.3 | Add Bradley MTD order to Su |
| 5/20/2022 | Blake | Catholic University | 0.1 | FileIT emails re: D's supp. au |
| 5/20/2022 | Blake | Catholic University | 0.2 | Review draft Notice of Supp A |
| 5/24/2022 | Blake | Catholic University | 0.1 | Court email P filing of Supp A |
| 5/24/2022 | Blake | Catholic University | 0.1 | FileIT and review re filed Noti |
| 5/26/2022 | Blake | Catholic University | 0.1 | Emails re LC and filing Notice |
| 5/26/2022 | Blake | Catholic University | 0.1 | Confirm filing of supp. autho |

| | | | | |
|---|---|---|---|---|
| 5/26/2022 | Blake | Catholic University | 0.1 | FileIT re: [23] |
| 5/26/2022 | Blake | Catholic University | 0.1 | Emails with LC re: filing supp |
| 6/7/2022 | Blake | Catholic University | 0.1 | Court email re: Notice of Sup |
| 6/7/2022 | Blake | Catholic University | 0.1 | FileIT email re: [27] |
| 6/7/2022 | Blake | Catholic University | 0.1 | FileIT Notice of Supp Auth |
| 6/7/2022 | Blake | Catholic University | 0.1 | Receive and review LC cost a |
| 6/7/2022 | Blake | Catholic University | 0.1 | Email to client re: status |
| 6/7/2022 | Blake | Catholic University | 0.1 | Review email to client's fathe |
| 6/7/2022 | Blake | Catholic University | 0.1 | Review time sheet / invoice o |
| 6/7/2022 | Blake | Catholic University | 0.1 | Email with DK re: DC Order |
| 6/7/2022 | Blake | Catholic University | 0.1 | Email with DK re: GWU Heari |
| 6/7/2022 | Blake | Catholic University | 0.1 | Review D's notice of supp. au |
| 6/7/2022 | Blake | Catholic University | 0.1 | Court email re: D's supp. aut |
| 6/8/2022 | Blake | Catholic University | 0.1 | Court email [28] Ds Notice of |
| 6/9/2022 | Blake | Catholic University | 0.1 | FileIT [28] Notice of Supp Aut |
| 6/10/2022 | Blake | Catholic University | 0.1 | FileIT [28] Notice of Supp Aut |
| 6/10/2022 | Blake | Catholic University | 0.1 | Email re: D's supp. auth. |
| 6/10/2022 | Blake | Catholic University | 0.1 | Court email [29] Response to |
| 6/10/2022 | Blake | Catholic University | 0.1 | FileIT re: [29] |
| 6/14/2022 | Blake | Catholic University | 0.1 | FileIT [29] Notice of Supp Aut |
| 6/22/2022 | Blake | Catholic University | 0.1 | Statement of Account from L |
| 6/23/2022 | Blake | Catholic University | 0.1 | Statement of Account from L |
| 6/23/2022 | Blake | Catholic University | 0.1 | Request reimbursement che |
| 6/23/2022 | Blake | Catholic University | 0.1 | Court email re: Efiling |
| 6/23/2022 | Blake | Catholic University | 0.1 | Receive notice of withdrawal |
| 6/28/2022 | Blake | Catholic University | 0.1 | Court email Tram Pham with |
| 7/5/2022 | Blake | Catholic University | 0.1 | Court email Tram Pham with |
| 7/5/2022 | Blake | Catholic University | 0.1 | FileIT re: [30] |
| 7/5/2022 | Blake | Catholic University | 0.1 | FileIT [30] Notice of Withdrav |
| 7/5/2022 | Blake | Catholic University | 0.2 | Review draft of 4th notice of |
| 7/5/2022 | Blake | Catholic University | 0.2 | Email/review supp. auth. |
| 7/5/2022 | Blake | Catholic University | 0.2 | Receive and Review Fourth N |
| 7/5/2022 | Blake | Catholic University | 0.7 | Fourth Notice of Supplement |
| 7/5/2022 | Blake | Catholic University | 0.1 | Review draft notice of supp. |
| 7/6/2022 | Blake | Catholic University | 0.1 | Confirm filing of supp. autho |
| 7/6/2022 | Blake | Catholic University | 0.2 | Email re: supp. auth. and rev |
| 7/6/2022 | Blake | Catholic University | 0.1 | LC email re: confirming recei |
| 7/7/2022 | Blake | Catholic University | 0.1 | Court email re: filed supp. au |
| 7/7/2022 | Blake | Catholic University | 0.1 | Email to LC re: Supp Auth |
| 7/7/2022 | Blake | Catholic University | 0.1 | LC email re: confirming recei |
| 7/7/2022 | Blake | Catholic University | 0.1 | Email to LC re: Supp Auth |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 7/7/2022 | Blake | Catholic University | 0.1 | Court email re: filed supp. au |
| 7/7/2022 | Blake | Catholic University | 0.1 | Review D's notice of supp. au |
| 7/7/2022 | Blake | Catholic University | 0.1 | Court email [32] Notice of Su |
| 7/7/2022 | Blake | Catholic University | 0.1 | Court email [31] Notice of Su |
| 7/8/2022 | Blake | Catholic University | 0.1 | Court email [32] Notice of Su |
| 7/8/2022 | Blake | Catholic University | 0.1 | FileIT re: [31] 4th notice of su |
| 7/8/2022 | Blake | Catholic University | 0.1 | FileIT re: [32] Notice of supp. |
| 7/8/2022 | Blake | Catholic University | 0.1 | FileIT [31] Ps 4th Notice of Su |
| 7/8/2022 | Blake | Catholic University | 0.1 | FileIT [32] Ds 3rd Notice of Su |
| 7/8/2022 | Blake | Catholic University | 0.1 | Flag GWU Order to prep resp |
| 7/8/2022 | Blake | Catholic University | 0.1 | Review emails re: draft respo |
| 7/8/2022 | Blake | Catholic University | 1.2 | Distinguish GWU MTD grante |
| 7/8/2022 | Blake | Catholic University | 1.5 | Edit supp. auth. & distinguish |
| 7/8/2022 | Blake | Catholic University | 0.1 | Confirm filing of supp. autho |
| 7/8/2022 | Blake | Catholic University | 0.2 | Review draft supp. authority |
| 7/8/2022 | Blake | Catholic University | 0.2 | Review D's notice of supp. au |
| 7/8/2022 | Blake | Catholic University | 0.1 | Court email re: D's notice of s |
| 7/8/2022 | Blake | Catholic University | 0.1 | Review emails: response to c |
| 7/8/2022 | Blake | Catholic University | 0.1 | Review response to circulate |
| 7/8/2022 | Blake | Catholic University | 0.2 | Review Supp Auth and review |
| 7/10/2022 | Blake | Catholic University | 0.1 | Receive email to LC re: supp. |
| 7/12/2022 | Blake | Catholic University | 0.1 | Email from LC re: 5th notice |
| 7/13/2022 | Blake | Catholic University | 0.1 | Review emails re: correction |
| 7/14/2022 | Blake | Catholic University | 0.1 | Court email [33] Notice of Su |
| 7/18/2022 | Blake | Catholic University | 0.2 | Review Supp Auth drafts and |
| 7/18/2022 | Blake | Catholic University | 0.1 | Fifth Notice of Supp Auth |
| 7/19/2022 | Blake | Catholic University | 0.1 | Court email [34] Notice of Su |
| 7/19/2022 | Blake | Catholic University | 0.1 | Email from LC re: notice # |
| 7/19/2022 | Blake | Catholic University | 0.4 | Edits to supp. auth. & circula |
| 7/19/2022 | Blake | Catholic University | 0.2 | Send supp auth to CC for filir |
| 7/19/2022 | Blake | Catholic University | 0.2 | Email from LC re: 5th notice |
| 7/19/2022 | Blake | Catholic University | 0.1 | Court email re: filed supp. au |
| 7/19/2022 | Blake | Catholic University | 0.1 | FileIT email re: [33] D's Notic |
| 7/19/2022 | Blake | Catholic University | 0.1 | FileIT [34] Ps 5th Notice of Su |
| 7/19/2022 | Blake | Catholic University | 0.1 | FileIT [34] Ps 5th Notice of Su |
| 7/19/2022 | Blake | Catholic University | 0.1 | Emails w/ Court re: schedulir |
| 7/21/2022 | Blake | Catholic University | 0.1 | Review email from Court and |
| 7/25/2022 | Blake | Catholic University | 0.2 | Emails w/ Court re: schedulir |
| 7/25/2022 | Blake | Catholic University | 0.1 | Email re: time for call |
| 7/27/2022 | Blake | Catholic University | 0.1 | |
| 7/27/2022 | Blake | Catholic University | 0.1 | Email from Court and respon |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 7/29/2022 | Blake | Catholic University | 0.1 | Response from other case re |
| 8/2/2022 | Blake | Catholic University | 0.1 | Response from LC re: availab |
| 8/5/2022 | Blake | Catholic University | 0.2 | Emails re: scheduling of MTD |
| 8/5/2022 | Blake | Catholic University | 0.1 | Receive notice of hearing re |
| 8/5/2022 | Blake | Catholic University | 0.1 | Coordination w/ counsel in H |
| 8/5/2022 | Blake | Catholic University | 0.1 | Email re: call with counsel |
| 8/7/2022 | Blake | Catholic University | 0.1 | Emails re: call and fwd to Mo |
| 8/8/2022 | Blake | Catholic University | 0.1 | Email re: MTD hearing and fw |
| 8/8/2022 | Blake | Catholic University | 0.1 | Review email re: coordination |
| 8/8/2022 | Blake | Catholic University | 0.1 | Court email Setting Motion H |
| 8/12/2022 | Blake | Catholic University | 0.1 | Email to TF re: coordination f |
| 8/18/2022 | Blake | Catholic University | 0.6 | Review Howard U briefing for |
| 8/18/2022 | Blake | Catholic University | 0.2 | Emails re: Compl./MTD docs |
| 8/18/2022 | Blake | Catholic University | 0.1 | Review email to CC re: sched |
| 8/19/2022 | Blake | Catholic University | 0.1 | Email from CC to schedule s |
| 8/19/2022 | Blake | Catholic University | 0.1 | Email re: zoom link for call |
| 8/19/2022 | Blake | Catholic University | 0.1 | Emails confirming Zoom call |
| 8/22/2022 | Blake | Catholic University | 0.1 | Email to CC to schedule stra |
| 8/24/2022 | Blake | Catholic University | 0.1 | Scheduled Zoom meeteing |
| 8/24/2022 | Blake | Catholic University | 0.3 | Review materials for joint hea |
| 8/24/2022 | Blake | Catholic University | 0.1 | Email re: joint MTD hearing |
| 8/24/2022 | Blake | Catholic University | 0.1 | Email to Howard Counsel wit |
| 8/30/2022 | Blake | Catholic University | 0.1 | Email to CC re: scheduling jo |
| 9/2/2022 | Blake | Catholic University | 0.1 | Email confirmation re: joint h |
| 9/6/2022 | Blake | Catholic University | 0.1 | Email from CC and response |
| 9/6/2022 | Blake | Catholic University | 0.1 | Email confirming joint strateg |
| 9/7/2022 | Blake | Catholic University | 0.1 | FileIT re: notice of hearing |
| 9/7/2022 | Blake | Catholic University | 3.1 | Review Howard U materials f |
| 9/7/2022 | Blake | Catholic University | 0.1 | Email from OC re: availability |
| 9/7/2022 | Blake | Catholic University | 0.1 | Court email [35] PHV Schoer |
| 9/7/2022 | Blake | Catholic University | 0.3 | Call w/ counsel in Howard ca |
| 9/7/2022 | Blake | Catholic University | 0.1 | Order granting PHV (Schoenf |
| 9/7/2022 | Blake | Catholic University | 0.1 | Motion for PHV (Schoenfeld) |
| 9/7/2022 | Blake | Catholic University | 0.1 | Court email re: PHV Alan Sch |
| 9/7/2022 | Blake | Catholic University | 0.1 | Email re: PHV |
| 9/7/2022 | Blake | Catholic University | 0.3 | Call with P's counsel in Howa |
| 9/7/2022 | Blake | Catholic University | 0.1 | Review notes and circulate c |
| 9/7/2022 | Blake | Catholic University | 0.1 | Email re: hearing binder |
| 9/13/2022 | Blake | Catholic University | 0.1 | Court email MINUTE ORDER |
| 9/14/2022 | Blake | Catholic University | 0.3 | Zoom with Counsel on Howa |
| 9/14/2022 | Blake | Catholic University | 0.1 | Call log and response re: MT |

| 9/14/2022 | Blake | Catholic University | 0.1 | FileIT re: Schoenfeld PHV |
| 9/14/2022 | Blake | Catholic University | 0.1 | FileIT Minute Order Granting |
| 9/14/2022 | Blake | Catholic University | 1.5 | Begin MTD Hearing Binder |
| 9/14/2022 | Blake | Catholic University | 2.2 | MTD Hearing Binder w/ Howa |
| 9/14/2022 | Blake | Catholic University | 0.1 | FileIT re: [35]-[36] |
| 9/14/2022 | Blake | Catholic University | 0.1 | FileIT [34-35] Ps Notice Supp |
| 9/14/2022 | Blake | Catholic University | 0.3 | Review all supp. auth. and up |
| 9/14/2022 | Blake | Catholic University | 0.1 | Review draft notice of supp. a |
| 9/14/2022 | Blake | Catholic University | 0.1 | Confirm filing of supp. autho |
| 9/14/2022 | Blake | Catholic University | 0.2 | Review notice of supp. auth. |
| 9/14/2022 | Blake | Catholic University | 0.2 | Discussion re: supp. auth. |
| 9/14/2022 | Blake | Catholic University | 0.1 | Email and review additional s |
| 9/14/2022 | Blake | Catholic University | 0.1 | Review email to LC re: filing s |
| 9/14/2022 | Blake | Catholic University | 0.1 | Email from LC re: filing supp. |
| 9/14/2022 | Blake | Catholic University | 0.1 | Court email [36] Ps Notice of |
| 9/14/2022 | Blake | Catholic University | 0.1 | FileIT re: [36] |
| 9/14/2022 | Blake | Catholic University | 0.3 | Review Sixth Notice of Supp. |
| 9/14/2022 | Blake | Catholic University | 0.1 | Sixth Notice of Supp Auth |
| 9/14/2022 | Blake | Catholic University | 0.1 | Court email [36] Ps Notice of |
| 9/14/2022 | Blake | Catholic University | 0.1 | FileIT [36] Ps Notice of Supp |
| 9/21/2022 | Blake | Catholic University | 1.3 | Sixth Notice of Supp. Auth. & |
| 9/27/2022 | Blake | Catholic University | 0.3 | Edits to Sixth Supp. Auth. (ad |
| 9/28/2022 | Blake | Catholic University | 0.1 | Email supp auth to LC for filir |
| 9/28/2022 | Blake | Catholic University | 0.2 | Review MTD chart from CC |
| 9/28/2022 | Blake | Catholic University | 0.2 | Review local rules and updat |
| 9/28/2022 | Blake | Catholic University | 0.1 | Invoice from LC |
| 9/28/2022 | Blake | Catholic University | 0.1 | Confirmation from Monica re |
| 9/28/2022 | Blake | Catholic University | 4.5 | Catholic & Howard MTD Bind |
| 9/28/2022 | Blake | Catholic University | 0.2 | Emails with Kellie re: call info |
| 9/29/2022 | Blake | Catholic University | 0.1 | review emails for hearing info |
| 9/29/2022 | Blake | Catholic University | 0.1 | email w/ Jarrett re: hearing 5/ |
| 10/2/2022 | Blake | Catholic University | 0.1 | Reviewed and updated calen |
| 10/2/2022 | Blake | Catholic University | 0.1 | Review D's notice of supp. au |
| 10/5/2022 | Blake | Catholic University | 0.3 | Review Court email re: D's Su |
| 10/5/2022 | Blake | Catholic University | 0.3 | Review Def. Supp. Auth. [ECF |
| 10/5/2022 | Blake | Catholic University | 0.1 | Receive zoom credentials for |
| 10/5/2022 | Blake | Catholic University | 0.1 | Email re: call to court for hea |
| 10/5/2022 | Blake | Catholic University | 0.1 | FileIT re: [37] |
| 10/6/2022 | Blake | Catholic University | 0.1 | Email re: hearing preference |
| 10/7/2022 | Blake | Catholic University | 0.1 | Emails re: video preference f |
| 10/7/2022 | Blake | Catholic University | 0.1 | Email from Howard U counse |

| 10/10/2022 | Blake | Catholic University | 0.1 | Email re: video hearing |
| 10/10/2022 | Blake | Catholic University | 0.1 | Email to Kellie re: calendar h |
| 10/10/2022 | Blake | Catholic University | 0.1 | Email from team re: hearing i |
| 10/10/2022 | Blake | Catholic University | 0.1 | Update calendar invite |
| 10/10/2022 | Blake | Catholic University | 1.4 | Draft response to Def. Supp. |
| 10/10/2022 | Blake | Catholic University | 0.1 | Emails with other P's counse |
| 10/10/2022 | Blake | Catholic University | 0.1 | Confirmation of call re: hear |
| 10/11/2022 | Blake | Catholic University | 0.1 | Responded to email from CC |
| 10/11/2022 | Blake | Catholic University | 0.1 | Calendared conference call |
| 10/12/2022 | Blake | Catholic University | 0.1 | Review D's notice of supp. au |
| 10/12/2022 | Blake | Catholic University | 0.2 | Email and review re: D's supp |
| 10/12/2022 | Blake | Catholic University | 0.2 | Conference call with Howard |
| 10/12/2022 | Blake | Catholic University | 0.2 | Conference call with Howard |
| 10/12/2022 | Blake | Catholic University | 0.4 | Prep and call with CC TF re: N |
| 10/13/2022 | Blake | Catholic University | 0.2 | Review Hearing Report |
| 10/14/2022 | Blake | Catholic University | 0.1 | FileIT re: [38] |
| 10/19/2022 | Blake | Catholic University | 0.1 | Email to RW re: hearing setup |
| 10/19/2022 | Blake | Catholic University | 0.3 | Response from RW and setup |
| 10/20/2022 | Blake | Catholic University | 1.6 | MTD hearing and notes |
| 10/20/2022 | Blake | Catholic University | 0.1 | Minute Entry re: MTD procee |
| 10/21/2022 | Blake | Catholic University | 0.6 | Draft and circulate MTD hear |
| 10/24/2022 | Blake | Catholic University | 0.2 | Email from CC re: hearing |
| 10/25/2022 | Blake | Catholic University | 0.1 | Response to CC re: hearing e |
| 10/25/2022 | Blake | Catholic University | 0.1 | FileIT re: Minute Entry-Motio |
| 10/25/2022 | Blake | Catholic University | 0.1 | Review statement of time fro |
| 10/25/2022 | Blake | Catholic University | 0.1 | Review invoice from LC |
| 10/25/2022 | Blake | Catholic University | 0.1 | Review invoice from LC |
| 10/25/2022 | Blake | Catholic University | 0.1 | Email Memo and order denyi |
| 10/25/2022 | Blake | Catholic University | 0.1 | court email memo and order |
| 10/25/2022 | Blake | Catholic University | 0.1 | Email Memo and order denyi |
| 10/25/2022 | Blake | Catholic University | 0.1 | court email memo and order |
| 10/26/2022 | Blake | Catholic University | 0.6 | Review Memo & Order denyir |
| 10/26/2022 | Blake | Catholic University | 0.1 | Email Memo and order denyi |
| 10/26/2022 | Blake | Catholic University | 0.1 | court email memo and order |
| 10/26/2022 | Blake | Catholic University | 0.1 | Email Memo and order denyi |
| 10/27/2022 | Blake | Catholic University | 0.1 | court email memo and order |
| 10/28/2022 | Blake | Catholic University | 0.1 | Email Memo and order denyi |
| 10/28/2022 | Blake | Catholic University | 0.1 | court email memo and order |
| 10/28/2022 | Blake | Catholic University | 0.2 | Briefly review MTD Order and |
| 10/31/2022 | Blake | Catholic University | 0.8 | Review Order on MTD |
| 10/31/2022 | Blake | Catholic University | 0.1 | Email Memo and order denyi |

| | | | |
|---|---|---|---|
| 10/31/2022 Blake | Catholic University | 0.1 | court email memo and order |
| 11/1/2022 Blake | Catholic University | 0.1 | fileit memo opinion and orde |
| 11/1/2022 Blake | Catholic University | 0.1 | fileit memo opinion and orde |
| 11/1/2022 Blake | Catholic University | 0.1 | fileit memo opinion and orde |
| 11/1/2022 Blake | Catholic University | 0.1 | fileit memo opinion and orde |
| 11/1/2022 Blake | Catholic University | 0.1 | fileit memo opinion and orde |
| 11/2/2022 Blake | Catholic University | 0.1 | fileit memo opinion and orde |
| 1/6/2023 Blake | Catholic University | 0.1 | email to set up call |
| 1/6/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/6/2023 Blake | Catholic University | 0.1 | Email response from M. Awan |
| 1/6/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from M. Range |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from M. Awan |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/18/2023 Blake | Catholic University | 0.1 | Email response from M. Range |
| 1/19/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/23/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 Blake | Catholic University | 0.2 | Reviewed Madison drafted defi |
| 1/24/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/27/2023 Blake | Catholic University | 0.1 | Email response from M. Awan |
| 1/27/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/30/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/4/2023 Blake | Catholic University | 0.1 | Email response from M. Range |
| 2/8/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/8/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 Blake | Catholic University | 1 | Finalized and drafted deficiency |
| 2/9/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/9/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/9/2023 Blake | Catholic University | 0.1 | Email response from M. Awan |
| 2/9/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/10/2023 Blake | Catholic University | 0.1 | Email response from M. Range |
| 2/10/2023 Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/12/2023 Blake | Catholic University | 0.1 | Email response from B. Abbott |

| | | | | |
|---|---|---|---|---|
| 2/13/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from M. Range |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/20/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 2/20/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 2/28/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Blake | Catholic University | 0.1 | Email response from M. Range |
| 3/2/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Blake | Catholic University | 0.2 | Reviewed Madison drafted defi |
| 3/3/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 3/3/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/6/2023 | Blake | Catholic University | 0.1 | Email response from M. Range |
| 3/6/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/7/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 3/8/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/9/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/9/2023 | Blake | Catholic University | 0.1 | Email response from M. Range |
| 3/10/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/13/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/16/2023 | Blake | Catholic University | 0.2 | Reviewed Madison drafted defi |
| 3/22/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/23/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 3/24/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/24/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Blake | Catholic University | 0.1 | Email response from M. Range |
| 4/4/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |

| Date | | Client | Hours | Description |
|---|---|---|---|---|
| 4/5/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 4/24/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 4/30/2023 | Blake | Catholic University | 0.1 | Email response from J. Dufour |
| 5/2/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 5/5/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 5/8/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 5/10/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 5/10/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 5/12/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 8/25/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 8/25/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 9/11/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 9/15/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 9/19/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 9/20/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 10/27/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 11/17/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 11/28/2023 | Blake | Catholic University | 0.1 | Email response from M. Awan |
| 12/1/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 12/4/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 12/5/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 12/6/2023 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/19/2024 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/19/2024 | Blake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/14/2024 | Blake | Catholic University | 0.3 | Reviewed catholic's ltr |
| 3/15/2024 | Blake | Catholic University | 0.5 | Drafted ltr |
| | | | 0.1 | Email response from B. Abbott |

77.6

| 9/3/2021 | Cierra | Catholic University | | |
|---|---|---|---|---|
| 9/6/2021 | Cierra | Catholic University | 0.1 | email to set up call |
| 9/13/2021 | Cierra | Catholic University | 0.1 | email to set up call |
| 9/15/2021 | Cierra | Catholic University | 0.1 | email to set up call |
| 9/16/2021 | Cierra | Catholic University | 0.1 | email to set up call |
| 9/20/2021 | Cierra | Catholic University | 0.1 | email to set up call |
| 9/21/2021 | Cierra | Catholic University | 0.1 | email to set up call |
| 9/22/2021 | Cierra | Catholic University | 0.1 | court email MET to file answe |
| 9/23/2021 | Cierra | Catholic University | 0.1 | court email MET to file answe |
| 9/23/2021 | Cierra | Catholic University | 0.1 | court email MET to file answe |

| 9/23/2021 | Cierra | Catholic University | 0.1 | court email MET to file answe |
| 9/30/2021 | Cierra | Catholic University | 0.1 | court email MET to file answe |
| 9/30/2021 | Cierra | Catholic University | 0.1 | court email MET to file answe |
| 10/21/2021 | Cierra | Catholic University | 0.1 | court email order granting MI |
| 10/22/2021 | Cierra | Catholic University | 0.1 | fileit MET |
| 11/17/2021 | Cierra | Catholic University | 0.1 | court email order granting MI |
| 11/18/2021 | Cierra | Catholic University | 0.1 | fileit MET |
| 11/18/2021 | Cierra | Catholic University | 0.1 | court email order granting MI |
| 12/7/2021 | Cierra | Catholic University | 0.1 | fileit MET |
| 12/9/2021 | Cierra | Catholic University | 0.1 | fileit MET |
| 12/9/2021 | Cierra | Catholic University | 0.1 | court email order granting MI |
| 12/9/2021 | Cierra | Catholic University | 0.1 | fileit MET |
| 1/26/2022 | Cierra | Catholic University | 0.1 | court email order granting MI |
| 1/26/2022 | Cierra | Catholic University | 0.1 | fileit MET |
| 1/27/2022 | Cierra | Catholic University | 0.1 | court email order granting MI |
| 1/28/2022 | Cierra | Catholic University | 0.1 | fileit MET |
| 5/10/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/13/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/13/2022 | Cierra | Catholic University | 0.6 | Review Motion to Certify App |
| 5/16/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/16/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/16/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/16/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/16/2022 | Cierra | Catholic University | 0.1 | court email mtn for cert ofor |
| 5/17/2022 | Cierra | Catholic University | 0.1 | Email to Dina Gold re: Plainti |
| 5/17/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/18/2022 | Cierra | Catholic University | 0.5 | Group call re: Plaintiffs' posit |
| 5/19/2022 | Cierra | Catholic University | 0.1 | Email to Dina Gold re: Plainti |
| 5/19/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/19/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/19/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/19/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/19/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/19/2022 | Cierra | Catholic University | 0.1 | fileit: transfered college fund |
| 5/19/2022 | Cierra | Catholic University | 0.1 | Email response from Dina Go |
| 5/19/2022 | Cierra | Catholic University | 0.1 | Review email to Court media |
| 5/20/2022 | Cierra | Catholic University | 0.1 | court email [42] re: Transcrip |
| 5/20/2022 | Cierra | Catholic University | 0.1 | court email [42] re: Transcrip |
| 5/20/2022 | Cierra | Catholic University | 0.1 | court email [42] re: Transcrip |
| 5/20/2022 | Cierra | Catholic University | 0.1 | court email [42] re: Transcrip |
| 5/20/2022 | Cierra | Catholic University | 0.1 | court email [42] re: Transcrip |

| 5/20/2022 | Cierra | Catholic University | 0.1 | court email [42] re: Transcrip |
| 5/24/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| 5/24/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| 5/26/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| 5/26/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| 5/26/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| 5/26/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| 5/26/2022 | Cierra | Catholic University | 0.1 | Emails from Poulin. E re: Mec |
| | | | 6 | Draft/File Opp. to Mtino to Cc |

total- 12.6

| 7/7/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: atta |
| 7/7/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/7/2022 | Coleman | Catholic University | 0.1 | Email from E. Poulin re: Resp |
| 7/7/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/7/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 7/7/2022 | Coleman | Catholic University | 0.1 | court email [43] re: Memoran |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: atta |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from E. Poulin re: Resp |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 7/8/2022 | Coleman | Catholic University | 0.1 | court email [43] re: Memoran |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: atta |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from E. Poulin re: Resp |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 7/8/2022 | Coleman | Catholic University | 0.1 | court email [43] re: Memoran |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: atta |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Email from E. Poulin re: Resp |
| 7/8/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/10/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 7/12/2022 | Coleman | Catholic University | 0.1 | court email [43] re: Memoran |
| 7/13/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: atta |
| 7/13/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |
| 7/14/2022 | Coleman | Catholic University | 0.1 | Email from E. Poulin re: Resp |
| 7/18/2022 | Coleman | Catholic University | 0.1 | Emails from R. Willey re: Res |

| Date | | | | | |
|---|---|---|---|---|---|
| 7/18/2022 | Coleman | Catholic University | | 0.1 | Email from B. Abbott re: Resp |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | court email [43] re: Memorar |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | Email from B. Abbott re: atta |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | Emails from R. Willey re: Res |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | Email from E. Poulin re: Resp |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | Emails from R. Willey re: Res |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | Email from B. Abbott re: Resp |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | court email [43] re: Memorar |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | fileIT [43] re: Plaintiff's memo |
| 7/19/2022 | Coleman | Catholic University | | 0.1 | fileIT [43] re: Plaintiff's memo |
| 7/21/2022 | Coleman | Catholic University | | 0.1 | fileIT [43] re: Plaintiff's memo |
| 7/25/2022 | Coleman | Catholic University | | 0.1 | fileIT [43] re: Plaintiff's memo |
| 7/25/2022 | Coleman | Catholic University | | 0.1 | fileIT [43] re: Plaintiff's memo |
| 7/27/2022 | Coleman | Catholic University | | 0.1 | fileIT [43] re: Plaintiff's memo |
| 7/27/2022 | Coleman | Catholic University | | 0.5 | Zoom meeting with Mediator |
| 7/28/2022 | Coleman | Catholic University | | 0.5 | Conference w/ Court Mediato |
| 7/29/2022 | Coleman | Catholic University | | 0.2 | Prep for Zoom meeting with N |
| 7/29/2022 | Coleman | Catholic University | | 0.5 | Zoom meeting with Mediator |
| 8/2/2022 | Coleman | Catholic University | | 0.1 | court email [44] re: Reply to ( |
| 8/5/2022 | Coleman | Catholic University | | 0.1 | court email [44] re: Reply to ( |
| 8/5/2022 | Coleman | Catholic University | | 0.1 | court email [44] re: Reply to ( |
| 8/5/2022 | Coleman | Catholic University | | 0.1 | court email [44] re: Reply to ( |
| 8/5/2022 | Coleman | Catholic University | | 0.1 | court email [44] re: Reply to ( |
| 8/7/2022 | Coleman | Catholic University | | 0.3 | Review Reply in Supp. or Mot |
| 8/8/2022 | Coleman | Catholic University | | 0.1 | fileit [44] re: Reply memo in l |
| 8/8/2022 | Coleman | Catholic University | | 0.1 | fileit [44] re: Reply memo in l |
| 8/8/2022 | Coleman | Catholic University | | 0.3 | Review Reply in Support of In |
| 8/8/2022 | Coleman | Catholic University | | 0.1 | fileit [44] re: Reply memo in l |
| 8/12/2022 | Coleman | Catholic University | | 0.1 | fileit [44] re: Reply memo in l |
| 8/18/2022 | Coleman | Catholic University | | 0.1 | fileit [44] re: Reply memo in l |
| 8/18/2022 | Coleman | Catholic University | | 0.1 | fileit [44] re: Reply memo in l |
| 8/18/2022 | Coleman | Catholic University | | 0.3 | Review Order Granting Motio |
| 8/19/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/19/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/19/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/22/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/24/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/24/2022 | Coleman | Catholic University | | 1.8 | Read Amici Curiae in GWU A |
| 8/24/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/24/2022 | Coleman | Catholic University | | 0.1 | court email [45] re: Mtn for co |
| 8/30/2022 | Coleman | Catholic University | | 0.1 | fileit [45] re: order granting de |

| | | | | |
|---|---|---|---|---|
| 9/1/2022 | Coleman | Catholic University | 0.1 | fileit [45] re: order granting de |
| 9/2/2022 | Coleman | Catholic University | 0.1 | fileit [45] re: order granting de |
| 9/2/2022 | Coleman | Catholic University | 0.2 | Review Order Certifying Appe |
| 9/6/2022 | Coleman | Catholic University | 0.1 | fileit [45] re: order granting de |
| 9/6/2022 | Coleman | Catholic University | 0.1 | fileit [45] re: order granting de |
| 9/7/2022 | Coleman | Catholic University | 0.1 | fileit [45] re: order granting de |
| 9/7/2022 | Coleman | Catholic University | 0.1 | fileit [45] re: order granting de |
| 9/7/2022 | Coleman | Catholic University | 0.2 | Review email to client RM an |
| 9/7/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/7/2022 | Coleman | Catholic University | 0.5 | Review Request for Interlocu |
| 9/7/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/7/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/7/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/7/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/7/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/13/2022 | Coleman | Catholic University | 0.1 | Email confirmation re: Attach |
| 9/13/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | court email re: Petition filed |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave atta |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/14/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/21/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/22/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/22/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/27/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/28/2022 | Coleman | Catholic University | 0.1 | fileit re: Petition for leave to a |
| 9/28/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |

| 9/28/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 9/28/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 9/28/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 9/28/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 9/29/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 10/2/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 10/2/2022 | Coleman | Catholic University | 0.1 | Email from P. Doolittle re: Att |
| 10/5/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/5/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/5/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/5/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/5/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/6/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/7/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/7/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/7/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/10/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/10/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/10/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/10/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/10/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/10/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/11/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/11/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/12/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/12/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/12/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/12/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/12/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/13/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/13/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/14/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/14/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/19/2022 | Coleman | Catholic University | 0.6 | Review Oppo to Interlocutory |
| 10/19/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/20/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/20/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/21/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/21/2022 | Coleman | Catholic University | 0.1 | Email from B. Abbott re: Resp |
| 10/21/2022 | Coleman | Catholic University | 0.1 | court email re: Response to p |
| 10/24/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |

| 10/25/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/25/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/25/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/25/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/25/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/25/2022 | Coleman | Catholic University | 0.3 | Review D's reply in support o |
| 10/25/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/25/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/25/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/25/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/26/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/26/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/26/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/27/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/28/2022 | Coleman | Catholic University | 0.1 | court email re: Reply to respo |
| 10/28/2022 | Coleman | Catholic University | 0.1 | fileit re: Reply brief in supp at |
| 10/28/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 10/31/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 10/31/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 10/31/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 11/1/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 11/1/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 11/1/2022 | Coleman | Catholic University | 0.1 | court email re: Ltr filed |
| 11/1/2022 | Coleman | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |
| 11/1/2022 | Coleman | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |
| 11/2/2022 | Coleman | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |
| 1/6/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/6/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/11/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/18/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/19/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/23/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/24/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/24/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |

| | | | | |
|---|---|---|---|---|
| 1/24/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/27/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 1/30/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 2/4/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 2/8/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 2/8/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 2/8/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 2/9/2023 | Coleman | Catholic University | 0.1 | Email from A. Pauli re: Attache |
| 2/9/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 2/9/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 2/9/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/10/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 2/10/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 2/12/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/13/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 2/14/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 2/14/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 2/14/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 2/14/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 2/20/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 2/20/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 2/28/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/2/2023 | Coleman | Catholic University | 0.3 | Uploaded docs to disco |
| 3/2/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 3/2/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/2/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 3/3/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/3/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 3/6/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/6/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 3/8/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/8/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |

| | | | | |
|---|---|---|---|---|
| 3/9/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/9/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/10/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 3/13/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/13/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/16/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 3/22/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 3/24/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/24/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 4/4/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 4/4/2023 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 4/5/2023 | Coleman | Catholic University | 0.1 | Email response from M. Awan |
| 4/24/2023 | Coleman | Catholic University | 0.1 | Email response from m. Baran |
| 4/30/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 5/2/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 5/8/2023 | Coleman | Catholic University | 0.2 | Meet and Confer w/ OC re exte |
| 5/10/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 5/10/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 5/12/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 8/25/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 8/25/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 9/11/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 9/11/2023 | Coleman | Catholic University | 5.8 | Reviewing requests for product |
| 9/19/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 9/20/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 10/27/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 11/17/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 12/4/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 12/5/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 12/6/2023 | Coleman | Catholic University | 0.1 | Email from D. Byrum re: Attach |
| 1/19/2024 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 2/19/2024 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |
| 3/14/2024 | Coleman | Catholic University | 0.1 | Email response from B. Abbott |

37.5

| | | | | |
|---|---|---|---|---|
| 6/12/2020 | Eric | Catholic University | | |
| 6/16/2020 | Eric | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |
| 6/16/2020 | Eric | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |

| | | | | |
|---|---|---|---|---|
| 6/17/2020 | Eric | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |
| 6/22/2020 | Eric | Catholic University | 0.1 | fileit re: Ltr pursuant to adver |
| 6/30/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 6/30/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 6/30/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/1/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/3/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/9/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/30/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/30/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/31/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 7/31/2020 | Eric | Catholic University | 0.1 | court email re: Per Curiam or |
| 8/14/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 8/18/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 8/25/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 8/31/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 8/31/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 9/2/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 9/3/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 9/4/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 9/8/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 9/11/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 9/18/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 9/18/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 10/4/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 10/4/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 10/5/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 10/5/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 10/6/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 10/6/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 10/6/2020 | Eric | Catholic University | 0.1 | FileiT re: Per curiam order |
| 10/6/2020 | Eric | Catholic University | 0.1 | Email response from R. Wille |
| 10/9/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 10/9/2020 | Eric | Catholic University | 0.3 | Review Notice of Intervening |
| 10/9/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 10/14/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 10/16/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 11/5/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 12/7/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 12/21/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 12/28/2020 | Eric | Catholic University | 0.1 | court email [46] re: Notice |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 2/1/2021 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 2/26/2021 | Eric | Catholic University | 0.1 | court email [46] re: Notice |
| 3/9/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 3/12/2021 | Eric | Catholic University | 0.2 | Email response from B. Abbo |
| 3/12/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 3/15/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 3/24/2021 | Eric | Catholic University | 0.2 | Email from C. Grier re: Attacl |
| 3/26/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 3/26/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 3/26/2021 | Eric | Catholic University | 0.2 | Email from C. Grier re: Attacl |
| 4/6/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 4/7/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 4/7/2021 | Eric | Catholic University | 0.2 | Email response from B. Abbo |
| 4/13/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 4/13/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 4/13/2021 | Eric | Catholic University | 0.2 | Email response from B. Abbo |
| 4/22/2021 | Eric | Catholic University | 0.2 | court email [45] re: Mtn for ex |
| 4/22/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 5/5/2021 | Eric | Catholic University | 0.2 | Email response from B. Abbo |
| 5/6/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 5/9/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 5/11/2021 | Eric | Catholic University | 0.4 | Reviewed notice of intervenir |
| 7/9/2021 | Eric | Catholic University | 0.2 | Email from C. Grier re: Attacl |
| 7/9/2021 | Eric | Catholic University | 0.2 | Email response from B. Abbo |
| 7/14/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 7/15/2021 | Eric | Catholic University | 0.2 | court email [45] re: Mtn for ex |
| 7/16/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 7/19/2021 | Eric | Catholic University | 0.2 | Email response from B. Abbo |
| 7/19/2021 | Eric | Catholic University | 0.2 | court email [45] re: Mtn for ex |
| 7/23/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 7/23/2021 | Eric | Catholic University | 0.2 | Email from C. Grier re: Attacl |
| 7/26/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 7/26/2021 | Eric | Catholic University | 0.1 | FileiT [46] re: Defendant's no |
| 7/26/2021 | Eric | Catholic University | 0.2 | Email from C. Grier re: Attacl |
| 8/2/2021 | Eric | Catholic University | 0.2 | Email from G. McCulloch re: |
| 8/5/2021 | Eric | Catholic University | 0.5 | Drafted Roggs |
| 8/6/2021 | Eric | Catholic University | 4.6 | Drafted & edited discovery re |
| 8/6/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 8/6/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 8/6/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/10/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 8/12/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/13/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 8/16/2021 | Eric | Catholic University | 0.5 | Finalized discovery requests |
| 8/16/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/3/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/6/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/6/2021 | Eric | Catholic University | 0.8 | Reviewed all RFPs, RFAs, and |
| 9/13/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/15/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/16/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/20/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/21/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/22/2021 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/23/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/23/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 9/23/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 9/30/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 9/30/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 9/30/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 10/21/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 10/22/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 11/17/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 11/18/2021 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 11/18/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 12/7/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 12/9/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 12/9/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 12/9/2021 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 1/26/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 1/26/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 1/27/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 1/28/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 5/10/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/13/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/13/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/16/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/16/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/16/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/16/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 5/16/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/17/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/17/2022 | Eric | Catholic University | 0.1 | court email re: Order lifting s |
| 5/18/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/24/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/24/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Eric | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 5/26/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/9/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/10/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/10/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/10/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/10/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |

| 6/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/22/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 6/23/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 6/23/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 6/23/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 6/23/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 6/28/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/5/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/6/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/6/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/6/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/7/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |

| 7/8/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 7/10/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/12/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/13/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/14/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/18/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/18/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email from C. Grier re: Attach |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/21/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/25/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/25/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/27/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/27/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 7/29/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 8/2/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/5/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/5/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/5/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/5/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/7/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/8/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/8/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/8/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/12/2022 | Eric | Catholic University | 0.1 | court email [47] re: Motion fo |
| 8/18/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/18/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/18/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/19/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/19/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/19/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/22/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/24/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/24/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |

| 8/24/2022 | Eric | Catholic University | 0.1 | Email from M. Baranova re: A |
| 8/24/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 8/30/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/2/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/6/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/6/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/7/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/7/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/7/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/7/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/7/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/7/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/13/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/14/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/14/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/14/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/14/2022 | Eric | Catholic University | 0.1 | court email [48] re: Motion fo |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/14/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/21/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/27/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Eric | Catholic University | 0.1 | Email response from P. Dooli |

| | | | | |
|---|---|---|---|---|
| 9/28/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/28/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 9/29/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/2/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/2/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/5/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/5/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/5/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/5/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/5/2022 | Eric | Catholic University | 0.1 | Email response from C. Grier |
| 10/6/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/7/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/7/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/10/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/10/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/10/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/10/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/10/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/10/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/11/2022 | Eric | Catholic University | 0.1 | court email re: Motion for lea |
| 10/11/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/12/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/12/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/12/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/12/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/12/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/13/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/14/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/19/2022 | Eric | Catholic University | 0.1 | Email response from C. Boyk |
| 10/20/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/20/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/21/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/24/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [49] re: Motion fo |
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |

| 10/25/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
|---|---|---|---|---|
| 10/25/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/26/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/26/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/26/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/27/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/28/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/28/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/28/2022 | Eric | Catholic University | 0.1 | court email [50] re: Motion fo |
| 10/31/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 10/31/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 10/31/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 11/2/2022 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 1/6/2023 | Eric | Catholic University | 0.1 | court email re: Order on moti |
| 1/6/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 1.8 | Drafted stip to extend case sch |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/18/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/19/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/23/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 1/24/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 1/27/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 1/30/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/4/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/8/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/8/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/8/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/9/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/9/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |

| 2/9/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/9/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/9/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/10/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/10/2023 | Eric | Catholic University | 0.1 | Email from M. Awan re: Attach |
| 2/12/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 2/13/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 2/14/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 2/14/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 2/20/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 2/20/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 2/28/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/3/2023 | Eric | Catholic University | 0.3 | Called the client to obtainn upd |
| 3/3/2023 | Eric | Catholic University | 0.3 | Emailed client re: discovery rec |
| 3/6/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/6/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/8/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/8/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/9/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/9/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/10/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/13/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/16/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 3/22/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 3/24/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/24/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |

| 4/4/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 4/5/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 4/24/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 4/30/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 5/2/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 5/8/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| 5/10/2023 | Eric | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 5/10/2023 | Eric | Catholic University | 0.1 | Email response from B. Abbott |
| 5/12/2023 | Eric | Catholic University | 0.1 | Email response from J. Dufour |
| | | | 0.1 | Email from J. Dufour re: Attach |

53.1

| 9/14/2022 | Griffin | Catholic University | | |
| 9/14/2022 | Griffin | Catholic University | 0.1 | court email re: Order on moti |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Ma |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/14/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/21/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/27/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/28/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/28/2022 | Griffin | Catholic University | 0.1 | Email from P. Doolittle re: Re |
| 9/28/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 9/28/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 9/28/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |

| 9/28/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 9/29/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 10/2/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 10/2/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 10/5/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 10/5/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 10/5/2022 | Griffin | Catholic University | 0.1 | Email response from M. Bara |
| 10/5/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/5/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/6/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/7/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/7/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/10/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/10/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/10/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/10/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/10/2022 | Griffin | Catholic University | 0.1 | court email [51] re: Motion to |
| 10/10/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/11/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/11/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/12/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/12/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/12/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/12/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/12/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/13/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/14/2022 | Griffin | Catholic University | 0.1 | court email [52] re: Answer to |
| 10/19/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/19/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/20/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/20/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/21/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/24/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email from M. Baranova re: A |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Griffin | Catholic University | 0.1 | Email response from B. Abbo |

| | | | |
|---|---|---|---|
| 10/25/2022 Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/27/2022 Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 Griffin | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 10/28/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 10/31/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 10/31/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 10/31/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 11/1/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 11/1/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 11/1/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 11/1/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 11/2/2022 Griffin | Catholic University | 0.1 | court email [53] re: Notice of |
| 1/6/2023 Griffin | Catholic University | 0.1 | court email [54] re: Notice of |
| 1/6/2023 Griffin | Catholic University | 0.1 | Email response from D. Monte |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from D. Monte |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 1/18/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 1/19/2023 Griffin | Catholic University | 0.1 | Email response from D. Monte |
| 1/23/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 1/27/2023 Griffin | Catholic University | 0.1 | Email response from D. Monte |
| 1/30/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/4/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/8/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 Griffin | Catholic University | 0.1 | Email response from D. Monte |
| 2/9/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/9/2023 Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 Griffin | Catholic University | 0.1 | Email response from J. Dufour |

| 2/9/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 2/10/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/10/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/12/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/13/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 2/14/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 2/20/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/20/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 2/28/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 3/2/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 3/3/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/6/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 3/8/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/9/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 3/9/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/10/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/13/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/16/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 3/22/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 3/24/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 3/24/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |

| 4/4/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 4/5/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 4/24/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 4/30/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 5/2/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 5/8/2023 | Griffin | Catholic University | 0.1 | Email response from D. Montes |
| 5/10/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| 5/10/2023 | Griffin | Catholic University | 0.1 | Email response from B. Abbott |
| 5/12/2023 | Griffin | Catholic University | 0.1 | Email response from J. Dufour |
| | | | 0.1 | Email response from B. Abbott |

15.7

| 11/17/2021 | Jacqueline | Catholic University | | |
| 11/18/2021 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 11/18/2021 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 12/7/2021 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 12/9/2021 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 12/9/2021 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 12/9/2021 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 1/24/2022 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 1/25/2022 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 1/26/2022 | Jacqueline | Catholic University | 0.1 | court email [54] re: Notice of |
| 1/26/2022 | Jacqueline | Catholic University | 4.3 | Reviewed briefing , edited op |
| 1/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 1/27/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 1/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/10/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/13/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/13/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/16/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/16/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/16/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/16/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/16/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/17/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/17/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |

| 5/18/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 5/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 6/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/7/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/9/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/10/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/14/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |

| | | | |
|---|---|---|---|
| 6/22/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/22/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 6/23/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 6/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 6/30/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/1/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/7/2022 | Jacqueline | Catholic University | 0.1 | court email [55] re: Memorar |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |

| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/10/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/12/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 7/12/2022 | Jacqueline | Catholic University | 4.3 | Drafted opp to MTD & sent to |
| 7/13/2022 | Jacqueline | Catholic University | 0.9 | Review brief |
| 7/14/2022 | Jacqueline | Catholic University | 0.6 | Review/Edits to Opp. to Parti |
| 7/14/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/18/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/18/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from P. Dooli |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/19/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/21/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/25/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/25/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/25/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/27/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/27/2022 | Jacqueline | Catholic University | 0.1 | Email from M. Baranova re: In |
| 7/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 7/29/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/2/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |

| Date | Name | Institution | Hours | Description |
|---|---|---|---|---|
| 8/2/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from M. Bara |
| 8/8/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/8/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/8/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/12/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/18/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/18/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/18/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/19/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/19/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/19/2022 | Jacqueline | Catholic University | 0.1 | court email [56] re: Notice of |
| 8/22/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 8/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 8/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 8/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 8/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 8/24/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 8/30/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 9/2/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 9/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 9/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 9/6/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email [57] re: Reply to c |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email re: Order on mtn |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email re: Order on mtn |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email re: Order on mtn |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 | court email re: Order on mtn |

| | | | |
|---|---|---|---|
| 9/7/2022 | Jacqueline | Catholic University | 0.1 court email re: Order on mtn |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 court email re: Order on mtn |
| 9/7/2022 | Jacqueline | Catholic University | 0.1 court email re: Order on mtn |
| 9/8/2022 | Jacqueline | Catholic University | 0.1 court email re: Order on mtn |
| 9/9/2022 | Jacqueline | Catholic University | 0.1 court email re: Order on mtn |
| 9/13/2022 | Jacqueline | Catholic University | 0.1 court email re: Order on mtn |
| 9/13/2022 | Jacqueline | Catholic University | 0.3 Reviewed order |
| 9/13/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Requ |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/14/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/16/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/21/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/21/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/21/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/22/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/27/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/27/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 Email from J. Dufour re: Attac |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 Email response from J. Dufou |

| Date | Name | Client | Hours | Description |
|------|------|--------|-------|-------------|
| 9/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 9/29/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/2/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/2/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Jacqueline | Catholic University | 0.5 | Drafted discovery plan & sch |
| 10/5/2022 | Jacqueline | Catholic University | 0.2 | Meet and confer |
| 10/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/5/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/6/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/7/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/10/2022 | Jacqueline | Catholic University | 0.8 | Reviewed RFA's and RFPs |
| 10/10/2022 | Jacqueline | Catholic University | 0.5 | Drafted initial disclosures |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/11/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/11/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Jacqueline | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/12/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/13/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/14/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/19/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Jacqueline | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |

| 10/21/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/24/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | court email [58] re: Motion fo |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/25/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/26/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/27/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/27/2022 | Jacqueline | Catholic University | 0.1 | Email response from C. Boyk |
| 10/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/28/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/31/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/31/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 10/31/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 11/2/2022 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufou |
| 1/6/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/6/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/6/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |

| Date | Name | Institution | Hours | Description |
|---|---|---|---|---|
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/18/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/19/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/19/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/19/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/23/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/24/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/24/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 1/27/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 1/30/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/4/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 2/8/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 2/8/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 | Jacqueline | Catholic University | 0.1 | Email response from A. Mohan |
| 2/8/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/9/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/9/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/9/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/9/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/10/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/10/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/12/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/13/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 2/28/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |

| | | | |
|---|---|---|---|
| 2/28/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 3/3/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 3/3/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 3/3/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 3/6/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 3/6/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 Jacqueline | Catholic University | 0.4 | Call w/ client re discovery conc |
| 3/8/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 3/8/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 3/8/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 3/9/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 3/9/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/9/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 3/10/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 3/13/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 3/13/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 3/16/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/20/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 3/21/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 3/21/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 3/22/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 3/22/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 3/24/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 3/24/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 3/28/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 3/28/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 3/29/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |

| | | | |
|---|---|---|---|
| 4/4/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 4/4/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 4/5/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 4/24/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 4/24/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 4/30/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 5/2/2023 Jacqueline | Catholic University | 0.2 | Discussed filing w/ Marina |
| 5/8/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 5/8/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 5/8/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 5/8/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 5/9/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 5/10/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 5/10/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 5/10/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 5/10/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 5/10/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 5/12/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 5/15/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 5/15/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 5/16/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 5/17/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 5/19/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 5/22/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 5/22/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 5/23/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 5/24/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 5/25/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 5/26/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 5/30/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 8/22/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 8/23/2023 Jacqueline | Catholic University | 0.4 | Finalized and filed joint mtn |
| 8/25/2023 Jacqueline | Catholic University | 0.1 | Discussed filing w/ Jacqueline |
| 8/25/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 9/7/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 9/11/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 9/11/2023 Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 9/15/2023 Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 9/18/2023 Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 9/18/2023 Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 9/19/2023 Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 9/19/2023 | Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 9/19/2023 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 9/19/2023 | Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 9/20/2023 | Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 9/20/2023 | Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 10/20/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 10/20/2023 | Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 10/24/2023 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 10/24/2023 | Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 10/27/2023 | Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 10/27/2023 | Jacqueline | Catholic University | 0.3 | File review |
| 10/27/2023 | Jacqueline | Catholic University | 0.6 | Reviewed discovery requests |
| 10/27/2023 | Jacqueline | Catholic University | 0.2 | Drafted condensed requests fo |
| 11/17/2023 | Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
| 12/4/2023 | Jacqueline | Catholic University | 0.1 | Email response from B. Abbott |
| 12/5/2023 | Jacqueline | Catholic University | 0.1 | Email response from M. Baran |
| 12/6/2023 | Jacqueline | Catholic University | 0.1 | Email response from J. Dufour |
| 1/19/2024 | Jacqueline | Catholic University | 0.1 | Email response from C. Hall re |
| 2/19/2024 | Jacqueline | Catholic University | 0.1 | Court email [72] re: Motion for |
| 3/14/2024 | Jacqueline | Catholic University | 0.1 | Email response from M. Awan |
|  |  |  | 0.1 | Email response from B. Abbott |
|  |  |  | 58.4 |  |
| 9/2/2022 | Jake | Catholic University |  |  |
| 9/2/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/6/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/6/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/13/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |

| Date | | Matter | Hours | Description |
|---|---|---|---|---|
| 9/14/2022 | Jake | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 2 | Drafted initital disclosures |
| 9/14/2022 | Jake | Catholic University | 0.3 | Reviewed updated discovery |
| 9/14/2022 | Jake | Catholic University | 0.5 | Reviewed discovery plan and |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/14/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/16/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/21/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/21/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/21/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/27/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/29/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/2/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/2/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/5/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/5/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/5/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/5/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/5/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/6/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/7/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |

| Date | | | | |
|---|---|---|---|---|
| 10/10/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/11/2022 | Jake | Catholic University | 0.6 | Reviewed initial disclosures |
| 10/11/2022 | Jake | Catholic University | 0.7 | Edits to initial disclosures |
| 10/12/2022 | Jake | Catholic University | 3.3 | Redlining roggs, rfps, and RF. |
| 10/12/2022 | Jake | Catholic University | 0.3 | Prepped for meeting w/ clien |
| 10/12/2022 | Jake | Catholic University | 0.6 | Meeting w/ client |
| 10/12/2022 | Jake | Catholic University | 0.3 | Updated client's info into litif |
| 10/12/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/13/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/14/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/19/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/19/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/20/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/20/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/21/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/24/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/26/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/26/2022 | Jake | Catholic University | 0.1 | Email response from J. Dufou |
| 10/26/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/27/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/28/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/31/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/31/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/31/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 11/1/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 11/1/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 11/1/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 11/1/2022 | Jake | Catholic University | 0.1 | Email from J. Dufour re: Attac |

| 11/2/2022 Jake | Catholic University | 0.1 | court email re: Minute order |
| 1/6/2023 Jake | Catholic University | 0.1 | court email re: Minute order |
| 1/6/2023 Jake | Catholic University | 0.1 | Email response from M. Baran |
| 1/11/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 Jake | Catholic University | 0.1 | Email response from C. Hall re |
| 1/11/2023 Jake | Catholic University | 0.1 | Court email [72] re: Motion for |
| 1/11/2023 Jake | Catholic University | 2.3 | Reviewed discovery requests a |
| 1/11/2023 Jake | Catholic University | 1.4 | Began reviewing docs for supp |
| 1/11/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 Jake | Catholic University | 0.1 | Email from B. Abbott: Bumpi |
| 1/11/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 1/18/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/19/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 1/23/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 1/24/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 1/24/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 1/27/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 1/30/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/4/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/8/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/8/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/9/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/9/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/9/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/10/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/10/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/12/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/13/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/14/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/14/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/14/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/14/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 2/17/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bumpi |
| 2/20/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |

| | | | |
|---|---|---|---|
| 2/20/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 2/28/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bump |
| 3/2/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 3/2/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bump |
| 3/2/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 3/2/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bump |
| 3/3/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 3/3/2023 Jake | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 Jake | Catholic University | 0.1 | Email from B. Abbott re: Bump |
| 3/6/2023 Jake | Catholic University | 0.1 | Email response from T. Roman |
| 3/6/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/9/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/9/2023 Jake | Catholic University | 0.5 | Edited ltr of docs to send to clie |
| 3/10/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/16/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/22/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/24/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 3/24/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 4/5/2023 Jake | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 4/24/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 4/30/2023 Jake | Catholic University | 0.1 | Email response from P. Doolittl |
| 5/2/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 5/8/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 5/10/2023 Jake | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 5/10/2023 Jake | Catholic University | 0.1 | Email response from J. Dufour |
| 5/12/2023 Jake | Catholic University | 0.1 | Email response from P. Doolittl |
| | | 0.1 | Email response from J. Dufour |

29.2

| | | | | |
|---|---|---|---|---|
| 6/12/2020 | Jarrett | Catholic University | | |
| 6/16/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/16/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/16/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/17/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/17/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/17/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/18/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/19/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/22/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/22/2020 | Jarrett | Catholic University | 0.1 | court email re: Minute order |
| 6/22/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/29/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 6/30/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 7/1/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 7/1/2020 | Jarrett | Catholic University | 0.1 | court email [59] re: Standard |
| 7/1/2020 | Jarrett | Catholic University | 0.2 | Reviewed initial disclosures |
| 7/9/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/17/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/17/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/23/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/30/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/30/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 8/7/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 8/13/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 8/14/2020 | Jarrett | Catholic University | 0.3 | Reviewed initial disclosures a |
| 8/17/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |

| 8/18/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/20/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/20/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/25/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/28/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/31/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/31/2020 | Jarrett | Catholic University | 0.1 | Email response from B. Abbo |
| 8/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/1/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/1/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/1/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/1/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/1/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/3/2020 | Jarrett | Catholic University | 0.5 | Edits to initial disclosures |
| 9/3/2020 | Jarrett | Catholic University | 0.3 | Reviewed scheduling order a |
| 9/3/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/3/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/4/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/4/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/4/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/8/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/9/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/18/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/20/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/20/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/20/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |

| Date | | | | |
|---|---|---|---|---|
| 9/23/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 9/24/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 10/1/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 10/6/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 10/6/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2020 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 10/9/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/9/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/9/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/9/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/14/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/14/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/16/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/19/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/20/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/29/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/3/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/4/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/4/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/5/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/9/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/20/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/2/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/2/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/3/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/4/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/4/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/4/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/4/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/7/2020 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At |
| 12/15/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/16/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/16/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/21/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/21/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/21/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/22/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/22/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/22/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |
| 12/22/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi |

| | | | | |
|---|---|---|---|---|
| 12/22/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi... |
| 12/23/2020 | Jarrett | Catholic University | 0.1 | Email response from N. Willi... |
| 12/28/2020 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 12/28/2020 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 12/28/2020 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 12/28/2020 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 1/18/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 2/1/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 2/2/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 2/4/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 2/5/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 2/15/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 2/26/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 3/2/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac... |
| 3/9/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/12/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/12/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/12/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/15/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/17/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/17/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/24/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 3/26/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 3/29/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/1/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/5/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/6/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/6/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/6/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/7/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/7/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/7/2021 | Jarrett | Catholic University | 0.1 | Email from N. Williams re: At... |
| 4/7/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Pirillo... |
| 4/8/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Pirillo... |
| 4/8/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Pirillo... |

| | | | |
|---|---|---|---|
| 4/8/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/8/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/8/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/9/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/12/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/13/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/13/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/13/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/13/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/13/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/14/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/19/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/21/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/22/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/23/2021 | Jarrett | Catholic University | 0.1 Email response from J. Pirillo |
| 4/23/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 4/27/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 4/28/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/3/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/5/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from B. Abbo |
| 5/6/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/7/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/7/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/10/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/10/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/11/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/11/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |
| 5/11/2021 | Jarrett | Catholic University | 0.1 Email response from J. Dufou |

| | | | | |
|---|---|---|---|---|
| 5/11/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 5/11/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 5/11/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 5/13/2021 | Jarrett | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2021 | Jarrett | Catholic University | 4 | Drafted discovery document |
| 7/9/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/9/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/9/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/14/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/15/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/16/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/19/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/19/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/23/2021 | Jarrett | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| | | | 0.1 | Email from J. Dufour re: Attac |
| | | | 26.5 | |
| 7/15/2021 | Josh | Catholic University | | |
| 7/19/2021 | Josh | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/23/2021 | Josh | Catholic University | 0.4 | Reviewed minute order and s |
| 7/26/2021 | Josh | Catholic University | 2 | Edits to roggs and rfa's |
| 8/2/2021 | Josh | Catholic University | 1.8 | Reviewed and edited initial d |
| 8/5/2021 | Josh | Catholic University | 0.3 | Served discovery / initial disc |
| 8/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/10/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/13/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 8/16/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 9/3/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 9/6/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 9/13/2021 | Josh | Catholic University | 0.1 | Email response from B. Abbo |
| 9/15/2021 | Josh | Catholic University | 0.1 | Email response from A. Scho |
| 9/16/2021 | Josh | Catholic University | 0.1 | Email response from A. Scho |
| 9/20/2021 | Josh | Catholic University | 0.1 | Email response from A. Scho |

| | | | |
|---|---|---|---|
| 9/21/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 9/22/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 9/23/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 9/23/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 9/23/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 9/30/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 9/30/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 10/21/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| 10/22/2021 | Josh | Catholic University | 0.1 Email response from A. Scho |
| | | | 0.1 Email response from J. Dufou |
| | | | |
| | | | 7.1 |
| | | | |
| 11/17/2021 | Julia | Catholic University | |
| 11/18/2021 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 11/18/2021 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 12/7/2021 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 12/9/2021 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 12/9/2021 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 12/9/2021 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 1/26/2022 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 1/26/2022 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 1/27/2022 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 1/28/2022 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 5/10/2022 | Julia | Catholic University | 0.1 Email response from J. Dufou |
| 5/13/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/13/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/16/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/16/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/16/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/16/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/16/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/17/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/17/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/18/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 Email response from A. Scho |

| 5/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/20/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/20/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/20/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/20/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/20/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 5/20/2022 | Julia | Catholic University | 0.3 | Reviewed def's deficiency ltr |
| 5/24/2022 | Julia | Catholic University | 0.3 | Reviewed def. ltr from OC |
| 5/24/2022 | Julia | Catholic University | 0.4 | Reviewed deficiency ltr |
| 5/26/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Julia | Catholic University | 2.9 | Amended / suppl initial disclo |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/9/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/14/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/22/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Julia | Catholic University | 1.8 | Reviewed and edited first sup |
| 6/23/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 6/28/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |

| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
|---|---|---|
| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/5/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/6/2022 Julia | Catholic University | 0.1 Email response from J. Dufou |
| 7/6/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/6/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/6/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/7/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.3 Reviewed suppl disclosures |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from B. Abbo |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/8/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/10/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/12/2022 Julia | Catholic University | 0.1 Email response from A. Scho |
| 7/12/2022 Julia | Catholic University | 0.1 Email response from A. Scho |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 7/13/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/14/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/18/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/18/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/19/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/21/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/25/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/25/2022 | Julia | Catholic University | 0.1 | Email response from A. Scho |
| 7/27/2022 | Julia | Catholic University | 0.1 | On call w/ Opposing counsel |
| 7/27/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 7/29/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/2/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/7/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/8/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/8/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/8/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/12/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/18/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 8/18/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/22/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 8/25/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |

| | | | |
|---|---|---|---|
| 8/30/2022 Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 9/2/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/6/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/6/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/7/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/7/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/7/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/13/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/27/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 Julia | Catholic University | 0.1 | Email response from J. Dufou |

| 9/28/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 9/29/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 10/2/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 10/2/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Julia | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Julia | Catholic University | 0.5 | Reviewed materials needed f |
| 10/5/2022 | Julia | Catholic University | 0.2 | Sent initial disclosures to co- |
| 10/5/2022 | Julia | Catholic University | 0.2 | served initial disclosures |
| 10/6/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/7/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/7/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/10/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/10/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/10/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/10/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/10/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/10/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/11/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/11/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/12/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/12/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/12/2022 | Julia | Catholic University | 0.6 | Drafted settlement discovery |
| 10/12/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/12/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/13/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/14/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/19/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/19/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/20/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/20/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/21/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/24/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |

| 10/25/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/25/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/26/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/26/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/26/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/26/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/27/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/28/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/28/2022 | Julia | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/28/2022 | Julia | Catholic University | 0.3 | Edited and circulated ltr to O |
| 10/31/2022 | Julia | Catholic University | 0.3 | Reviewed settlement ltr |
| 10/31/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 10/31/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 10/31/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 11/1/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 11/1/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 11/1/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 11/1/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 11/2/2022 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 1/6/2023 | Julia | Catholic University | 0.1 | Email response from A. Sche |
| 1/6/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 1/11/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/18/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/19/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 1/23/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 1/24/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 1/27/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 1/30/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/4/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/8/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |

| 2/8/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/8/2023 | Julia | Catholic University | 0.6 | Completed online vs in-person |
| 2/9/2023 | Julia | Catholic University | 0.6 | Reviewed discovery requests |
| 2/9/2023 | Julia | Catholic University | 0.8 | Edited list of docs to send to cli |
| 2/9/2023 | Julia | Catholic University | 0.8 | Drafted list of questions to sen |
| 2/9/2023 | Julia | Catholic University | 0.8 | Drafted response to roggs |
| 2/9/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 2/10/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/10/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/12/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/13/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 2/14/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/14/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/14/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 2/20/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/20/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 2/20/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 2/28/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 3/2/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 3/2/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/2/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 3/3/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/3/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 3/6/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/6/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/6/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 3/8/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 3/8/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/8/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/9/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 3/9/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/10/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 3/13/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/13/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |

| Date | Name | Client | Hours | Description |
|------|------|--------|-------|-------------|
| 3/16/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 3/22/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 3/24/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 3/24/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 4/4/2023 | Julia | Catholic University | 0.1 | Email from P. Doolittle re: Rem |
| 4/5/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 4/24/2023 | Julia | Catholic University | 0.1 | Email response from P. Doolittl |
| 4/30/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 5/2/2023 | Julia | Catholic University | 0.1 | Email response from J. Dufour |
| 5/8/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 5/10/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 5/10/2023 | Julia | Catholic University | 0.1 | Email response from G. Macar |
| 5/12/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 5/22/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 5/23/2023 | Julia | Catholic University | 0.3 | Discussed case strategy w/ Jac |
| 8/25/2023 | Julia | Catholic University | 0.1 | Email response from G. Macar |
| 8/25/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 9/11/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 9/19/2023 | Julia | Catholic University | 0.1 | Email response from G. Macar |
| 9/20/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 11/17/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 12/4/2023 | Julia | Catholic University | 0.1 | Email response from G. Macar |
| 12/5/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 12/6/2023 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/19/2024 | Julia | Catholic University | 0.1 | Email response from G. Macar |
| 2/19/2024 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 3/14/2024 | Julia | Catholic University | 0.1 | Email from B. Abbott re: Reque |
|  |  |  | 0.3 | Discussed case strategy w/ Bla |
|  |  |  | 44.7 |  |
| 6/15/2020 | Justin | Catholic University |  |  |
| 6/15/2020 | Justin | Catholic University | 0.1 | Email response from A. Sche |
| 6/18/2020 | Justin | Catholic University | 0.1 | Email response from A. Sche |
| 6/18/2020 | Justin | Catholic University | 0.1 | Email response from A. Sche |
| 6/18/2020 | Justin | Catholic University | 0.1 | Email response from A. Sche |
| 6/18/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/22/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/29/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/29/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 6/29/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/29/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 | Justin | Catholic University | 0.1 | Email response from B. Abbo |
| 7/1/2020 | Justin | Catholic University | 1.1 | Reviewed settlement discove |
| 7/2/2020 | Justin | Catholic University | 0.3 | Searched for settlement ltr |
| 7/6/2020 | Justin | Catholic University | 2.4 | Reviewed financial documen |
| 7/9/2020 | Justin | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/10/2020 | Justin | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/10/2020 | Justin | Catholic University | 0.1 | Email from C. Hall re: Attach |
| | | | 0.1 | Email from C. Hall re: Attach |
| | | | 5.9 | |
| 5/3/2021 | Kellie | Catholic University | | |
| 5/3/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/3/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/9/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/9/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/14/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/15/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/16/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/19/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/19/2021 | Kellie | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/23/2021 | Kellie | Catholic University | 1.1 | Reviewed settlement ltr |
| 7/26/2021 | Kellie | Catholic University | 0.3 | Reviewed settlement ltr |
| | | | 0.1 | Email response from J. Dufou |
| | | | 2.4 | |
| 8/30/2022 | Lindsey | Catholic University | | |
| 9/2/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |

| | | | |
|---|---|---|---|
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Lindsey | Catholic University | 0.5 Edited and reviewed settleme |
| 9/13/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/14/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/21/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/27/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/28/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/28/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/28/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/28/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/28/2022 | Lindsey | Catholic University | 0.1 Email response from P. Dooli |
| 9/28/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 9/29/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 10/2/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 10/2/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |
| 10/5/2022 | Lindsey | Catholic University | 0.1 Email response from J. Dufou |

| | | | | |
|---|---|---|---|---|
| 10/5/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/6/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Lindsey | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/10/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/11/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/11/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/12/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/13/2022 | Lindsey | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 10/14/2022 | Lindsey | Catholic University | 0.3 | Finalized & served settlemen |
| 10/19/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/19/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/20/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/21/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/24/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email response from A. Scho |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/25/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/26/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/26/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/26/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/27/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 10/28/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/28/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/28/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/31/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/31/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 10/31/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 11/1/2022 | Lindsey | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 11/1/2022 | Lindsey | Catholic University | 0.1 | Email response from C. Hall |
| 11/1/2022 | Lindsey | Catholic University | 0.1 | Email response from C. Hall |
| 11/1/2022 | Lindsey | Catholic University | 0.1 | Email response from C. Hall |
| 11/1/2022 | Lindsey | Catholic University | 0.1 | Email response from C. Hall |
| 11/2/2022 | Lindsey | Catholic University | 0.1 | Email response from C. Hall |
| 1/27/2023 | Lindsey | Catholic University | 0.1 | Email response from C. Hall |
| 1/30/2023 | Lindsey | Catholic University | 0.8 | Drafted answers to discovery |
| 10/4/2023 | Lindsey | Catholic University | 0.1 | Email response from G. Macar |
| 10/12/2023 | Lindsey | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| | | | 0.1 | Email from B. Abbott re: Reque |

11.4

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 5/18/2022 | Madison | Catholic University | | |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from C. Hall |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/7/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/9/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/10/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/10/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/10/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/10/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/14/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/22/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/23/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |

| 6/23/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/23/2022 | Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 6/23/2022 | Madison | Catholic University | 1.1 | Settlement demand ltr |
| 6/28/2022 | Madison | Catholic University | 0.4 | Reviewed docs |
| 7/5/2022 | Madison | Catholic University | 0.3 | Reviewed settlement ltr |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/5/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/6/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/6/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/6/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/7/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/7/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/7/2022 | Madison | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 7/7/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/7/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/7/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/7/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/7/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [60] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/8/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/10/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/12/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |

| Date | | | | |
|---|---|---|---|---|
| 7/13/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/14/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/18/2022 | Madison | Catholic University | 0.1 | court email [61] re: Notice of |
| 7/18/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/19/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/21/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/25/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/25/2022 | Madison | Catholic University | 0.1 | court email [62] re: Notice of |
| 7/27/2022 | Madison | Catholic University | 0.1 | Reviewed notice of appearan |
| 7/27/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 7/29/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/2/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/5/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/5/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/5/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/5/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/7/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/8/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/8/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/8/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/12/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/18/2022 | Madison | Catholic University | 0.1 | Email response from A. Scho |
| 8/18/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/18/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/19/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/19/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/19/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/22/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/30/2022 | Madison | Catholic University | 0.1 | Email response from J. Dufou |

| | | | |
|---|---|---|---|
| 8/31/2022 Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2022 Madison | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/2/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/6/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/6/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | Email response from P. Dooli |
| 9/7/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/13/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | court email [63] re: Notice of |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/14/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/16/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/21/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/27/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/28/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/28/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |
| 9/28/2022 Madison | Catholic University | 0.1 | Email response from T. Roma |

| 9/28/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 9/29/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/6/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/7/2022 | Madison | Catholic University | 0.1 | Email response from B. Abbo |
| 10/7/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/10/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/10/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/10/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/10/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/10/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/10/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/11/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/11/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/12/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/12/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/12/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/12/2022 | Madison | Catholic University | 0.1 | Email response from T. Roma |
| 10/12/2022 | Madison | Catholic University | 0.8 | Reviewed motion for judgme |
| 10/13/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/14/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/19/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/19/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/20/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/20/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/21/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/24/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/25/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/25/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/25/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/25/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/25/2022 | Madison | Catholic University | 0.1 | court email [64] re: Motion ju |
| 10/25/2022 | Madison | Catholic University | 0.6 | Reviewed mtn for partial judg |

| 10/25/2022 | Madison | Catholic University | 1.4 | Reviewed mtn for judgment c |
| 10/25/2022 | Madison | Catholic University | 1.8 | Researched and drafted opp |
| 10/25/2022 | Madison | Catholic University | 0.3 | Reviewed local rules |
| 10/26/2022 | Madison | Catholic University | 2 | Drafted opp to judgment on p |
| 10/26/2022 | Madison | Catholic University | 1.5 | Caselaw research |
| 10/26/2022 | Madison | Catholic University | 1.5 | Reviewed pleadings |
| 10/27/2022 | Madison | Catholic University | 2 | Drafted SF95 form for new cl |
| 10/28/2022 | Madison | Catholic University | 2.2 | Caselaw and docket researc |
| 10/28/2022 | Madison | Catholic University | 3 | Drafted opp to pleadings |
| 10/28/2022 | Madison | Catholic University | 2 | Reviewed caselaw research |
| 10/31/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/31/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 10/31/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/1/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/1/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/1/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/1/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 11/2/2022 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 1/6/2023 | Madison | Catholic University | 0.1 | Email from N. Williams re: At |
| 1/6/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/10/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/10/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/10/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/10/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/11/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/18/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/19/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/23/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/24/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/24/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 1/24/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 1/27/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 1/30/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |

| 2/4/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Listing |
| 2/8/2023 | Madison | Catholic University | 0.1 | Email from B. Abbott re: Reque |
| 2/8/2023 | Madison | Catholic University | 0.1 | Email response from G. Macar |
| 2/8/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 2/9/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 2/10/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/10/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/12/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 2/13/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 2/14/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 2/14/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/20/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 2/20/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 2/28/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/2/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/2/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/2/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/3/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/3/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/6/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/6/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/8/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/8/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/9/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/9/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/10/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 3/13/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/13/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/16/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/22/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 3/24/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 3/24/2023 | Madison | Catholic University | 0.1 | Email response from B. Abbott |
| 4/4/2023 | Madison | Catholic University | 0.1 | Email from D. Lewski re: Attach |
| 4/4/2023 | Madison | Catholic University | 0.2 | Call w/ potential experts - Gare |
| 4/5/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 4/24/2023 | Madison | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 4/30/2023 | Madison | Catholic University | 0.1 | Email response from A. Wood |
| 5/2/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 5/8/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 5/10/2023 | Madison | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 5/10/2023 | Madison | Catholic University | 0.1 | Email response from A. Wood |
| 5/12/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 8/25/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 8/25/2023 | Madison | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 9/11/2023 | Madison | Catholic University | 0.1 | Email response from A. Wood |
| 9/19/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 9/20/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 11/17/2023 | Madison | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 12/4/2023 | Madison | Catholic University | 0.1 | Email response from A. Wood |
| 12/5/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 12/6/2023 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/19/2024 | Madison | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/19/2024 | Madison | Catholic University | 0.1 | Email response from A. Wood |
| 3/14/2024 | Madison | Catholic University | 0.1 | Email response from D. Lewsk |
| | | | 0.1 | Email response from D. Lewsk |
| | | | 48.9 | |
| | | | | |
| 5/10/2022 | Marina | Catholic University | | |
| 5/13/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/13/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/16/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/16/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/16/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/16/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/16/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |
| 5/16/2022 | Marina | Catholic University | 0.1 | Email from N. Williams re: At |

| Date | | Entity | Hours | Description |
|---|---|---|---|---|
| 5/17/2022 | Marina | Catholic University | 0.7 | Reviewed Catholic's recent n |
| 5/17/2022 | Marina | Catholic University | 1.5 | Reviewed and apply redlines |
| 5/18/2022 | Marina | Catholic University | 1 | Reviewed mtn for partial judg |
| 5/19/2022 | Marina | Catholic University | 0.6 | Reviewed / edit / researched |
| 5/19/2022 | Marina | Catholic University | 0.5 | Drafted 30b6 notice |
| 5/19/2022 | Marina | Catholic University | 6.5 | Edit / researched / doc review |
| 5/19/2022 | Marina | Catholic University | 1 | Researched / compiled infor |
| 5/19/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/19/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/19/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/19/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/19/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/20/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/20/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/20/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/20/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/20/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/20/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/24/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/24/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/26/2022 | Marina | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 6/7/2022 | Marina | Catholic University | 0.3 | Reviewed 30b6 notice |
| 6/7/2022 | Marina | Catholic University | 5 | Reviewed and edited of mem |
| 6/7/2022 | Marina | Catholic University | 0.7 | 30b6 notice review |
| 6/7/2022 | Marina | Catholic University | 5.8 | Reviewed & edited opposition |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/7/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/9/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/10/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/14/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |

| 6/22/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 6/23/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 6/23/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 6/28/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/5/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/6/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/6/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/6/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email response from B. Abbo |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Asking |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |

| | | | | |
|---|---|---|---|---|
| 7/10/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/12/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/13/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/14/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/18/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/18/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/19/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/21/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/25/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/25/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/27/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/27/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 7/29/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 8/2/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 8/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 8/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 8/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 8/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 8/7/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/8/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/12/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/18/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/18/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/18/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/19/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/19/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/19/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/22/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/24/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/24/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/24/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |

| 8/24/2022 | Marina | Catholic University | 0.1 | Email from J. Pirillo re: Reque |
| 8/30/2022 | Marina | Catholic University | 0.1 | Email respons |
| 9/2/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/13/2022 | Marina | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | Email response from C. Boyk |
| 9/14/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/14/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/21/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/27/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/28/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/28/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/28/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/28/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |

| | | | | |
|---|---|---|---|---|
| 9/28/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/28/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 9/29/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 10/2/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 10/2/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 10/5/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 10/5/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 10/5/2022 | Marina | Catholic University | 0.1 | court email [65] re: Motion fo |
| 10/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/5/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/6/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/7/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/10/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/11/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/11/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/12/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/12/2022 | Marina | Catholic University | 0.1 | Email response from J. Pirillo |
| 10/12/2022 | Marina | Catholic University | 0.1 | Reviewed clients call re: repl |
| 10/12/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/12/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/13/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/14/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/19/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/19/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/20/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/20/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/21/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/24/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/25/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/25/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/25/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/25/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/25/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |
| 10/25/2022 | Marina | Catholic University | 0.1 | Email response from P. Dooli |

| 10/25/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/25/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/25/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/26/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/26/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/26/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/27/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/28/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/28/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/28/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/31/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/31/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 10/31/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Marina | Catholic University | 0.1 | court email re: Order on moti |
| 11/1/2022 | Marina | Catholic University | 1.5 | Drafted mtn for extension an |
| 11/2/2022 | Marina | Catholic University | 0.5 | Discussed impossibility argu |
| 1/6/2023 | Marina | Catholic University | 0.5 | Discussed briefing w/ Paul |
| 1/6/2023 | Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email response from A. Wood |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email response from A. Wood |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/11/2023 | Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 1/18/2023 | Marina | Catholic University | 0.1 | Email response from A. Wood |
| 1/19/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/23/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/24/2023 | Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 1/24/2023 | Marina | Catholic University | 0.1 | Email response from A. Wood |
| 1/24/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/27/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 1/30/2023 | Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/4/2023 | Marina | Catholic University | 0.1 | Email response from A. Wood |
| 2/8/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/8/2023 | Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/8/2023 | Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/9/2023 | Marina | Catholic University | 0.1 | Email response from A. Wood |

| | | | |
|---|---|---|---|
| 2/9/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/9/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/9/2023 Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/9/2023 Marina | Catholic University | 0.1 | Email response from A. Wood |
| 2/10/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/10/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/12/2023 Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/13/2023 Marina | Catholic University | 0.1 | Email response from A. Wood |
| 2/14/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/14/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/14/2023 Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/14/2023 Marina | Catholic University | 0.1 | Email response from A. Wood |
| 2/14/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/14/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/14/2023 Marina | Catholic University | 0.1 | Email from P. Doolittle re: Requ |
| 2/14/2023 Marina | Catholic University | 0.1 | Email response from A. Wood |
| 2/20/2023 Marina | Catholic University | 0.1 | Email response from D. Lewsk |
| 2/20/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 2/20/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 2/28/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/2/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/2/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/2/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/2/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/2/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/3/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/3/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/3/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/6/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/6/2023 Marina | Catholic University | 1.5 | Prepared list of potential depor |
| 3/6/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/8/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/8/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/8/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/8/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/9/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/9/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/10/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/13/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/13/2023 Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/16/2023 Marina | Catholic University | 0.1 | Email response from M. Awan |

| Date | Name | Entity | Hours | Description |
|---|---|---|---|---|
| 3/22/2023 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/24/2023 | Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/24/2023 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 3/24/2023 | Marina | Catholic University | 0.1 | Email response from M. Awan |
| 3/27/2023 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 4/4/2023 | Marina | Catholic University | 0.1 | Email response from M. Awan |
| 4/4/2023 | Marina | Catholic University | 0.1 | Email from J. Dufour re: Listing |
| 4/5/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 4/5/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 4/5/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 4/24/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 4/30/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 5/2/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 5/8/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 5/10/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 5/10/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 5/12/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 8/11/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 8/11/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 8/22/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 8/25/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 8/25/2023 | Marina | Catholic University | 0.1 | Email response from B. Abbott |
| 9/11/2023 | Marina | Catholic University | 0.1 | Email response from J. Dufour |
| 9/19/2023 | Marina | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 9/20/2023 | Marina | Catholic University | 0.1 | Email response from J. Dufour |
| 11/17/2023 | Marina | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 12/4/2023 | Marina | Catholic University | 0.1 | Email response from J. Dufour |
| 12/5/2023 | Marina | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 12/6/2023 | Marina | Catholic University | 0.1 | Email response from J. Dufour |
| 1/19/2024 | Marina | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 2/19/2024 | Marina | Catholic University | 0.1 | Email response from J. Dufour |
| 3/14/2024 | Marina | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| | | | 0.1 | Email response from J. Dufour |

58.8

| 11/17/2021 | Melissa | Catholic University | | |
| 11/18/2021 | Melissa | Catholic University | 0.3 | Sent briefing to Paul |
| 11/18/2021 | Melissa | Catholic University | 0.4 | Drafted proposed order |
| 12/7/2021 | Melissa | Catholic University | 0.2 | Reviewed proposed order |

| Date | Name | Client | Hours | Description |
|---|---|---|---|---|
| 12/9/2021 | Melissa | Catholic University | 0.3 | Reviewed mtn extension of ti |
| 12/9/2021 | Melissa | Catholic University | 4.2 | Drafted brief in opposition to |
| 12/9/2021 | Melissa | Catholic University | 0.2 | Reviewed proposed order |
| | | | 0.3 | Reviewed mtn for extension |
| | | | | |
| | | | 5.9 | |
| | | | | |
| | | | | |
| 6/5/2020 | Monica | Catholic University | | |
| 6/16/2020 | Monica | Catholic University | 0.5 | Discussed briefing w/ jacque |
| 2/16/2021 | Monica | Catholic University | 0.3 | Sent briefing to Jacqueline |
| 4/6/2021 | Monica | Catholic University | 0.2 | Reviewed proposed order |
| 4/8/2021 | Monica | Catholic University | 0.3 | Reviewed mtn for extension |
| 4/8/2021 | Monica | Catholic University | 0.2 | Reviewed proposed order |
| 5/6/2021 | Monica | Catholic University | 0.3 | Reviewed mtn for extension |
| 5/7/2021 | Monica | Catholic University | 0.3 | Revieed mtn for extension |
| 5/7/2021 | Monica | Catholic University | 1.3 | Drafted opp to judgment on t |
| 7/9/2021 | Monica | Catholic University | 3.5 | Drafted opposition |
| 7/9/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/14/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/15/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/16/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/19/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/19/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/23/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/26/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/2/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/5/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 8/10/2021 | Monica | Catholic University | 0.4 | Revised 30b6 |
| 8/13/2021 | Monica | Catholic University | 1.5 | Edited opposition to 12(c) m |
| 8/16/2021 | Monica | Catholic University | 1.3 | Reviewed opposition to 12(c) |
| 9/3/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/6/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/13/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/15/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |

| | | | | |
|---|---|---|---|---|
| 9/16/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/20/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/21/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/22/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/23/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/23/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/23/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/30/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 9/30/2021 | Monica | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| | | | 0.1 | Email from J. Dufour re: Attac |

total 13.1

| | | | | |
|---|---|---|---|---|
| 7/5/2022 | Neil | Catholic University | | |
| 7/6/2022 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/7/2022 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/7/2022 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attac |
| 7/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |

| 7/10/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
|---|---|---|---|---|
| 7/12/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/12/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/13/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/14/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/18/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/18/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/18/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/19/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/21/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/21/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/25/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/25/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/25/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/27/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/27/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/29/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 7/29/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 8/2/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 8/5/2022 | Neil | Catholic University | 0.1 | Email from B. Abbott re: Infor |
| 8/5/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/5/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/5/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/7/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/8/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/8/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/8/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/8/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/8/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/12/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/18/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/18/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |

| | | | | |
|---|---|---|---|---|
| 8/18/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/19/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/19/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/19/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/22/2022 | Neil | Catholic University | 0.1 | Email response from C. Boyk |
| 8/24/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/25/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/26/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/26/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/26/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/26/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/29/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/29/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/30/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/30/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 8/30/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/13/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |

| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/27/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 9/28/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 9/29/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/2/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/2/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/5/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/5/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/5/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/5/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/5/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/6/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/7/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/7/2022 | Neil | Catholic University | 0.1 | Email response from P. Dooli |
| 10/10/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/11/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/11/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 | Neil | Catholic University | 0.1 | Email response from J. Dufou |

| | | | |
|---|---|---|---|
| 10/12/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/12/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/12/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/12/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/13/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/14/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/19/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/19/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/20/2022 | Neil | Catholic University | 1.4 Reviewed / edits to oppositio |
| 10/20/2022 | Neil | Catholic University | 0.8 Reviewewd 12c opp |
| 10/21/2022 | Neil | Catholic University | 0.8 Reviewed 12c opp |
| 10/24/2022 | Neil | Catholic University | 0.8 Reviewed 12c opp |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/25/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/26/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/26/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/26/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/27/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/28/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/28/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/28/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/31/2022 | Neil | Catholic University | 0.1 Email response from B. Abbo |
| 10/31/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 10/31/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 11/1/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 11/1/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 11/1/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 11/1/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 11/2/2022 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 1/6/2023 | Neil | Catholic University | 0.1 Email response from J. Dufou |
| 1/6/2023 | Neil | Catholic University | 0.1 Email from B. Zieve re: Attache |
| 1/11/2023 | Neil | Catholic University | 1.1 Drafted and revised 30b6 depo |
| 1/11/2023 | Neil | Catholic University | 0.1 Email response from J. Dufour |
| 1/11/2023 | Neil | Catholic University | 0.1 Email from B. Zieve re: Attache |

| Date | Timekeeper | Client | Hours | Description |
|---|---|---|---|---|
| 1/11/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 1/11/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 1/11/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 1/11/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 1/18/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 1/19/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 1/23/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 1/24/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 1/24/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 1/24/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 1/27/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 1/30/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 2/4/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 2/8/2023 | Neil | Catholic University | 0.1 | Email response from J. Dufour |
| 2/8/2023 | Neil | Catholic University | 0.1 | Email from B. Zieve re: Attache |
| 2/8/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/10/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/10/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/12/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/13/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Neil | Catholic University | 0.1 | Email response from B. Abbott |
| 2/14/2023 | Neil | Catholic University | 0.8 | Reviewed and drafted respons |
| 2/20/2023 | Neil | Catholic University | 2.5 | Drafted and reviewed discover |
| 2/20/2023 | Neil | Catholic University | 1.8 | Searched wayback machine fo |
| 2/20/2023 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 2/28/2023 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Neil | Catholic University | 0.1 | Email from J. Dufour re: Attach |
| 3/2/2023 | Neil | Catholic University | 0.5 | Edited responses to roggs and |

| 3/3/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
|---|---|---|
| 3/3/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/3/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/6/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/6/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/6/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/8/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/8/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/8/2023 Neil | Catholic University | 0.1 Email from J. Dufour re: Attach |
| 3/8/2023 Neil | Catholic University | 0.1 Call w/ client re discovery respo |
| 3/9/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 3/9/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 3/10/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 3/13/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 3/13/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 3/16/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 3/22/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 3/24/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 3/24/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 4/4/2023 Neil | Catholic University | 0.1 Email response B. Abbott |
| 4/4/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 4/5/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 4/24/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 4/30/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 5/2/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 5/8/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 5/10/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 5/10/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 5/12/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 8/25/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 8/25/2023 Neil | Catholic University | 0.1 Follow up w/ client re meeting |
| 9/11/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 9/19/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 9/20/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 11/17/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 12/4/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 12/5/2023 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 12/6/2023 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 1/19/2024 Neil | Catholic University | 0.1 Email response from B. Abbott |
| 2/19/2024 Neil | Catholic University | 0.1 Email response from J. Dufour |
| 3/14/2024 Neil | Catholic University | 0.1 Email response from B. Abbott |

| | | | | |
|---|---|---|---|---|
| 4/12/2024 | Neil | Catholic University | 0.2 | Call w/ the client |
| | | | 0.4 | Downloaded 3/13 doc productio |

| | | | | |
|---|---|---|---|---|
| | | | 37.3 | |

| | | | | |
|---|---|---|---|---|
| 9/15/2021 | Paul | Catholic University | | |
| 9/16/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/20/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/22/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/23/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/23/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/23/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/30/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/30/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/21/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/22/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 11/17/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 11/18/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 11/18/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/7/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/9/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/9/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/9/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/9/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/9/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 12/9/2021 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 1/26/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 1/26/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 1/26/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 1/27/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 1/28/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 5/10/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/13/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/13/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/16/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/16/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/16/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/16/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |

| | | | | |
|---|---|---|---|---|
| 5/16/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/17/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/17/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/18/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from P. Dooli |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/19/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/24/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/24/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 5/26/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/9/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |

| 6/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/22/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 6/28/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/7/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/7/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/7/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/7/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.1 | court email [66] re: Memorar |
| 7/8/2022 | Paul | Catholic University | 0.5 | Reviewed and edited 30b6 no |
| 7/8/2022 | Paul | Catholic University | 4.6 | Reviewed and edited brief |
| 7/8/2022 | Paul | Catholic University | 0.3 | Filed brief |
| 7/8/2022 | Paul | Catholic University | 0.5 | Reviewed and edited 30b6 no |

| | | | | |
|---|---|---|---|---|
| 7/8/2022 | Paul | Catholic University | 4.6 | Reviewed and edited brief |
| 7/10/2022 | Paul | Catholic University | 0.5 | Reviewed and edited 30b6 no |
| 7/12/2022 | Paul | Catholic University | 4.6 | Reviewed and edited brief |
| 7/13/2022 | Paul | Catholic University | 4.6 | Reviewed and edited brief |
| 7/14/2022 | Paul | Catholic University | 2.1 | Damages research |
| 7/18/2022 | Paul | Catholic University | 0.5 | Reviewed intital disclosures |
| 7/18/2022 | Paul | Catholic University | 0.4 | Discussed settlement ltr w/ J |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/21/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/25/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/25/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/27/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/27/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 7/29/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 8/2/2022 | Paul | Catholic University | 0.1 | Email response from J. Nixon |
| 8/5/2022 | Paul | Catholic University | 0.2 | Strategized settlement dema |
| 8/5/2022 | Paul | Catholic University | 6.5 | Redlined and reviewed dama |
| 8/5/2022 | Paul | Catholic University | 0.5 | Meeting w/ Jacqueline re red |
| 8/5/2022 | Paul | Catholic University | 0.5 | Met w/ Jake re redlines and d |
| 8/7/2022 | Paul | Catholic University | 0.5 | Reviewewd previous demand |
| 8/8/2022 | Paul | Catholic University | 2.1 | Reviewed exposure calculati |
| 8/8/2022 | Paul | Catholic University | 0.5 | Strategized settlement dema |
| 8/8/2022 | Paul | Catholic University | 0.4 | Discussed settlement values |
| 8/12/2022 | Paul | Catholic University | 0.5 | Reviewed settlement deman |
| 8/18/2022 | Paul | Catholic University | 0.4 | Discussed settlement values |
| 8/18/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/18/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/19/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/22/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |

| 8/24/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 8/30/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Paul | Catholic University | 0.5 | Reviewed and edited settlem |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/13/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |

| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/27/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/29/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 9/29/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/6/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/11/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/11/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/13/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/14/2022 | Paul | Catholic University | 0.1 | Email response from J. Dufou |
| 10/19/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/19/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |

| 10/20/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/21/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/24/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Paul | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/26/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/27/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/28/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/28/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/28/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/31/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/31/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 10/31/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 11/1/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 11/1/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 11/1/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 11/1/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 11/2/2022 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 1/6/2023 | Paul | Catholic University | 0.1 | court email [67] re: Reply to c |
| 1/6/2023 | Paul | Catholic University | 0.3 | Uploaded doc production to dis |
| 1/6/2023 | Paul | Catholic University | 0.6 | Uploaded docs to disco that di |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/11/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/18/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |

| | | | | |
|---|---|---|---|---|
| 1/19/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/23/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/24/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/24/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/24/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 1/27/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 1/30/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/4/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/8/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/8/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/8/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/9/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/9/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/9/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/10/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/10/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/12/2023 | Paul | Catholic University | 0.1 | Email response from B. Abbott |
| 2/13/2023 | Paul | Catholic University | 0.1 | Email response from M. Awan |
| 2/14/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/14/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/14/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/14/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/14/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/14/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/20/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/20/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/20/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 2/28/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 3/2/2023 | Paul | Catholic University | 0.1 | Text w/ the client and forwardir |
| 3/2/2023 | Paul | Catholic University | 0.2 | Client list search |
| 3/2/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 3/2/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 3/2/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 3/3/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 3/3/2023 | Paul | Catholic University | 0.1 | Email from M. Baranova re: Att |
| 3/3/2023 | Paul | Catholic University | 0.1 | Email from Paul Doolittle re: Vc |
| 3/6/2023 | Paul | Catholic University | 0.1 | Email from Paul Doolittle re: Vc |
| 3/6/2023 | Paul | Catholic University | 0.1 | Email from Paul Doolittle re: Vc |
| 3/6/2023 | Paul | Catholic University | 0.1 | Email from Paul Doolittle re: Vc |

| | | | |
|---|---|---|---|
| 3/8/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/8/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/8/2023 Paul | Catholic University | 0.8 | drafted notice of voluntary dism |
| 3/8/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/9/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/9/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/10/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/13/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/13/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/16/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/22/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Vc |
| 3/24/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 3/24/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 4/4/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 4/4/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 4/5/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 4/24/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 4/30/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 5/2/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 5/5/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 5/8/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 5/10/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 5/10/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 5/12/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 8/25/2023 Paul | Catholic University | 0.1 | Email from Paul Doolittle re. Pc |
| 8/25/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 9/11/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 9/19/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 9/20/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 11/17/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 11/28/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 12/1/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 12/4/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 12/5/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 12/6/2023 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 1/19/2024 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 2/19/2024 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 3/14/2024 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 3/15/2024 Paul | Catholic University | 0.1 | Email from Abigail Wood re. Nc |
| 4/12/2024 Paul | Catholic University | 0.1 | Court Email re. Notice of Withd |
| | | 0.1 | Court Email re. Notice of Withd |

71.2

| 11/17/2021 | Ralph | Catholic University | | |
|---|---|---|---|---|
| 11/18/2021 | Ralph | Catholic University | 0.1 | court email [67] re: Reply to o |
| 11/18/2021 | Ralph | Catholic University | 0.1 | court email [67] re: Reply to o |
| 12/7/2021 | Ralph | Catholic University | 0.4 | Reviewed reply to opp to mot |
| 12/9/2021 | Ralph | Catholic University | 0.4 | Reviewed reply to opp to mot |
| 12/9/2021 | Ralph | Catholic University | 0.4 | Reviewed reply to opp to mot |
| 12/9/2021 | Ralph | Catholic University | 0.4 | Met w/ Paul re settlement ltr |
| 1/26/2022 | Ralph | Catholic University | 0.5 | Edited and circulated settlen |
| 1/26/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 1/27/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 1/28/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/10/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/13/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/13/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/16/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/16/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/16/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/16/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/16/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/17/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/17/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/18/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/19/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/19/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/19/2022 | Ralph | Catholic University | 0.1 | court email [68] re: Notice of |
| 5/19/2022 | Ralph | Catholic University | 0.2 | Reviewed notice of withdraw |
| 5/19/2022 | Ralph | Catholic University | 0.2 | Reviewed notice of withdraw |
| 5/19/2022 | Ralph | Catholic University | 0.2 | Reviewed notice of withdraw |
| 5/19/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/19/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/19/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/20/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/20/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/20/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/20/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/20/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/20/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |

| 5/24/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/24/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/26/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/26/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/26/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 5/26/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email from P. Doolittle re: As |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/9/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/14/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/22/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/23/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/23/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 6/28/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/5/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/6/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/6/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/6/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
| 7/6/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |

| 7/7/2022 | Ralph | Catholic University | 0.1 | Email from M. Baranova re: A |
|---|---|---|---|---|
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/7/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/8/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/10/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/12/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/13/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/14/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/18/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/18/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from T. Roma |
| 7/19/2022 | Ralph | Catholic University | 0.5 | Drafted client update ltr |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/19/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/21/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |

| 7/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/27/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/27/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/27/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 7/29/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/2/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/5/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/5/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/5/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/5/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/7/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/8/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 8/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/8/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/12/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/18/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/18/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/18/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/18/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/19/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/19/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/19/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/22/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/24/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/24/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/24/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/24/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/25/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 8/30/2022 | Ralph | Catholic University | 0.1 | Email response from P. Dooli |
| 9/2/2022 | Ralph | Catholic University | 0.1 | Reviewed def's 10/5 ltr re set |
| 9/6/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/6/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |

| | | | | |
|---|---|---|---|---|
| 9/7/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/13/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from T. Roman re: Atta |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/14/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/21/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/21/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/22/2022 | Ralph | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 9/22/2022 | Ralph | Catholic University | 1.1 | Deficiency ltr |
| 9/27/2022 | Ralph | Catholic University | 0.8 | Reviewed catholic's discover |
| 9/28/2022 | Ralph | Catholic University | 1.2 | Reviewed and edited deficier |
| 9/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 9/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 9/29/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/2/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/2/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/6/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |

| 10/7/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/10/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/10/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/10/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/10/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/11/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/11/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/12/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/12/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/12/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/12/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/12/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/13/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/14/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/19/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/19/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/20/2022 | Ralph | Catholic University | 0.1 | Email from J. Dufour re: Bum |
| 10/20/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/21/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/24/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/27/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 | Ralph | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/28/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/31/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/31/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 10/31/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |

| Date | Name | Client | Hours | Description |
|------|------|--------|-------|-------------|
| 11/1/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 11/1/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 11/2/2022 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 1/6/2023 | Ralph | Catholic University | 0.1 | Email response from J. Dufou |
| 1/6/2023 | Ralph | Catholic University | 0.1 | Court Email re. Notice of Withc |
| 1/11/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/11/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/11/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/11/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/11/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/11/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/11/2023 | Ralph | Catholic University | 1.5 | researched motions to substitu |
| 1/11/2023 | Ralph | Catholic University | 1.1 | drafted and edited motion to su |
| 1/18/2023 | Ralph | Catholic University | 1.2 | drafted declaration for paul ISC |
| 1/19/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/23/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/24/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/24/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/24/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/27/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 1/30/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/4/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/8/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/8/2023 | Ralph | Catholic University | 2.8 | case law research for memo IS |
| 2/8/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/9/2023 | Ralph | Catholic University | 0.2 | Phone Call re. Haley Gustavso |
| 2/9/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/9/2023 | Ralph | Catholic University | 0.2 | Phone Call re. Haley Gustavso |
| 2/9/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/9/2023 | Ralph | Catholic University | 0.2 | Phone Call re. Haley Gustavso |
| 2/10/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/10/2023 | Ralph | Catholic University | 0.2 | Phone Call re. Haley Gustavso |
| 2/12/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/13/2023 | Ralph | Catholic University | 0.2 | Phone Call re. Haley Gustavso |
| 2/14/2023 | Ralph | Catholic University | 0.1 | Email from Jacqueline Dufour I |
| 2/14/2023 | Ralph | Catholic University | 0.2 | Phone Call re. Haley Gustavso |
| 2/14/2023 | Ralph | Catholic University | 2 | drafted, edited, and revised me |
| 2/14/2023 | Ralph | Catholic University | 0.8 | doc review |
| 2/14/2023 | Ralph | Catholic University | 1.5 | case law research |

| 2/14/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 2/14/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 2/14/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 2/14/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 2/15/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 2/20/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 2/20/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 2/20/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 2/28/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 3/2/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 3/2/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 3/2/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 3/2/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 3/2/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 3/3/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 3/3/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 3/3/2023 Ralph | Catholic University | 0.1 Email from Jacqueline Dufour i |
| 3/6/2023 Ralph | Catholic University | 0.2 Phone Call re. Haley Gustavso |
| 3/6/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/6/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/8/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/8/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/8/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/8/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/9/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/9/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/10/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/13/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/13/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/16/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/22/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/24/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 3/24/2023 Ralph | Catholic University | 0.1 Email from Roman Tracy re. Ai |
| 4/4/2023 Ralph | Catholic University | 3.2 drafted and revised memo; dra |
| 4/4/2023 Ralph | Catholic University | 0.8 drafted motion to extend case |
| 4/5/2023 Ralph | Catholic University | 0.8 revised motion to substitute pla |
| 4/24/2023 Ralph | Catholic University | 2.8 doc review for experts |
| 4/30/2023 Ralph | Catholic University | 3.5 doc review for experts |
| 5/2/2023 Ralph | Catholic University | 1.2 doc review for experts |
| 5/8/2023 Ralph | Catholic University | 0.8 combined docs found for exper |
| 5/10/2023 Ralph | Catholic University | 3.4 Doc Review |

| | | | |
|---|---|---|---|
| 5/10/2023 | Ralph | Catholic University | 2.4 edited, reviewed, and finalized |
| 5/12/2023 | Ralph | Catholic University | 1.2 Doc Review |
| 8/25/2023 | Ralph | Catholic University | 2.5 doc review |
| 8/25/2023 | Ralph | Catholic University | 4 doc review |
| 9/11/2023 | Ralph | Catholic University | 7 doc review |
| 9/12/2023 | Ralph | Catholic University | 1.8 doc review for class cert brief |
| 9/19/2023 | Ralph | Catholic University | 0.2 Litify re: get updated mailing zip |
| 9/20/2023 | Ralph | Catholic University | 0.3 Disengagement mail, scan lette |
| 11/17/2023 | Ralph | Catholic University | 0.2 Cost Upload. |
| 12/4/2023 | Ralph | Catholic University | 0.4 drafted Disengagement ltd; |
| 12/5/2023 | Ralph | Catholic University | 0.4 drafted client update letter; |
| 12/6/2023 | Ralph | Catholic University | 1.5 researched potential deponents |
| 1/19/2024 | Ralph | Catholic University | 0.2 court order review; deadlines a |
| 2/19/2024 | Ralph | Catholic University | 0.8 edited list of potential deponent |
| 3/14/2024 | Ralph | Catholic University | 0.5 reviewed answer to amended c |
| | | | 0.1 Email from B.Abbott re: Catholi |
| | | | 88.3 |
| 6/1/2020 | Roy | Catholic University | |
| 6/2/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/3/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/4/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/8/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/8/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/8/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/9/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/9/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/9/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/9/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/12/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/12/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/16/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/16/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/17/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/18/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/18/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/19/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/22/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 6/29/2020 | Roy | Catholic University | 0.1 Email response from J. Dufou |

| | | | |
|---|---|---|---|
| 6/29/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 6/29/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 6/29/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 6/29/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 6/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/1/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/1/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/2/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/8/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/9/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/23/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/23/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/30/2020 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 7/30/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/7/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/17/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/18/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/25/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/25/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/31/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/1/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2020 Roy | Catholic University | 0.2 | Emailed Blake re settlement |
| 9/2/2020 Roy | Catholic University | 0.5 | Edited deficiency ltr |
| 9/3/2020 Roy | Catholic University | 0.2 | Served deficiency ltr |
| 9/3/2020 Roy | Catholic University | 0.2 | Emailed Jacqueline re settler |

| 9/3/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
|---|---|---|---|---|
| 9/4/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/4/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/4/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/11/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/11/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/18/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/19/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/21/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/23/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/24/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/6/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/8/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/9/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/9/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/14/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/14/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/16/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 10/20/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 10/20/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 11/3/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 11/3/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 11/25/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/4/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/4/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/16/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/16/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/21/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/21/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/22/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/22/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/22/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/22/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/23/2020 | Roy | Catholic University | 0.1 | Email response from T. Roma |
| 12/23/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 12/23/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 12/23/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 12/28/2020 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 1/4/2021 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 1/16/2021 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 1/25/2021 | Roy | Catholic University | 0.1 | Email response from J. Dufou |

| | | | |
|---|---|---|---|
| 1/29/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 1/29/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/1/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/2/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/4/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/5/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/15/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/17/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 2/26/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 3/2/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 3/9/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/12/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/12/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/15/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/15/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/17/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/17/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/26/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/26/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/26/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/26/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 3/26/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 4/5/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 4/6/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 4/6/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 4/6/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 4/6/2021 | Roy | Catholic University | 0.1 Email response from T. Roma |
| 4/7/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/7/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/7/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/8/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/8/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/8/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/8/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/8/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/8/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/10/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/12/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/13/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 4/13/2021 | Roy | Catholic University | 0.1 Email response from J. Dufou |

| 4/13/2021 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 4/14/2021 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 4/19/2021 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 4/22/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 4/22/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 4/22/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 4/22/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 5/10/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 5/10/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 5/11/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 5/12/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 6/21/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/7/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/9/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/9/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/9/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/9/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/14/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/15/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/16/2021 | Roy | Catholic University | 0.1 | Email response from M. Bara |
| 7/19/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 7/19/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 7/23/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 7/26/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 7/27/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/2/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/5/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/5/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/6/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/6/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/6/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/6/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/6/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/10/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/12/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/12/2021 | Roy | Catholic University | 0.1 | Email from A. Wood re: Attac |
| 8/16/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/3/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/3/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/6/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |

| Date | | Client | Hours | Description |
|---|---|---|---|---|
| 9/10/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/13/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/15/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/16/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/20/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/21/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/22/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/23/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/23/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/23/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/23/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/30/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 9/30/2021 | Roy | Catholic University | 0.1 | Email from R. Willey re: Bump |
| 10/21/2021 | Roy | Catholic University | 0.6 | Drafted ESI protocol |
| 10/22/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 11/17/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 11/18/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 11/18/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 12/7/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 12/9/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 12/9/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 12/9/2021 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 1/26/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 1/26/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 1/27/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 1/28/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/10/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/13/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/13/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/16/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/16/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 5/16/2022 | Roy | Catholic University | 0.6 | Edits to ESI protocol |
| 5/16/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/16/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/17/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/17/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/18/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |

| | | | | |
|---|---|---|---|---|
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/19/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 5/20/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/20/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/20/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/24/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/24/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/26/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/26/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/26/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 5/26/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/7/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/9/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/10/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/10/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/10/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/10/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/14/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/22/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/23/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/23/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/23/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/23/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 6/28/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |

| Date | | Entity | Hours | Description |
|---|---|---|---|---|
| 7/5/2022 | Roy | Catholic University | 0.1 | Email from B. Abbott re: listir |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 7/8/2022 | Roy | Catholic University | 0.2 | M&C prep |
| 7/8/2022 | Roy | Catholic University | 1 | M&C prep |
| 7/8/2022 | Roy | Catholic University | 0.9 | M&C follow up ltr |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/8/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/10/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/12/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/13/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/14/2022 | Roy | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 7/18/2022 | Roy | Catholic University | 1.3 | Researched searchable term |
| 7/18/2022 | Roy | Catholic University | 1.4 | Drafted proposed search ter |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruitt |

| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/19/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/21/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/25/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/25/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/27/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/27/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 7/29/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 8/2/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 8/5/2022 | Roy | Catholic University | 0.1 | Email response from A. Pruit |
| 8/5/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/5/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/5/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/7/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/8/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/8/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/8/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/12/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/18/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/19/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/22/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 8/24/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/24/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 8/30/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/2/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/6/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 | Email response from J. Dufou |

| | | | |
|---|---|---|---|
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/7/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/13/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from J. Dufou |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/14/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/21/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/27/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/28/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/29/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |
| 9/29/2022 | Roy | Catholic University | 0.1 Email response from B. Abbo |

| 10/2/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/5/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/6/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/7/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/10/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/11/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/11/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/12/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/13/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/14/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/19/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/19/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/20/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/20/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/21/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/24/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from J. Dufou |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/25/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 Roy | Catholic University | 0.1 | Email response from B. Abbo |

| Date | Name | Institution | Hours | Description |
|---|---|---|---|---|
| 10/26/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/26/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/27/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/28/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/31/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/31/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 10/31/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 11/1/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 11/1/2022 | Roy | Catholic University | 0.1 | Email response from B. Abbo |
| 11/1/2022 | Roy | Catholic University | 0.1 | Email response from C. Hall |
| 11/1/2022 | Roy | Catholic University | 0.1 | Email response from C. Hall |
| 11/2/2022 | Roy | Catholic University | 0.1 | Email response from C. Hall |
| 1/6/2023 | Roy | Catholic University | 0.1 | Email response from C. Hall |
| 1/6/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/11/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/18/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re: Catholi |
| 1/19/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 1/23/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 1/24/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 1/24/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 1/24/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 1/27/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 1/30/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 2/4/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 2/8/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 2/8/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 2/8/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 2/9/2023 | Roy | Catholic University | 0.1 | Email from B.Abbott re : [EXTE |
| 2/9/2023 | Roy | Catholic University | 0.5 | searched disco for potential de |
| 2/9/2023 | Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |

| | | | |
|---|---|---|---|
| 2/9/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/9/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/10/2023 Roy | Catholic University | 0.8 | research for deponents |
| 2/10/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/12/2023 Roy | Catholic University | 0.4 | combined deponent list; discus |
| 2/13/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/14/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/14/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/14/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/14/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/14/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/14/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/20/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 2/20/2023 Roy | Catholic University | 0.2 | Strategize settlement papers |
| 2/20/2023 Roy | Catholic University | 0.3 | discussed experts / additional c |
| 2/28/2023 Roy | Catholic University | 0.3 | discussed experts / additional c |
| 3/2/2023 Roy | Catholic University | 0.8 | reviewed discovery requests al |
| 3/2/2023 Roy | Catholic University | 1 | drafted new discovery requests |
| 3/2/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/2/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/2/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/3/2023 Roy | Catholic University | 0.5 | reviewed already served discov |
| 3/3/2023 Roy | Catholic University | 0.4 | edited discovery requests |
| 3/3/2023 Roy | Catholic University | 0.5 | uploaded docs to litify |
| 3/6/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/6/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/6/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/8/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/8/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/8/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/8/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/9/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/9/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Catholi |
| 3/10/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 3/13/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 3/13/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 3/16/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 3/22/2023 Roy | Catholic University | 0.3 | finalized discovery responses f |
| 3/24/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 3/24/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 4/4/2023 Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |

| 4/4/2023 | Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 4/5/2023 | Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 4/24/2023 | Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 4/30/2023 | Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 5/2/2023 | Roy | Catholic University | 0.1 | Email from J.Dufour re: Gustav |
| 5/5/2023 | Roy | Catholic University | 0.2 | uploading disco invoice to litify |
| 5/8/2023 | Roy | Catholic University | 0.2 | uploading disco invoice to litify |
| 5/10/2023 | Roy | Catholic University | 0.5 | reviewed Catholic's responses |
| 5/10/2023 | Roy | Catholic University | 0.3 | uploaded Catholic's responses |
| 5/12/2023 | Roy | Catholic University | 0.4 | downloaded document product |
| 8/25/2023 | Roy | Catholic University | 0.3 | uploaded documents to disco |
| 8/25/2023 | Roy | Catholic University | 0.2 | met w/ Blake to discuss 30(b)(6 |
| 9/11/2023 | Roy | Catholic University | 0.8 | review 30b6/class cert order re |
| 9/19/2023 | Roy | Catholic University | 0.3 | explained deficiency letter task |
| 9/20/2023 | Roy | Catholic University | 0.2 | met w/ Blake to discuss 30(b)(6 |
| 11/17/2023 | Roy | Catholic University | 1.8 | reviewed document production |
| 11/28/2023 | Roy | Catholic University | 0.4 | showed Ryan how to view Cath |
| 12/1/2023 | Roy | Catholic University | 3 | reviewed defendants documen |
| 12/4/2023 | Roy | Catholic University | 3 | started drafting deficiency ltr |
| 12/5/2023 | Roy | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 12/6/2023 | Roy | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 1/19/2024 | Roy | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 2/19/2024 | Roy | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 3/14/2024 | Roy | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 3/15/2024 | Roy | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| | | | 0.1 | Email from Roman, Tracy re:R |

74.8

| 6/9/2020 | Sal | Catholic University | | |
| 6/17/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 8/13/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 8/25/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 9/24/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 9/28/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 9/28/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 10/1/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 10/6/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |

| 10/6/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 11/3/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 12/1/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 12/2/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 12/4/2020 | Sal | Catholic University | 0.1 | Email response from C. Hall |
| 12/4/2020 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 12/4/2020 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 12/4/2020 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 12/21/2020 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 12/22/2020 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/9/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/12/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/12/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/24/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/25/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/26/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/26/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 3/26/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 4/15/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 4/16/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 4/22/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 4/22/2021 | Sal | Catholic University | 0.1 | Email response from J. Dufou |
| 4/22/2021 | Sal | Catholic University | 2.5 | Drafted ESI protocol and PO |
| 4/29/2021 | Sal | Catholic University | 0.2 | Served ltr, PO and ESI to opp |
| 5/5/2021 | Sal | Catholic University | 2.1 | Drafted amended search ter |
| 5/6/2021 | Sal | Catholic University | 0.1 | court email [69] re: Order on |
|  |  |  | 0.1 | court email [69] re: Order on |

8

| 7/26/2021 | Trinity | Catholic University |  |  |
| 8/2/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/5/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/10/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |

| 8/13/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 8/16/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 9/3/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 9/6/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 9/13/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 9/15/2021 | Trinity | Catholic University | 0.1 | court email [69] re: Order on |
| 9/16/2021 | Trinity | Catholic University | 0.2 | Reviewed order mtn for judgr |
| 9/20/2021 | Trinity | Catholic University | 0.2 | Reviewed order mtn for judgr |
| 9/21/2021 | Trinity | Catholic University | 0.2 | Reviewed order mtn for judgr |
| 9/22/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 9/23/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 9/23/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 9/23/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 9/30/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 9/30/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 10/21/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 10/22/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 11/17/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 11/18/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 11/18/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 12/7/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 12/9/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 12/9/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 12/9/2021 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 1/26/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 1/26/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruit |
| 1/27/2022 | Trinity | Catholic University | 0.2 | Reviewed 10/26 order |
| 1/28/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/10/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/13/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/13/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/16/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/16/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/16/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/16/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/16/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/17/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/17/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/18/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |

| 5/19/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email from J. Dufour re: Askir |
| 5/19/2022 | Trinity | Catholic University | 0.4 | Reviewed decision |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/19/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/20/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/20/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/20/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/20/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/20/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/20/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/24/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/24/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/26/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/26/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/26/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 5/26/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from M. Bara |
| 6/7/2022 | Trinity | Catholic University | 0.5 | Reviewed search terms and |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/9/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/10/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/14/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/22/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 6/23/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |

| Date | | | | |
|---|---|---|---|---|
| 6/28/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/5/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/6/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from J. Dufou |
| 7/7/2022 | Trinity | Catholic University | 0.3 | Finalized and served custodi |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/7/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from Ed. Ciol |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/8/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/10/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/12/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/13/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/14/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/18/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |

| | | | |
|---|---|---|---|
| 7/18/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 7/19/2022 Trinity | Catholic University | 0.1 | Reviewed 10/31 corresponde |
| 7/21/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 7/25/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 7/25/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 7/27/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 7/27/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 7/29/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/2/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/5/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/5/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/5/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/5/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/7/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/8/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/8/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/8/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/12/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/18/2022 Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 8/18/2022 Trinity | Catholic University | 0.5 | Reviewed docs for M&C |
| 8/18/2022 Trinity | Catholic University | 1.5 | Meet and confer |
| 8/19/2022 Trinity | Catholic University | 1 | Update M&C chart with notes |
| 8/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/19/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/22/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/24/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/24/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/24/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/24/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 8/30/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/2/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/6/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/6/2022 Trinity | Catholic University | 0.1 | Email response from A. Pauli |

| Date | | | | |
|---|---|---|---|---|
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pauli |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/7/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/13/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/14/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/21/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/27/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/28/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 9/29/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 10/2/2022 | Trinity | Catholic University | 0.1 | Email response from B. Abbo |
| 10/5/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |

| Date | Party | Entity | Hours | Description |
|---|---|---|---|---|
| 10/5/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/5/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/5/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/5/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/6/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/7/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/7/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/10/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/10/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/10/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/10/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/10/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/10/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/11/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/11/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/12/2022 | Trinity | Catholic University | 0.1 | Email from C. Hall re: Attach |
| 10/12/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/12/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/12/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/12/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/13/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/14/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/19/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/19/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/20/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/20/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/21/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/24/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/25/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/25/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/25/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/25/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/25/2022 | Trinity | Catholic University | 0.1 | Email response from A. Johns |
| 10/25/2022 | Trinity | Catholic University | 4.4 | Redlined / edited PO |
| 10/25/2022 | Trinity | Catholic University | 1 | Drafted M&C follow up ltr |
| 10/25/2022 | Trinity | Catholic University | 1 | Reviewed drafted M&C follow |
| 10/25/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/26/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/26/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/26/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/27/2022 | Trinity | Catholic University | 0.1 | Email response from A. Pruitt |

| | | | |
|---|---|---|---|
| 10/28/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/28/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/28/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/31/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/31/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 10/31/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 11/1/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 11/1/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 11/1/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 11/1/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 11/2/2022 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 1/6/2023 Trinity | Catholic University | 0.1 | Email response from A. Pruitt |
| 1/6/2023 Trinity | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 1/11/2023 Trinity | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 1/11/2023 Trinity | Catholic University | 0.1 | Email from Roman, Tracy re:R |
| 1/11/2023 Trinity | Catholic University | 0.1 | Reviewed Joint MOTION for M |
| 1/11/2023 Trinity | Catholic University | 0.1 | Reviewed Joint MOTION for M |
| 1/11/2023 Trinity | Catholic University | 0.1 | Reviewed Joint MOTION for M |
| 1/11/2023 Trinity | Catholic University | 0.1 | Reviewed MEDIATION STAND |
| 1/11/2023 Trinity | Catholic University | 0.1 | Reviewed MEDIATION STAND |
| 1/11/2023 Trinity | Catholic University | 0.1 | Reviewed MEDIATION STAND |
| 1/18/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/19/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/23/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/24/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/24/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/24/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/27/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 1/30/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 2/4/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 2/8/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 2/8/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 2/8/2023 Trinity | Catholic University | 0.1 | Email from J.Dufour re:Gustav |
| 2/9/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/9/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/9/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/9/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/9/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/10/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/10/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/12/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |

| | | | |
|---|---|---|---|
| 2/13/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/14/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/14/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/14/2023 Trinity | Catholic University | 0.1 | Email from M.Wellman re:Gust |
| 2/14/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 2/14/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 2/14/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 2/20/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 2/20/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 2/20/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 2/28/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 3/2/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 3/2/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 3/2/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 3/2/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 3/2/2023 Trinity | Catholic University | 0.1 | Email from Roman,Tracy re :G |
| 3/3/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/3/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/3/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/6/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/6/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/6/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/8/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/8/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/8/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/8/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/9/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/9/2023 Trinity | Catholic University | 0.1 | Email from B.Abbott re:Gustav |
| 3/10/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 3/13/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 3/13/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 3/15/2023 Trinity | Cal State U System | 0.1 | Email from P.Doolittle re:Gusta |
| 3/16/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 3/22/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 3/24/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 3/24/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 4/4/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 4/4/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 4/5/2023 Trinity | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| | | 0.1 | Email from P.Doolittle re:Gusta |

43.7

| 5/8/2023 | Zach | Catholic University | | |
|---|---|---|---|---|
| 5/10/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 5/10/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 5/12/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 8/24/2023 | Zachary | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 8/25/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 8/25/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 9/11/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 9/19/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 9/20/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 11/17/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 12/4/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 12/5/2023 | Zach | Catholic University | 0.1 | Email from P.Doolittle re:Gusta |
| 12/6/2023 | Zach | Catholic University | 0.1 | Reviewed Joint STATUS REPO |
| 1/19/2024 | Zach | Catholic University | 0.1 | Reviewed Joint STATUS REPO |
| 2/19/2024 | Zach | Catholic University | 0.1 | Reviewed Joint STATUS REPO |
| 3/14/2024 | Zach | Catholic University | 0.4 | Emails re: Questions about Set |
| | | | 0.4 | Emails re: Questions about Set |

2.3

raft.

of America

ent email and forward to local counsel for filing

iling

elatedness


ents and notate TW, spreadsheet, etc.

al counsel

counsel confirming

a re: Summons & Complaint


nent to Dropbox

nd to client email

date spreadsheet

correspondence between RW and Client re: filing of complaint and appearance pro hac vice

ndence from process serve re: service of process

and update system

c admission and update spreadsheet


eview

*N*

arch Efiling - email re: NOA

espond to email


n TW


a re: Case Reassigned to Judge Dabney L. Friedrich

judge

assigned judge

updating judge information

udicial reassignment

judicial reassignment

ludge

otification of Service
g still not on calendar
service completed

docket

m RW re: updating TW
ar

filing notice of appearance
s re appointment as class counsel and extension
summary with OC
: addiing additional DC cases
A Fred
opposing counsel email
sel and emailed out
re: interim appointment
interim appointment motion

e

statement

motion

Disclosure
n
nsion
ion

e of corporate disclosure
m Jarrett re: requested extension
m Jarrett re: motion for apppintment as interim class counsel
appearance
or extension of time
files uploaded
nting extension of time
m court re: NOA Berman
for extension of time filed
or Extension Granted
ouglas

ure
am Pham
ntment and forward for review by local counsel


nterim appointment
uploaing multiple files
s chronology on TW


m EP re: draft motion for interim appointment as class counsel
im Appointment
re: status of reviewing appointment motion
m RW re: status of motion
erim appointment motion
on motion for interim appointment
notion for interim appointment
RW re: review of motion for interim class counsel
ic Motion
m counsel re: motion for interim appointment as class counsel
motion for interim appointment as class counsel
pointment as Interim Class Counsel in TW
Interim Appt./sent for review
E/R review
to local counsel and approval
oval from local.
ent
local counsel for filing


on for Appointment
on Appointment motion complete
g re Motion for Appointment
point Counsel as Interim Class Counsel
tion for filing
for appointment
ntment.  Proposed Order signed w/out modification
on


nent (Filed Copy)
ment of interim counsel
nent (Filed Copy)
Unopposed Motion to Appoint Lead Counsel

ing Interim Class Counsel

l Counsel

D

ing up class cert comp chart needing to be filed for cmad review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

holic


re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review


re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review


re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review

re: Still awaiting for Catholic's 1st production of docs & when to expect to receive the 1st production

ned re: Attached B. Abbott ltr dated from 12/30/22 for counsel review


ce to / from OC re discovery

nary ltr

mad Awan

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

iciency ltr

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

to Motion to Dismiss Skeleton

nmary memo

eton Memo

draft

:alendar to review tomorrow

notions

omplaint

omplaint and sent for review

tatus of amended complaint

ore educational case law

_C re: status

O to MTD

cation case law

omplaint for review

nded complaint

nended complaint

n amended complaint. Sent to LC for filing.

ded complaint to TW

ng today

nded complaint

s to Amended Complaint and circulate

1ended Complaint
/
being filed today
1ded Complaint
)ismissing MTD
Cert. Deadline
TD as moot
t

Class Cert. for review

tification deadline
n of motion to LC
ion and certification
1 for ext. to file mot. to certify class
review
of Class Certification and respond
ertification
1ts to LC re: edits on Motion
OC to extension
to motion to extend certification deadline
otion
n
OC
e motion

extend class cert
tension, and email plan
on extension for certification motion
1sel and OC on motion to defer certification
file motion
otion and filing today
sed motion to extend time to file motion to certify class
n for Extension
and process

s certification deadline
g motion

answer deadline and verify calendar update
sion of Time filed

Order Extending Schedule
tion to extend
xtending time to file MTD/response

update

ent's father re: update
response

rder
e, and submit for payment

IO to MTD and update WF
on Amended Complaint / MIO
int

t

nse

p MTD
p MTD
p MTD

and circulate to local counsel
o MTD draft

ng

TD
fication and final review of Memo Opp MTD
to local counsel for filing
MTD
o MTD
nd Eric re: edits to MIO

h Exhibits

er re: timeline/MIO/MTD hearing

t
TD
d MTD
MTD
TD
upp of MTD

TD
ity
review
Authority
t of Notice of Supp Authority
. on TW
its to Supp. Auth.

rity
d to LC for filing
p. Authority

ted fees

C

ng today
led

and Filing
.
& add parenthetical
LC
led
rity

te and sent to CC

review
on 26f
uthority
emental auth.
discovery

p Auth
discovery

Auth.
uth.

and Review
o Supp Auth
p Authority
th
pp Auth & email to CC
th.
Auth and email to LC
uth
ce of Supp Auth
e of Supp Auth
rity

. auth.
p. Auth.

nd expense invoice

r re: update
f LC

ng
uthority
h.
f Supp Auth
h Ds 2nd
h Ds 2nd

) Notice of Supp Auth

h
C
C and forward
ck for expenses for CC

of attorney
drawing as counsel
drawing as counsel

val Atty Pham
supp. authority

lotice of Supp Auth and response
al Authority & circulate to CULT
authority
rity
iew
pt of doc to file
th.

pt of doc to file

ith.

uthority

pp Auth by Ds

pp Auth

pp Auth by Ds

pp. auth.

auth.

pp Auth

pp Auth

onse for forthcoming supp. authority

nse to GWU order and response

d on eventual supp. auth.

Shaffer GWU MTD granted

rity

uthority

supp. auth.

circulated supp. auth.

d supp. auth.

response to Team

aut. for fiing

of supp. auth.

s to supp. auth.

pp Auth

response to Team

pp Auth Ps

te to CULT for review

g

of supp. auth. & corrections

ith.

e of Supp. Auth.

pp Auth

pp Auth

g MTD hearing

response re: MTD Joint Hearing / Conference and fwd

g MTD hearing

se re: MTD Joint Hearing / Conference

: joint hearing

oility and response

o hearing

 status conference

loward case re: joint hearing


nica

 /d for calendaring

 n w/ counsel in Howard case re: joint hearing

 learing and email Team

 or MTD hearing

 joint hearing

 to Howard team

 luling joint hearing strategy call

 trategy call


 tegy call


 aring and email to Team


 th MTD briefing and Amended Complaint

 int hearing strategy call

 learing strategy call

 re: joint hearing

 gy session date


 or joint hearing

 / for motions hearing

 nfeld

 ise to discuss joint hearing

 eld)


 oenfeld


 ard re: MTD strategy

 all log


 PHV Schoenfeld granted

 rd coordination re: MTD hearing strategy

 D binder

PHV

ard Univ.

Auth and PHV Schoenfeld
odate spreadsheet
authority
rity

supp. auth. case
supp. auth.
auth.
Supp Auth

Auth.

Supp Auth
Auth
circulate
ld Univ. of La Verne)
ng

e case list status

: payment/LC invoice
er & upload to DropBox
for 5/11 hearing
)
/11
dar and docket
thority
pp. Auth.
37]
hearing
ring info

or hearing
el re: hearing preference

earing
nfo.


Auth.
l re: call to discuss hearing
ng prep
: regarding availabiliity for call
to discuss upcoming hearing
ithority
o. auth.
l Univ. P's counsel
l Univ. P's counsel
MTD Hearing


o
o for hearing


dings
ing report/review notes


email
n Hearing
m LC


ng def MTD
denying def MTD complaint
ng def MTD
denying def MTD complaint
ig MTD
ng def MTD
denying def MTD complaint
ng def MTD
denying def MTD complaint
ng def MTD
denying def MTD complaint
l email update to client


ng def MTD

denying def MTD complaint

r

r

r

r

r

r

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

iciency ltr

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

y ltr

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

iciency ltr

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

iciency ltr

re: Attached correspondence for counsel review

re: Requesting Jacqueline to confirm a list of custodians and the custodians timeframe

re: Informing cmad that we need to respond to Mohammad's email & asking Jacqueline the status of the ltr

re: Madison currently working on the ltr to Catholic and will circulate once completed

e re: Attached deficiency ltr for review

re: Attached deficiency ltr w/ edits and changes highlighted for Blake's review

re: Attached deficency ltr w/ redlines and approval for it to be sent out

re: Attached deficency ltr w/ minor change for review

re: Attached correspondence for counsel review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Attached ltr for review

re: Requesting Jacqueline to schedule a M&C

re: Requesting Jacqueline to schedule a M&C

re: Requesting Jacqueline to schedule a M&C

re: Requesting Jacqueline to schedule a M&C

re: Requesting Jacqueline to schedule a M&C

re: Requesting Jacqueline to schedule a M&C


re: Requesting Jacqueline to schedule a M&C




er

er

er

er
er
er
ET to answer

ET to answer

ET to answer

ET to answer

ET to answer

ET to answer

interlocutory appeal
interlocutory appeal
eal
interlocutory appeal
interlocutory appeal
interlocutory appeal
interlocutory appeal
interlocutory appeal
ffs' position on global mediation
ls
:ion on global mediation
ffs' position on global mediation
ls
ls
ls
ls
ls
ls
old re: Plaintiffs' position on global mediation
tor
it of mtn
it of mtn
it of mtn
it of mtn
it of mtn

t of mtn
diation discussion
diation discussion
diation discussion
diation discussion
diation discussion
diation discussion
ert. Interlcutory Appeal

ched opposition to certify appeal attachments
ponse to Opposition to mtn to certify interlocutory appeal
onse to Opposition to mtn to certify interlocutory appeal
ponse to Opposition to mtn to certify interlocutory appeal
oonse to opposition to mtn certify interlocutory appeal
dum in opposition
ched opposition to certify appeal attachments
ponse to Opposition to mtn to certify interlocutory appeal
onse to Opposition to mtn to certify interlocutory appeal
ponse to Opposition to mtn to certify interlocutory appeal
oonse to opposition to mtn certify interlocutory appeal
dum in opposition
ched opposition to certify appeal attachments
ponse to Opposition to mtn to certify interlocutory appeal
onse to Opposition to mtn to certify interlocutory appeal
ponse to Opposition to mtn to certify interlocutory appeal
oonse to opposition to mtn certify interlocutory appeal
dum in opposition
ched opposition to certify appeal attachments
ponse to Opposition to mtn to certify interlocutory appeal
onse to Opposition to mtn to certify interlocutory appeal
ponse to Opposition to mtn to certify interlocutory appeal
oonse to opposition to mtn certify interlocutory appeal
dum in opposition
ched opposition to certify appeal attachments
ponse to Opposition to mtn to certify interlocutory appeal
onse to Opposition to mtn to certify interlocutory appeal
ponse to Opposition to mtn to certify interlocutory appeal

onse to opposition to mtn certify interlocutory appeal
dum in opposition
ched opposition to certify appeal attachments
ponse to Opposition to mtn to certify interlocutory appeal
onse to Opposition to mtn to certify interlocutory appeal
ponse to Opposition to mtn to certify interlocutory appeal
onse to opposition to mtn certify interlocutory appeal
dum in opposition
) in opp. attachment
) in opp. attachment
) in opp. attachment
) in opp. attachment
) in opp. attachment
) in opp. attachment
 Gold, OC and other Ps Counsel
or and OC
Mediator Gold
 Gold, OC and other Ps Counsel
opposition to mtn
opposition to mtn
opposition to mtn
opposition to mtn

ion to Certify Interlocutory Appeal
aw supp attachment
aw supp attachment
nmediate Appeal
aw supp attachment
aw supp attachment
aw supp attachment
aw supp attachment
n to Certify Interlocutory Appeal
ertificate for interlocatory
ertificate for interlocatory
ertificate for interlocatory
ertificate for interlocatory
ertificate for interlocatory
ppeal from American Council on Education
ertificate for interlocatory
ertificate for interlocatory
efendant's mtn attachment

efendant's mtn attachment
efendant's mtn attachment
eal
efendant's mtn attachment
efendant's mtn attachment
efendant's mtn attachment
efendant's mtn attachment
d respond re: update
ned petition for Catholic U
tory Review
ned petition for Catholic U
ned petition for Catholic U
ned petition for Catholic U
ned petition for Catholic U
ned petition for Catholic U
ned petition for Catholic U

achment
achment
achment
achment
achment
achment
achment
achment
ppeal under 28 attachment
ppeal under 28 attachment
ppeal under 28 attachment
ppeal under 28 attachment
ppeal under 28 attachment
ppeal under 28 attachment
ppeal under 28 attachment
ppeal under 28 attachment
tached draft of opp to interlocutory appeal

tached draft of opp to interlocutory appeal
tached draft of opp to interlocutory appeal
tached draft of opp to interlocutory appeal
tached draft of opp to interlocutory appeal
tached draft of opp to interlocutory appeal
tached draft of opp to interlocutory appeal
tached draft of opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
y Appeal Draft
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse to opp to interlocutory appeal w/ attached edits and thoughts
onse to Opp to interlocutory appeal w/ attached final word version
petition filed
onse filed

The page shows fragmented text cut off at left margin.

:tachment
onse filed
:tachment
onse filed
:tachment
f appeal
onse filed
:tachment
onse filed
:tachment
onse filed
:tachment
onse filed
:tachment
onse filed
:tachment

tise additional authorities
tise additional authorities
tise additional authorities
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
re: Requesting Jacqueline to schedule a M&C
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review

d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
d document production correspondence w/ password for review
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link

 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C
ova re: Attached M&C zoom link
 re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered
re: Providing his availability for Friday afternoon to M&C

ova re: Attached M&C zoom link

re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered

re: Providing his availability for Friday afternoon to M&C

ova re: Attached M&C zoom link

re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered

re: Providing his availability for Friday afternoon to M&C

ova re: Attached M&C zoom link

re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered

re: Providing his availability for Friday afternoon to M&C

ova re: Attached M&C zoom link

re: Requesting Mohamed to provide his availability for a meet and confer re extension of the schedule refered

re: Providing his availability for Friday afternoon to M&C

ova re: Attached M&C zoom link

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ension of briefing schedule

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

tion for M&C , and reviewing docs for confidentiality objections

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

ned hot docs unreviewed batch for cmad review

re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review

re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review

re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review

rtise additional authorities

rtise additional authorities

tise additional authorities

tise additional authorities

der filed

der filed

der filed

der filed

der filed

der filed

der filed

der filed

der filed

der filed

der filed

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

y re: Whether or not if hearing is via zoom or in person

Order

tice of intervening ruling

tt re: Confirmation to send draft to co-counsel & local counsel for review

Attached proposed order granting joint mtn for extension

tice of intervening ruling

ned plaintiff responsive discovery Ltr

Attached proposed order granting joint mtn for extension

tice of intervening ruling

ned plaintiff responsive discovery Ltr

Attached proposed order granting joint mtn for extension

tice of intervening ruling

tt re: Confirmation to send draft to co-counsel & local counsel for review

Attached proposed order granting joint mtn for extension

tice of intervening ruling

tt re: Confirmation to send draft to co-counsel & local counsel for review

xtension of time

tice of intervening ruling

tt re: Confirmation to send draft to co-counsel & local counsel for review

Attached proposed order granting joint mtn for extension

tice of intervening ruling

ng ruling

ned plaintiff responsive discovery Ltr

tt re: Confirmation to send draft to co-counsel & local counsel for review

Attached proposed order granting joint mtn for extension

xtension of time

tice of intervening ruling

tt re: Confirmation to send draft to co-counsel & local counsel for review

xtension of time

tice of intervening ruling

ned plaintiff responsive discovery Ltr

Attached proposed order granting joint mtn for extension

tice of intervening ruling

ned plaintiff responsive discovery Ltr

Attached proposed order granting joint mtn for extension

equests

ched drafted interrogatories , requests to produce and request for admission for review & possible sign

in re: Asking to know the turn around time for discovery requests

ched drafted interrogatories , requests to produce and request for admission for review & possible sign

in re: Asking to know the turn around time for discovery requests

ched drafted interrogatories , requests to produce and request for admission for review & possible sign
in re: Asking to know the turn around time for discovery requests
ched drafted interrogatories , requests to produce and request for admission for review & possible sign
in re: Asking to know the turn around time for discovery requests
and sent to LC for signature
ched drafted interrogatories , requests to produce and request for admission for review & possible sign
in re: Asking to know the turn around time for discovery requests
ched drafted interrogatories , requests to produce and request for admission for review & possible sign
d Roggs
in re: Asking to know the turn around time for discovery requests
ched drafted interrogatories , requests to produce and request for admission for review & possible sign
in re: Asking to know the turn around time for discovery requests
ched drafted interrogatories , requests to produce and request for admission for review & possible sign
in re: Asking to know the turn around time for discovery requests
ched drafted interrogatories , requests to produce and request for admission for review & possible sign
in re: Asking to know the turn around time for discovery requests
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
tt re: The court needing an order puruant to 26(f) to proceed with discovery
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
in re: Rule 26(f) requiring parties to confer before a scheduling conference & develop a proposed disco
tay
tay
tay
tay
tay
tay
tay

tay

tay

tay

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ned motion for pro hac vice , declaration , and proposed order for review / edits

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

ott re: Attached revised Pro hac vice for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

Attached motion for pro hac vice, declaration and proposed order for review

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University

` re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University
` re: Deleting No. 4 off the declaration and circulating a drafted PHV for American University
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Making sure he is being pro hac'ing along with Blake
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
ittle re: Reviewing pro hac vice, Decl, and proposed order
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
,ttached mtn for admission PHV for Paul Doolittle for review
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV
ittle re: Reviewed motions for admission PHV

ittle re: Reviewed motions for admission PHV
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
hed motions for admissions of PHV for Blake for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
 re: Attached Blake's PHV motion w/ wet signature on declaration page for review
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
r leave to appear PHV
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review
ttached mtn for admissions filed by co-counsel for review

ttached mtn for admissions filed by co-counsel for review

 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed
 re: Follow up email re needing further efforts to get Blake filed

 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice
 r leave to appear pro hac vice

 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review
 in re: Attached filed motion for review

ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid
ittle re: Needing to know if there is any fee associated and how to go about getting it paid

re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
re: Receiving filed mtn
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
ve to appear pro hac vice
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
in re: Not seeing the payment option before hitting submit and will re-file and pay the required fee for e
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear

r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
r leave to appear
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
ion for leave to appear PHV
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
iedule and proposed order
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
re: Attached drafted proposed stip w/ a 90-day extension of current case deadlines for cmad review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review

ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
ed Catholic's 1st set of interrigatories and requests for priduction to plaintiff for counsel's review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
ated email address
quests
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client
re: Planning on sending the client their discovery this morning
ed served discovery requests for Danella review
re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client

re: Planning on sending the client their discovery this morning

ed served discovery requests for Danella review

re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client

re: Planning on sending the client their discovery this morning

ed served discovery requests for Danella review

re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client

re: Planning on sending the client their discovery this morning

ed served discovery requests for Danella review

re: Clarifying w/ Jacqueline on making sure the discovery requests have been sent to the client

re: Planning on sending the client their discovery this morning

ed served discovery requests for Danella review

ion for leave to appear PHV

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

arina finishing mtn

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

viewing mtn for leave to appear PHV

nova re: Submitting order on mtn for leave for Paul & Blake

nova re: Submitting order on mtn for leave for Paul & Blake

nova re: Submitting order on mtn for leave for Paul & Blake

nova re: Submitting order on mtn for leave for Paul & Blake
nova re: Submitting order on mtn for leave for Paul & Blake
nova re: Submitting order on mtn for leave for Paul & Blake
nova re: Submitting order on mtn for leave for Paul & Blake
nova re: Submitting order on mtn for leave for Paul & Blake
nova re: Submitting order on mtn for leave for Paul & Blake
nova re: Submitting order on mtn for leave for Paul & Blake
› dismiss
› dismiss
› dismiss
› dismiss
› dismiss
› dismiss
› dismiss
› dismiss
› dismiss
› dismiss
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ɔ amended complaint
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ttached notices of appearance for review
ɔtt re: Reviewed notice of appearance
ɔtt re: Reviewed notice of appearance
ɔtt re: Reviewed notice of appearance
ɔtt re: Reviewed notice of appearance

ott re: Reviewed notice of appearance
ott re: Reviewed notice of appearance
ott re: Reviewed notice of appearance
ott re: Reviewed notice of appearance
ott re: Reviewed notice of appearance
ott re: Reviewed notice of appearance
 appearance
 appearance
 appearance
 appearance
 appearance
 appearance
 appearance
 appearance
 appearance
 appearance
 appearance
sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
 re: Asking Blake or Paul of they can handle Catholic's discovery requests
 re: Asking Daniella if she's available to chat to discuss her concerns
 re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery
 re: Still haven't got an response from Daniella but will call her directly re her discovery
sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
 re: Asking Blake or Paul of they can handle Catholic's discovery requests
 re: Asking Daniella if she's available to chat to discuss her concerns
 re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery
 re: Still haven't got an response from Daniella but will call her directly re her discovery
sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
 re: Asking Blake or Paul of they can handle Catholic's discovery requests
 re: Asking Daniella if she's available to chat to discuss her concerns
 re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery
 re: Still haven't got an response from Daniella but will call her directly re her discovery
sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
 re: Asking Blake or Paul of they can handle Catholic's discovery requests
 re: Asking Daniella if she's available to chat to discuss her concerns
 re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery
 re: Still haven't got an response from Daniella but will call her directly re her discovery
sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
 re: Asking Blake or Paul of they can handle Catholic's discovery requests
 re: Asking Daniella if she's available to chat to discuss her concerns
 re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl

re: Asking Blake or Paul of they can handle Catholic's discovery requests

re: Asking Daniella if she's available to chat to discuss her concerns

re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery

re: Still haven't got an response from Daniella but will call her directly re her discovery

sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
re: Asking Blake or Paul of they can handle Catholic's discovery requests
re: Asking Daniella if she's available to chat to discuss her concerns
re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery
re: Still haven't got an response from Daniella but will call her directly re her discovery
sano re: Informing Jacqueline she would like to no longer be the main plaintiff in the Catholic case but to reacl
re: Asking Blake or Paul of they can handle Catholic's discovery requests
re: Asking Daniella if she's available to chat to discuss her concerns
re: Asking Blake if he was able to reach out to Daniella & if not she'll reach out to her re her discovery
re: Still haven't got an response from Daniella but will call her directly re her discovery

appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
p to MTD
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
ur re: Attached updated version of brief for review
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis

tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
tt re: Removing first sentence of section I then finalize and send to Curtis
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Attached finalized version of brief for review
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ur re: Disregarding previous email w/ attached draft , additional edits are still being added
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ttached drafted Notice of the name change for review
ched finalized brief for review
ched finalized brief for review
ched finalized brief for review
ched finalized brief for review

:hed finalized brief for review
:hed finalized brief for review
:hed finalized brief for review
:hed finalized brief for review
:hed finalized brief for review
:hed finalized brief for review
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving brief
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:in re: Receiving finalized brief and will prepare for filing
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:dum in opposition
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review

:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
:in re: Confirming to filing brief and attached stamped version for review
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
ur re: Receiving stamped / filed brief
CC for filing

al MTd
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
ittle re: Reviewing notice of name change & a reminder to make sure when filing to only list the attorney
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nforming Curtis the plan to filling motions for a firm name change & asking permission to file
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections

nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
nova re: Proceeding to file the attached notices of name change if there's no objections
firm name change
firm name change
firm name change
firm name change
firm name change
firm name change
firm name change
firm name change
firm name change
firm name change
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
in re: American case still being marked as closed ; however and did receiving electronic version of filin
opposition to motion
opposition to motion
opposition to motion
opposition to motion
opposition to motion
opposition to motion
opposition to motion
opposition to motion
opposition to motion
to dismiss
to dismiss
to dismiss
to dismiss

to dismiss
to dismiss
to dismiss
to dismiss
to dismiss
to dismiss

esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
esting counselors availability to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
ir re: Circulating a discovery plan / schedule prior to meet and confer
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
hed drafted discovery plan and a chart w/ proposed dates for American & Catholic
ir re: Attached proposed discovery plan / schedule for review
ir re: Attached proposed discovery plan / schedule for review
ir re: Attached proposed discovery plan / schedule for review
ir re: Attached proposed discovery plan / schedule for review

ur re: Attached proposed discovery plan / schedule for review
ur re: Attached proposed discovery plan / schedule for review
ur re: Attached proposed discovery plan / schedule for review
ur re: Attached proposed discovery plan / schedule for review
ur re: Attached proposed discovery plan / schedule for review
ur re: Attached proposed discovery plan / schedule for review
edule

enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review
enfeld re: Attached mark-ups of proposals for review

:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
:hed updated discovery plan for review
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
enfeld re: Attached proposed discovery plan w/ redlines for review and with permission to file
ir scheduling order

r scheduling order
r scheduling order
r scheduling order
r scheduling order
r scheduling order
r scheduling order
r scheduling order
r scheduling order
r scheduling order
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
in re: Attached time-stamped proposed discovery plan schedule for cmad records
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Receiving proposed discovery plan / schedule
ur re: Attached updated version of proposed discovery plan
ur re: Attached updated version of proposed discovery plan
ur re: Attached updated version of proposed discovery plan
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched

re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
ned re: Following up w/ Blake re their M&C on 1/27 & when will he recieve an drafted stip to extend the sched
re: Attached drafted stip to extend the schedule for Mohamed review and still in the process of reviewing the
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
le re: Asking Blake if he was able to reach out to the client re their discovery request
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests

re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Haven't heard any response from the client and will attempt to call again about her discovery requests
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
re: Requesting Marina to update , finalize and file the stipulation
erns / continued representation
ova re: Attached finalized copy of the stipulation for Blake's review
re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time

re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
 re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time


re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
 re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
 re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
 re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
 re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time


re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation
ova re: Attached finalized copy of the stipulation for Blake's review
 re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the
: Consenting to handling Jacqueline's request
extension of time
re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal
 re: Requesting Marina to update , finalize and file the stipulation

ova re: Attached finalized copy of the stipulation for Blake's review

re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the

: Consenting to handling Jacqueline's request

extension of time

re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal

re: Requesting Marina to update , finalize and file the stipulation

ova re: Attached finalized copy of the stipulation for Blake's review

re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the

: Consenting to handling Jacqueline's request

extension of time


r client

re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal

re: Requesting Marina to update , finalize and file the stipulation

ova re: Attached finalized copy of the stipulation for Blake's review

re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the

: Consenting to handling Jacqueline's request

extension of time

re: Consenting to PWA 90 days extension , approving the drafted stipulation and consenting on Tracy's behal

re: Requesting Marina to update , finalize and file the stipulation


ur re: Attached updated version of proposed discovery plan

ur re: Attached updated version of proposed discovery plan

ur re: Attached updated version of proposed discovery plan

ur re: Attached updated version of proposed discovery plan

ur re: Attached updated version of proposed discovery plan

ur re: Attached updated version of proposed discovery plan

ur re: Attached updated version of proposed discovery plan

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

tt re: Confirming to sign for him and to make sure to populate signatures / dates as well as sending Cu

hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review
hed final / pdf version of discovery plan / 26(f) meet and confer report for review

plan
schedule & uploaded to litify
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted initial disclosures for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
hed drafted RFPs, RFAs and Roggs for review
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues

re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues
re: Volunteering to work on formatting issues


A's
t


y
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
re: Attached drafted 1st set of Roggs and RFP's for review
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ur re: Requesting an updated discovery requests
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review
ched finalized initial disclosures and additional documents for review

ova re: Attached finalized copy of the stipulation for Blake's review

re: Attached discovery requests for Coleman to create a list of docs / search terms that are responsive for the

: Consenting to handling Jacqueline's request

extension of time

and drafted condensed requests for client

ort to class cert ( internal deadline of 2/28); preliminary case law research into DC class cert

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

n re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

n re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

n re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Asking Mohamed for an courtesy to an 30-day extension to respond to the discovery requests

ing up Mohamed automatic reply

n re: Consenting to PWA's 30-day extension for pltfs discovery responses

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

ent & sent to cmad

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

re: Attached list of docs to send to the client for Blake's review

inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in

re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr

le re: Asking Jacqueline for the price difference for grad vs grad in-person

re: Attached chart breaking down the price of an person grad vs grad

re: Attached drafted discovery requests to the list of responsive docs for review / edits

inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in

re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr

le re: Asking Jacqueline for the price difference for grad vs grad in-person

re: Attached chart breaking down the price of an person grad vs grad

order
order
order
order
order
order
order
order
order
order
order
order

ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
ur re: Initial disclosures revisions
and minute order
utt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
utt re: Suggesting to expand section re docs used to support our claims and to include docs received fro

tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
tt re: Suggesting to expand section re docs used to support our claims and to include docs received fro
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s
r re: Attached initial disclosure and billing statement for review w/ permission to send to Curtis to be s

nd updated calendar
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Attached updated initial disclosures and additional docs to be served
r re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced se
r re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced se
r re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced se
r re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced se
r re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced se

ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
ur re: Receiving Matt confirmation to serve initial disclosures and discovery and will circulate onced ser
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached RFA's for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
tached interrogatories for review / edits
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review
ams re: Attached updated RFA's for review

ams re: Attached updated RFA's for review

ams re: Attached updated RFA's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

hed drafts of initial disclosures, ROGGs, RFA's and RFP's for review

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

ur re: American only limiting 25 RFA's

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

tached drafted RFA's for review / edits

re: Attached edits to interrogatories for review

re: Attached edits to interrogatories for review

re: Attached edits to interrogatories for review

re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to interrogatories for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
re: Attached edits to RFA's for review
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
tt re: Accepting discovery ltr the way it is
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve

ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
ur re: Asking permission to sign and serve
s

hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori

hed plaintiff initial disclosures, billing statement, decrip of mandatory fees and 1st set of interrogatori
standard order for civil cases

isclosures , ROGG's , RFA's, and RFP's
losures
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
tt re: Calendaring discovery requests DUE IN's
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review

enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
enfeld re: Attached initial disclosures for review
ır re: Calendaring discovery requests

ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
ır re: Calendaring discovery requests
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Confirming parties have mutually agreed to accept service by email
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review

enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review
enfeld re: Attached initial disclosure ltr for review

ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
ed revised suppl initial disclosure docs for review
osures
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ched supppl initial disclosures for review
ppl initial disclsoures
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review

ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
ur re: Bumping up initial disclosure for review
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him
tt re: Requesting a preferred telephone number from Mr. Alan to reach him

tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
tt re: Reviewing suppl initial disclosure
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call

enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Providing his telephone number for a conf call
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
enfeld re: Confirming plaintiff's agreement to extend Catholic's time to answer discovery
. re: resolution / discovery
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
ur re: Asking if the initial disclosures can be served
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
itt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations

tt re: Suggesting to circulate disclosure to Curtis for his thoughts on the damages calculations
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
hed updated suppl initial disclsoures for review and thoughts
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
in re: Reviewing initial disclsoure / damages calculations
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached final version of suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review

ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
ur re: Attached service of plaintiff 1st suppl initial disclosure for review
'or settlement disclosures
·counsel

tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
tached drafted settlement ltr for review / edits
y ltr
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
itt re: Attached settlement discovery ltr w/ edits for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review

tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
tached proposal for resolution re settlement requests for review
C

onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad

re: Attached drafted discovery requests to the list of responsive docs for review / edits

cost research for Paul

ient

d to client

inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits
inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in
re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr
le re: Asking Jacqueline for the price difference for grad vs grad in-person
re: Attached chart breaking down the price of an person grad vs grad
re: Attached drafted discovery requests to the list of responsive docs for review / edits

inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in

re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr

le re: Asking Jacqueline for the price difference for grad vs grad in-person

re: Attached chart breaking down the price of an person grad vs grad

re: Attached drafted discovery requests to the list of responsive docs for review / edits

inding Jacqueline remind him if they had an online option during the spring 2020 and if it was cheaper than in

re: Informing Paul that Catholic only had one fully graduate programs and no fully online undergraduate progr

le re: Asking Jacqueline for the price difference for grad vs grad in-person

re: Attached chart breaking down the price of an person grad vs grad

re: Attached drafted discovery requests to the list of responsive docs for review / edits

g requested documents from Daneilla for her review as well as still workong on the responses to the formal reu

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

tney re: Providing thier availability next week for a quick call

g requested documents from Daneilla for her review as well as still workong on the responses to the formal reu

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

cqueline

tney re: Providing thier availability next week for a quick call

g requested documents from Daneilla for her review as well as still workong on the responses to the formal reu

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

tney re: Providing thier availability next week for a quick call

g requested documents from Daneilla for her review as well as still workong on the responses to the formal reu

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

tney re: Providing thier availability next week for a quick call

g requested documents from Daneilla for her review as well as still workong on the responses to the formal reu

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

tney re: Providing thier availability next week for a quick call

g requested documents from Daneilla for her review as well as still workong on the responses to the formal reu

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

ake

onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020

onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020

onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020

onfeld re: Attached CUA's insurance policy, tuition date for spring 2020, and fees data for spring 2020

tt re: Receiving documents and will review in short order

tt re: Receiving documents and will review in short order

tt re: Receiving documents and will review in short order

tt re: Receiving documents and will review in short order

tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
tt re: Receiving documents and will review in short order
ery documents

ts and drafted settlement ltr
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review

ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review
ed 7/29 settlement ltr for review

ur re: Attached updated settlement ltr for review

ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review

ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ent demand ltr
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ur re: Bumping up settlement ltr for review
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ittle re: Adding his signature to settlement ltr
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served

ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ur re: Attached pdf version of settlement ltr ready to be served
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
ched settlement ltr for review
t ltr
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
enfeld re: Requesting Paul to provide an opening demand ltr with not just theoretical damages calcula
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class

king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
king Ralph if he has time to provide info re how much student aid was provided to the class
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review

tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
re: Attached updated settlement / demand ltr reflecting estimated received / collected funds for review
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided

ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided
ittle re: Coleman helping assist Ralph w/ finding out how much student aid was provided


ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
ping up Firm's invoice for review
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance

appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
ace
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
enfeld re: Following up on settlement demand
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review

ur re: Bumping up settlement / demand ltr for review
ur re: Bumping up settlement / demand ltr for review
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
ittle re: Receiving settlement demand ltr
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
appearance
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition
an re: Waiting for a response pertaining to Alan's follow up email & if Blake's team agree w/ an addition

ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
ott re: Expecting a response from Alan's email by the end of the week & Accepting request for 30 days e:
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
an re: Receiving Blake's response in agreeing to further extend Catholics's written discovery responses
nt on pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
dgment on the pleadings
gment on the pleadings filed 8/24

on the pleadings

to judgment on pleadings

pleadings

ient

h

tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tached drafted opposition to judgment re: pleadings for review
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call
g requested documents from Daneilla for her review as well as still workong on the responses to the formal req
esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case
tney re: Providing thier availability next week for a quick call

g requested documents from Daneilla for her review as well as still workong on the responses to the formal req

esting Dawna and Gareth to provide their availability for a call next week discussing Catholic Univ. refund case

tney re: Providing thier availability next week for a quick call

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

re: Following up w/ Mohamed of the status of the production

re: Listing a preferred time on Tuesday for a quick call w/ Gareth and Dawna

ned zoom meeting invite w/ potiential expert

th Macartney and Dawna Lewski

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

tached drafted opposition to judgment re: pleadings for review

tached drafted opposition to judgment re: pleadings for review

tached drafted opposition to judgment re: pleadings for review

tached drafted opposition to judgment re: pleadings for review

tached drafted opposition to judgment re: pleadings for review

tached drafted opposition to judgment re: pleadings for review

tached drafted opposition to judgment re: pleadings for review

ntn for partial judgment on pleadings

to draft of memo in opp to judgment in the pleadings

gment on the pleadings

for opp to Catholic's MJOP


ved / and drafted additional argument for opp to def's motion for judgment on the pleadings

mation for complying w/ local rules in filing opp to def's mtn for judgment on the pleadings

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review

ed 30b6 notice for review


o in opposition to judgment on the pleadings


n brief

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

hed drafted opposition to judgment pleadings for review

ched drafted opposition to judgment pleadings for review
ched drafted opposition to judgment pleadings for review
ched drafted opposition to judgment pleadings for review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
utt re: Opp to judgment not being ready for his review
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
g counselors' if the def oppose a 7-day extension on 9/14 for plf's opp to def mtn for partial judgment
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief

an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
an re: Agreeing to 7-day extension for plaintiff opposition brief
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
re: Consenting to an additional 7-days for def's reply brief along with an attached mtn and proposed o
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap
esting Curtis to file the attached unopposed mtn and proposed order asap

esting Curtis to file the attached unopposed mtn and proposed order asap

ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
ur re: Acknowleding Curtis paralegal to ensure that the mtn and proposed order gets filed
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
in re: Confirming to filing the unopposed mtn an proposed order
r extension of time to file response / reply
r extension of time to file response / reply
r extension of time to file response / reply
r extension of time to file response / reply
r extension of time to file response / reply
r extension of time to file response / reply
r extension of time to file response / reply
r extension of time to file response / reply

or extension of time to file response / reply
or extension of time to file response / reply
or extension of time to file response / reply
or extension of time to file response / reply
or extension of time to file response / reply
or extension of time to file response / reply
or extension of time to file response / reply
or extension of time to file response / reply
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
re: Speaking w/ the clerk and is unlikely to hear from the Court today re filed mtn for extension of time
acement machine and delivrey dates , tracking
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension
ittle re: Asking the Court what to do with the filing of the mtn for extension

ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
ion for extension of time to file
d proposed order and circulated to cocounsel for filing , and follow up w/ clerks' office
ment w/ Jacqueline

uesting Abigail to sign for Blake and return signed copy to Dawana
re: Attached signed copy of the engagement ltr for Dawna's review
i re: Receiving signed engagement ltr
i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return
uesting Abigail to sign for Blake and return signed copy to Dawana
re: Attached signed copy of the engagement ltr for Dawna's review
i re: Receiving signed engagement ltr
i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return
uesting Abigail to sign for Blake and return signed copy to Dawana
re: Attached signed copy of the engagement ltr for Dawna's review
i re: Receiving signed engagement ltr
i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return
uesting Abigail to sign for Blake and return signed copy to Dawana
re: Attached signed copy of the engagement ltr for Dawna's review
i re: Receiving signed engagement ltr
i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return
uesting Abigail to sign for Blake and return signed copy to Dawana
re: Attached signed copy of the engagement ltr for Dawna's review
i re: Receiving signed engagement ltr
i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return
uesting Abigail to sign for Blake and return signed copy to Dawana
re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

i re: Attached their standard agreement ltr for Blake's review and approval to countersign and return

uesting Abigail to sign for Blake and return signed copy to Dawana

re: Attached signed copy of the engagement ltr for Dawna's review

i re: Receiving signed engagement ltr

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

ents for Blake to review and select deponents from

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

ɡ a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Confirming to Blake on still being on track w/ the production and is anticipating on making their next produ

a list of people who she believes should notice for deposition in Catholic for Blake's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Listing a list of potential deponents to depose for Jacqueline's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

me

judgment on the pleadings

of time

line

of time

of time

he pleadings

hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review
hed updated 12 (c) opposition along w/ brief in pdf form for review

otion

)
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review

hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review

hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
hed drafted 30b6 notice for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Attached edits / comments to 12(c) opposition for review
tt re: Catching a typo in the 12(c) opp
tt re: Catching a typo in the 12(c) opp
tt re: Catching a typo in the 12(c) opp
tt re: Catching a typo in the 12(c) opp
tt re: Catching a typo in the 12(c) opp

ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
ott re: Catching a typo in the 12(c) opp
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
rming Curtis & Frederick that our firm is in the process of finalizing the opp to mtn for summary judgme
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file

in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
in re: Him and his colleague being out of the office today and giving Blake permission to file
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
ur re: Asking a cmad volunteer to take lead in the discovery meeting w/ client
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
tt re: Asking Julia if she's able to help / take lead at the discovery hearing
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting

ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ur re: Paul handling the discovery meeting
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ittle re: Confirming to handling the discovery meeting w/ no assistance
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review

ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
ur re: Attached 12(c) opposition for review
n to MJOP


tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
tt re: Confirming if his team is good to file 12c opp
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ed doc production correspondence w/ password for counsel's review
notice
re: Attached 30b6 NOD for Blake's review
ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Attached 30b6 NOD for Blake's review

ed doc production correspondence w/ password for counsel's review

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

re: Asking Daniella on if him and his team can assist with helping w/ the formal request

es to ROGGs

y requests

r docs

ed current drafted rogg responses for review

ed current drafted rogg responses for review

ed current drafted rogg responses for review

ed current drafted rogg responses for review

ed current drafted rogg responses for review

ed current drafted rogg responses for review

fixed document formatting

ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
ed current drafted rogg responses for review
onses
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
on discovery responses
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text
re: Implying to Blake on needing to discuss some interrogatory responses w/ the client and if they should kee
re: Granting Jacqueline permission to discuss w/ the client re her interrogatory responses via text

ɔn

ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Working on TOA and will circulate once completed
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ur re: Attached final word version of 12c opp w/ permission to proceed to filing
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp

ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ittle re: Reviewed 12c opp
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ott re: Attached 12c opp w/ incorporated edits for review
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo

ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Attached word / pdf version of opp w/ fixed minor typo
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ur re: Confirming to proceeding to file opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
ndum in opposition
otice

otice

otice

to obtain titles for people w/ discoverable information
ake
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
i re: Attached redlines edits to the settlement ltr for review along w/ an spreadheet containing tution ar
nd
iges calulations
line and damages calculations
amages calculations
l ltr and liability numbers
ons
ind
; w/ Ralph and bumped docs
d ltr
; w/ Ralph , and bump docs
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review

ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ur re: Attached updated settlement ltr for review
ient ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
tt re: Reviewed settlement ltr
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's

ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
ur re: Sending out settlement ltr and Asking Blake if she can use his signature instead of Paul's
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
tt re: Informing Jacqueline to be prepared for COB and make sure Paul weigh in on the issuing
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
ur re: Attached Paul's edits to the settlement ltr for review and will serve if there aren't any objections
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr

tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
tt re: Not having any objections to the settlement ltr
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
pp in motion
co
d not transfer
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request

re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
re: Requesting an additional week for plaintiffs responses and if Tracy and Mohamed consents to his request
re: Consenting to Blake's request
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
g answer to the team

taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
taching screenshot of text message from client for Blake and Jacqueline's review
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal

oluntary Dismissal
oluntary Dismissal
nissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
oluntary Dismissal
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
otential Class Reps.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
ew lead Plaintiff.
lrawal of Appearance
lrawal of Appearance

opp in motion
opp in motion
:ion
:ion
:ion

nent ltr
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
withdrawal of appearance
al of appearance
al of appearance
al of appearance
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due

king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
king anyone from cmad when is the discovery responses due
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ur re: Providing the due in date for the discovery responses
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits
ttached drafted client update ltr for cmad review / edits

ttached drafted client update ltr for cmad review / edits
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
ittle re: Informing Marina to not send the client update ltr at the moment
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review
an re: Attached letter to Attorney Paul Doolitte for review

ott re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
ott re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
ott re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
ott re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
ott re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen

tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
tt re: Informing cmad that discovery responses are DUE IN tomorrow and discovery ltr needs to be sen
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
ittle re: Plaintiffs' willing to take a 10% reduction of the damages in the settlement ltr
tlement questions
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review

ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ched responses to plaintiff discovery requests for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review
ed deficiency ltr for review

y responses

cy ltr

ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review
ır re: Attached clean / redline version of the deficiency ltr for review

ur re: Attached clean / redline version of the deficiency ltr for review
ur re: Attached clean / redline version of the deficiency ltr for review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
ping up deficiency ltr for cmad review
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
tt re: Adding the American appellate decision finding historic practice in the time period section then t
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review

ur re: Attached updated deficiency ltr for cmad review

ur re: Attached updated deficiency ltr for cmad review

ur re: Attached updated deficiency ltr for cmad review

ur re: Attached updated deficiency ltr for cmad review

ur re: Attached updated deficiency ltr for cmad review

ur re: Attached updated deficiency ltr for cmad review

lrawal of Appearance

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

te plaintiffs in class actions in District of DC

ıbstitute plaintiff & amend complaint

) motion to substitute plaintiff & amend complaint

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

Re. Draft Motion

ISO substituting plaintiff & amending complaint; drafted memo ISO substituting plaintiff & amending complaint

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

emo ISO motion to leave to substitute plaintiff and amend complaint

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

e. Questions for the Client - Word Doc.

n - No answer VM

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

mended Complaint

fted declaration for haley gustavson; redlined amended complaint

deadlines

intiff & amend complaint and support docs

ts onto sharefile and sent to experts

motion to substitute plaintiff & amend complaint and supporting docs; filed motion to substitute plaintiff & ame

ocode.

er, litify upload.

s

dded to calendar;

ts

complaint

ic University Matter - Expert Report

ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached updated deficiency ltr for cmad review
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0
ur re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-0

ır re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-
ır re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-
ır re: Attached Updated deficiency ltr w/ changed dates as well as requested suppl response within 7-
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ıtt re: Giving Jacqueline the green light to proceed to sign and serve
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
ur re: Attached finalized deficiency ltr for counselors' review
offer

nent offer

ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
ur re: Following up with counselors' re discovery requests
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
an re: Reviewing ltr and agreeing to scheduling an M&C discussing the issues raised along with providir
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times

ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
ur re: Requesting availability fromTracy to schedule an meet and confer with provided dates / times
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
an re: Providing his availability for Jacqueline review and to let him know an zoom invitaition will be circ
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm
ur re: Circulating a zoom link for Thursday 1pm

ur re: Circulating a zoom link for Thursday at 1pm
ur re: Circulating a zoom link for Thursday at 1pm
ur re: Circulating a zoom link for Thursday at 1pm
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
nova re: Attached scheduled zoom link
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
hed M&C Roggs and RFPs charts for review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review

ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review
ping up September invoice for cmad review

ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review
ed ESI protocol for review

ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review

ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
ur re: Attached redlines to the ESI protocol for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
t re: Attached letter and proposed confidentiality order for review
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap
ng what is needed for the M&C recap

ıg what is needed for the M&C recap
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review
ır re: Attached recap follow-up ltr for review

ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ed proposed search terms for review
ıs
ıns
t re: Attached custodian list based on search terms for review

t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
t re: Attached custodian list based on search terms for review
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
tt re: Following up w/ Jacqueline re search terms
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ur re: Search terms not coming along as well as attached an chart of search terms / custodian list for C

ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C
ır re: Search terms not coming along as well as attached an chart of search terms / custodian list for C

ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap
ır re: Bumping up M&C recap

ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
ıtt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians

tt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
tt re: Giving Jacqueline the green light to finalize ltr along with suggesting to add additional custodians
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached drafted ESI and PO for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
r re: Attached revised follow up ltr for review
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB

tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
tt re: Giving Jacqueline the green light to proceed to send the letters and the ESI and PO to COB
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ERNAL]Re: Catholic University Matter - Expert Report
ponents
ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

sed with coleman; and sent to cmad

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

ic - List of Potential Depos

discovery requests with Blake

discovery requests with Blake

ready served

s for new plaintiff

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

very requests

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

ic Second Set of RFPs

rson V. The Catholic Univ. - Service of Discovery Requests

rson V. The Catholic Univ. - Service of Discovery Requests

rson V. The Catholic Univ. - Service of Discovery Requests

rson V. The Catholic Univ. - Service of Discovery Requests

or service

rson V. The Catholic Univ. - Service of Discovery Requests

rson V. The Catholic Univ. - Service of Discovery Requests

rson V. The Catholic Univ. - Service of Discovery Requests

son V. The Catholic Univ. - Service of Discovery Requests
son V. The Catholic Univ. - Service of Discovery Requests
son V. The Catholic Univ. - Service of Discovery Requests
son V. The Catholic Univ. - Service of Discovery Requests
son V. The Catholic Univ. - Service of Discovery Requests


to 2nd set of RFPs
to 2nd set of RFPs to litify
ion


8) notice
search from tony
to Ryan; added to WF
8) notice


nolic's production in disco for deficiency ltr; searched for example deficiency letter
t production


equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF


re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review

re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
re: Attached proposed search terms / custodians in both ltr for review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review
ur re: Attached proposed ESI and PO for counselors' review

osing counsel
ms , research custodians
motion for judgment on pleadings
motion for judgment on pleadings

motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings

motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
motion for judgment on pleadings
nent pleadings
nent pleadings
nent pleadings
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i
t re: Confirming to submitting a ltr response and confirming being available for a meet and confer and i

ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm
ng Marina to please circulate an zoom link for 10/31 at 1:30 pm

g Marina to please circulate an zoom link for 10/31 at 1:30 pm
g Marina to please circulate an zoom link for 10/31 at 1:30 pm
g Marina to please circulate an zoom link for 10/31 at 1:30 pm


ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
ona re: Attached zoom link for meet and confer
custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached updated search terms / custodian list
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review

ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
ur re: Attached plaintiffs proposed custodians and search terms for counselors' review
an list and search terms
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
lko re: Attached judge order denying judgment pleadings for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review

re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
re: Attached ltr Blake Abbott for review
ence
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review
son re: Attached noted from M&C for review

s from Today's meetings
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time

re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
re: Listing outstanding tasks from call re plf's requests for production along with providing dates / time
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Providing a date / time to meet and confer
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
tt re: Requesting Andrew to prepare a similar follow up to the 10/25 ltr leaving positions 33,34,36 and
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review

ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
ed proposed redlines to opposing counsel's drafted PO from 10/19 for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review
son re: Attached drafted follow up ltr from 10/31 meet and confer for review


v up ltr
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in

t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
t re: Receiving Blake's availabilty to meet and confer & confirming to send calendar invite and dial-in
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
equest to mediate Gustavson v. The Catholic University, Civil Action No. 1:20-cv-01496-DLF
ediation Referral by CATHOLIC UNIVERSITY OF AMERICA
ediation Referral by CATHOLIC UNIVERSITY OF AMERICA
ediation Referral by CATHOLIC UNIVERSITY OF AMERICA
)ING ORDER
)ING ORDER
)ING ORDER
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
son v. Catholic Univ. - Meet and Confer
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter

tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
tavson v. Catholic Univ. Client update Letter
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
ustavson v. The Catholic University - proposed mediation dates
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
son v. Catholic Univ. Mediation
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic
vson v. Catholic

wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
wson v. Catholic: 3/17 status report
ORT filed by CATHOLIC UNIVERSITY OF AMERICA
ORT filed by CATHOLIC UNIVERSITY OF AMERICA
ORT filed by CATHOLIC UNIVERSITY OF AMERICA
ttlement value
ttlement value

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

nced in the 1/18 ltr

cnced in the 1/18 ltr

cnced in the 1/18 ltr

cnced in the 1/18 ltr

cnced in the 1/18 ltr

atures

atures

atures

atures


atures

atures


atures

atures

atures


















ιvery plan
ιvery plan
ιvery plan
ιvery plan
ιvery plan
ιvery plan
ιvery plan
ιvery plan
ιvery plan

each mtn
each mtn
each mtn
each mtn
each mtn
each mtn
each mtn
each mtn
each mtn
each mtn

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

h out if it involves a class-action in the future w/ a different lead pltf

ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case
ys who are involved in each particular case

g
g
g
g
g
g
g
g
g
g

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

ule along with a list of documents in their production

designated confidential documents

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

e client

f to sign the stipulation

rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed
rtis final word version / pdf version signed

rtis final word version / pdf version signed

e client

-person

ams

-person

ams

om Catholic
om Catholic

om Catholic
om Catholic
om Catholic
om Catholic
om Catholic
om Catholic
om Catholic
om Catholic
om Catholic
om Catholic
served
served
served
served
served
served
served
served
served
served
served
served

rved
rved
rved
rved
rved

rved

rved

rved

rved

rved

rved

rved

ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review
ies / admissions and request to produce for review

ies / admissions and request to produce for review

for review
for review
for review
for review
for review
for review
for review
for review
for review

-person
ams

-person
ams

-person
ams

-person
ams

-person

ams

-person

ams

-person

ams

-person

ams

-person

ams

-person

ams

-person

ams

-person
ams

-person
ams

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

for review
for review
for review
for review

tions

tions

tions

tions

tions

tions

tions

tions

tions

tions

tions

tions

tions

v

v

v

v

v

uqests that were sent to her

ə

v

v

v

v

v

v

v

v

al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses
al extension of 30 days for written discovery responses

xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli
xtension to respond to plaintiff discovery requests as well as updating calendars to reflect def's deadli

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her
e

uqests that were sent to her

ə

rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review
rder for review

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

ction in the net day or two

nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today
nt on pleadings and if their office will be available for filing today

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

p working w/ the client and to discuss it with her

d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided
d fees numbers Catholic provided

t

t

t

t

t

t

t

t

t

t

t

t

t

t

t

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

t out asap

he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing
he deficiency ltr will be good to go for filing

nd complaint and supporting docs

days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve

days & permission to sign and serve
days & permission to sign and serve
days & permission to sign and serve

g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer
g dates / times for an meet and confer

ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so
ulated or for his team to do so

oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision

oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision
oleman's review / revision

and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates
and board members as well as adjusting the dates

and board members as well as adjusting the dates
and board members as well as adjusting the dates

requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite
requesting suggested date/ time & to circulate an invite

es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs

es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs
es to meet and confer to cover the remaining RFPs

37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in
37 on the RFP's for him to fill in

ne
ne
ne
ne
ne
ne
ne
ne
ne
ne
ne
ne
ne