| Individual | Position | Rate |
|---|---|---|
| Abigail Wood | Paralegal/Clerk | 239 |
| Andrew | Attorney 1-3 years | 437 |
| Blake G. Abbott | Attorney 4-7 years | 538 |
| Cierra Grier | Paralegal/Clerk | 239 |
| Coleman Hall | Paralegal/Clerk | 239 |
| Eric Poulin | Attorney 8-10 years | 777 |
| Griffin Wilson | Paralegal/Clerk | 239 |
| Jacqueline Dufour | Attorney 1-3 years | 437 |
| (Jake) John Nixon | Attorney 1-3 years | 437 |
| Jarrett Withrow | Attorney 1-3 years | 437 |
| Josh | Attorney 1-3 years | 437 |
| Julia Pirillo | Attorney 1-3 years | 437 |
| Justin Hemlepp | Attorney 8-10 years | 777 |
| Kellie Hunt | Paralegal/Clerk | 239 |
| Lindsey Nilson | Paralegal/Clerk | 239 |
| Madison Range | Paralegal/Clerk | 239 |
| Marina Wellman | Paralegal/Clerk | 239 |
| Melissa Freeman | Paralegal/Clerk | 239 |
| Monica Toomer | Paralegal/Clerk | 239 |
| Neil Williams | Attorney 4-7 years | 538 |
| Paul Doolittle | Attorney 20+ years | 997 |
| Ralph D'Agostino | Attorney 4-7 years | 538 |
| Roy T. Willey, IV | Attorney 8-10 years | 777 |
| Salvatore Davi | Paralegal/Clerk | 239 |
| Trinity | Paralegal/Clerk | 239 |
| Zachary Bieber | Attorney 1-3 years | 437 |

| Time | Total Billables |
|---|---|
| 47.8 | $11,424.20 |
| 67.1 | $29,322.70 |
| 77.6 | $41,748.80 |
| 12.6 | $3,011.40 |
| 37.5 | $8,962.50 |
| 53.1 | $41,258.70 |
| 15.7 | $3,752.30 |
| 58.4 | $25,520.80 |
| 29.2 | $12,760.40 |
| 26.5 | $11,580.50 |
| 7.1 | $3,102.70 |
| 44.7 | $19,533.90 |
| 5.9 | $4,584.30 |
| 2.4 | $573.60 |
| 11.4 | $2,724.60 |
| 48.9 | $11,687.10 |
| 58.8 | $14,053.20 |
| 5.9 | $1,410.10 |
| 13.1 | $3,130.90 |
| 37.3 | $20,067.40 |
| 71.2 | $70,986.40 |
| 88.3 | $47,505.40 |
| 74.8 | $58,119.60 |
| 8 | $1,912 |
| 43.7 | $10,444.30 |
| 2.3 | $1,005.10 |
| | $460,182.90 |