## **<u>Expenses:</u>**

| | | |
|---|---|---:|
| Court fees: | $ | 200.00 |
| Admin expenses: | $ | 150.00 |
| Meeting Expenses: | $ | 20.58 |
| Data Storage Expenses: | $ | 10,649.82 |
| Experts: | $ | 108,267.50 |
| Legal Research: | $ | 12,760.24 |

**TOTAL:**     **$ 132,048.14**