### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| HALEY GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>　　　　　　　*Defendant*. | Civil Action No. 1:20-CV-01496 |

### PLAINTIFF'S LIST OF OPT-OUTS OF CLASS SETTLEMENT

COMES NOW, Plaintiff Haley Gustavson, by and through counsel, and pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement (ECF No. 98), submits this List of Opt-Outs of the Class Action Settlement and supporting declaration of Simpluris, Inc., settlement administrator, and in support thereof states as follows:

1. As of January 2, 2025, there have been 0 requests for exclusion, objections, or opt outs from Settlement Class Members regarding the proposed Class Settlement between Class Members and The Catholic University of America.

2. In support of the above and in accordance with the Court's Order Granting Preliminary Approval of Class Action Settlement (ECF No. 98), please see the Declaration of Shelby Alvey of Simpluris, Inc., settlement administrator in the above-titled action, which is attached as Exhibit "A," as well as the most recent opt-out report from Simpluris, which is attached as Exhibit "B."

Dated: January 2, 2025

Respectfully submitted,

*/s/ Paul Doolittle*
**POULIN | WILLEY | ANASTOPOULO, LLC**
Eric M. Poulin (admitted *pro hac vice*)
Roy T. Willey, IV (admitted *pro hac vice*)
Paul Doolittle (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
(843) 614-8888
eric@akimlawfirm.com
roy@akimlawfirm.com
pauld@akimlawfirm.com


**DOUGLAS & BOYKIN, PLLC**
Curtis A. Boykin (Bar No. 444120)
1850 M Street, NW, Suite 640
Washington, DC 20036-5836
Telephone: (202) 776-0370
Facsimile: (202) 776-0975
Email: caboykin@douglasboykin.com
*Attorneys for Plaintiff and Putative Class*