

12/27/2024
Project Manager: Shelby Alvey
Project Manager Email: Shelby.Alvey@simpluris.com
Project Manager Direct Line: (714) 640 - 5632

## *Gustavson v. The Catholic University of America*
## United States District Court for the District of Columbia
### Case No. 20-cv-01496-DLF

| **Plaintiff Counsel** | **Defense Counsel** |
|---|---|
| *Curtis A. Boykin / Douglas & Boykin PLLC* | *Tracy A. Roman / Crowell & Moring LLP* |
| *Marina Wellman / Poulin, Willey, Anastopoulo, LLC* | *Amy Pauli / Crowell & Moring LLP* |
| *Paul Doolittle / Poulin, Willey, Anastopoulo, LLC* | |

### Case Milestone

| | |
|---|---|
| Notification Mailing | October 18, 2024 |
| Objection Deadline | December 23, 2024 |
| Opt Out Deadline | December 23, 2024 |
| Final Approval Hearing | January 23, 2025 |

### Response Summary                              **Total Class Members: 5,070**

*'Total Responses Submitted' is based on responses processed as of date reflected on the report.*

| | Total | Rate | Deficient | Late |
|---|---|---|---|---|
| **Opt Out Form** | 0 | 0% | | |
|     Valid | 0 | 0% | | |
|     Pending | 0 | 0% | 0 | 0 |
| **Address Update and Payment Selection Form** | 198 | 3.91% | | |
|     Valid | 198 | 3.91% | | |
|     Pending | 0 | 0% | 0 | 0 |

### Mailing Summary

| Mailing Title | Sent | Bouncebacks | | |
|---|---|---|---|---|
| 10/18 Email Notice | 4,343 | 16 | | |
| | **Mailed** | **Returned** | **Remailed** | **Undeliverable** |
| 10/24 Postcard Notice | 741 | 27 | 20 | 7 |

800-779-2104 / Fax -714-824-8591
www.simpluris.com

Southern California
3194 -C Airport Loop Drive, Costa Mesa , CA 92626

Central Florida
1205 City View Center, Oviedo, FL 32765