**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| HALEY GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>                      *Plaintiffs*,<br><br>    v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>                      *Defendant*. | Civil Action No. 1:20-CV-01496 |

**NOTICE OF PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Paul Doolittle and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiff Haley Gustavson, through her undersigned attorneys, will move this Court, before the Honorable Dabney L. Friedrich, United States Circuit Court Judge, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C., for an Order, pursuant to Federal Rule of Civil Procedure 23: (i) granting final approval of the Class Action Settlement; (ii) finally certifying the Settlement Class; (iii) finding that the Notice Plan comports with due process and with Rule 23 of the Federal Rules of Civil Procedure; and (iv) granting such other, further, or different relief as the court deems just and proper.

* * *

    A Proposed Final Judgment and Order is submitted herewith.

Dated: January 9, 2025                                             Respectfully submitted,

           <u>***/s/ Paul Doolittle***</u>
           **POULIN | WILLEY | ANASTOPOULO, LLC**
           Eric M. Poulin (admitted *pro hac vice*)
           Roy T. Willey, IV (admitted *pro hac vice*)
           Paul Doolittle (admitted *pro hac vice*)
           32 Ann Street
           Charleston, SC 29403
           (843) 614-8888
           eric@akimlawfirm.com
           roy@akimlawfirm.com
           pauld@akimlawfirm.com

           **DOUGLAS & BOYKIN, PLLC**
           Curtis A. Boykin (Bar No. 444120)
           1850 M Street, NW, Suite 640
           Washington, DC 20036-5836
           Telephone: (202) 776-0370
           Facsimile: (202) 776-0975
           Email: caboykin@douglasboykin.com
           *Attorneys for Plaintiff and Putative Class*