# POULIN | WILLEY ANASTOPOULO

## FIRM RESUME

32 Ann Street
Charleston, South Carolina 29403

**Telephone:** (803) 222-2222
**Facsimile:** (843) 494-5536
**Website:** respectresults.com

| North Carolina | South Carolina | Georgia |
|---|---|---|
| Charlotte, Lumberton | Charleston, Columbia, Florence, Greenville, Hampton, Ladson, Lexington, Mt. Pleasant, Myrtle Beach, Rock Hill | Atlanta, Athens, Augusta, Columbus, Macon |

## **Who We Are**

Poulin | Willey | Anastopoulo (PWA) is a civil litigation firm focused on Plaintiff's rights. With offices in South Carolina, North Carolina and Georgia, PWA lawyers have represented plaintiffs in class actions and mass tort litigation throughout the country. PWA employs over 200 dedicated legal professionals, including 50 attorneys, and is among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, PWA employs an internal focus group and mock trial program that allow it to test and develop theories and case strategies from the outset.

PWA has a roster of accomplished attorneys. The leadership team representing PWA leads the nation's trial bar in areas as diverse insurance contract law and professional negligence, having recovered over $100,000,000.00 for clients in 2024 alone. The team also serves in various national, state and local leadership positions in an effort to give back to their communities. Recognized among *America's Top 100 High Stakes Litigators,* by *Super Lawyers* and receiving top verdicts year after year in their respective jurisdictions, the attorneys of PWA are respected legal advocates who are known for aggressive and compassionate representation and who leave no stone unturned on behalf of their clients.

PWA has the experience and resources to represent large putative classes.

## **Class Action**

PWA has served as lead counsel and in leadership steering committees in many high-profile class actions. The Firm has served as joint lead counsel on multiple state cases that were eventually consolidated to a state class action regarding In Re OxyContin Products Liability Class Action and served as sole lead counsel in South Carolina's first opioid state action, Ken Love et al., Civil Action No: 01-CP-38-01059 (SC).

PWA is has been appointed as interim lead or co-lead counsel to the executive committee or the steering committee in the following:

- *Bergeron v. Rochester Inst. of Tech., 6:20-cv-06283 (W.D.N.Y.)*
- Day v. GEICO Cas. Co., et al., 5:21-cv-02103 (N.D. Cal.)
- *Dixon v. Colgate-Palmolive Company, 1:23-cv-38 (W.D.N.C.)*
- *Faber v. Cornell Univ., 3:20-cv-00467 (N.D.N.Y.)*
- *Ford v. Rensselaer Polytechnic Inst., 1:20-cv-00470 (N.D.N.Y)*
- *Gustavson v. Catholic Univ. of America, 1:20-cv-cv-01496 (D.D.C.)*
- *Herendeen v. The Quaker Oats Company, 1:23-cv-17103 (N.D. Ill)*
- *Hernandez v. Illinois Institute of Technology, 1:20-cv-03010 (N.D. Ill)*
- *In re: Columbia College Rankings Action; 1:22-cv-05945 (S.D. N.Y.)*
- *In re: HealthEC LLC Data Breach Litigation, 2:24-cv-00026-*

*JKS-ESK, (D.N. J.)*

- *In re: Jan. 2021 Short Squeeze Tradition Litig., MDL 2989 (S.D. Fla.);*

- *In re: Recalled Abbott Instant Formula Prods. Liab. Litig., MDL 3037 (N.D. Ill.)*

- *In re Univ. of Miami COVID-19 Tuition and Fee Refund Litig., 20-cv60851 (S.D. Fla.)*

- *Lawson v. Pennsylvania College of Technology, CV 21-01, 134, (St. Ct. Lycoming County, PA)*

- *Levin v. Bd. Of Regents of Univ. of Colorado, 20CV31409 (St. Ct. Denver Co.)*

- *Montesano v. Catholic Univ. of America, 1:20-cv-cv-01496 (D.D.C.)*

- *Prevost, et al v. Roper St. Francis Healthcare, 2021CP1001754, (St. Ct. Charleston, SC)*

- *Qureshi v. American Univ., 1:20-cv-01141 (D.D.C.)*

- *Ryan v. Temple Univ., 5:20-cv-02164 (E.D. Pa.)*

- *Smith v. Univ. of Pennsylvania, 2:20-cv-02086 (E.D. Pa.);*

- *Stinson et al. v. Yum Brands Inc., et al. 3:23-cv-00183-DJH-LLK, (W.D. Ky.)*

**Mass Tort**

PWA also has extensive experience in mass tort litigation, including representing over 500 potential claimants in the *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La.), and over 1,000 claimants in the *In re Baycol Prods. Liab. Litig*., MDL No. 1431 (D. Minn.), and state actions consolidated under the Third Circuit Court of the Third Judicial Circuit master file: 2002-cp-43-1041, where Akim Anastopoulo served as lead counsel on two state bellwether cases.

Additionally, Mr. Anastopoulo served on the Daubert Submissions committee for Thimerosal Litigation MDL and represented hundreds of individual clients in *In Re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig*., 2000 U.S. Dist. LEXIS 12275, *47-48 (D. Pa. 2000).

PWA and its attorneys currently represent clients in the following MDLs:

- *In re: Incretin Mimetics Prods. Liab. Litig*., MDL No. 2452 (S.D. Cal.)
- *Xarelto Prods. Liab. Litig*., MDL No. 2592 (E.D. La.)
- *In re: Johnson & Johnson Talcum Powder Prods. Marketing, Sales Practices and Prods. Liab. Litig*., MDL No. 2738 (D.N.J.)
- *In re: Roundup Prods. Liab. Litig*., MDL No. 2741 (N.D. Cal.)
- *3M Prods. Liab. Litig*., MDL No. 2885 (N.D. Fla.)
- *In re: Zantac (Ranitidine) Prods. Liab. Litig*., MDL 2924 (S.D. Fla.)
- *In re: Paraquat Products Liab. Litig*., MDL 3004 (S.D. Ill)
- *In re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Prods. Litig*., MDL 3014 (W.D. Pa.)
- *In re: Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Prods. Liab. Litig*., MDL 3015 (S.D. Fla.)
- *In re: Proctor & Gamble Aerosol Prods. Marketing and Sales Practices Litig*., MDL No. 3025 (S.D. Ohio)
- 2021 Short Squeeze Tradition Litig., MDL 2989 (S.D. Fla.)

- *In re: Acetaminophen – ASD/ADHD Prods. Liab. Litig.* (S.D.N.Y.)



### Eric M. Poulin

Email: Eric@poulinwilley.com

**Education**
Presbyterian College, B.S.
Charleston School of Law, J.D.,
*magna cum laude*

Eric Poulin a Member and Trial Lawyer at PWA.

Eric has tried multiple cases to verdict, resulting in over $60,000,0000 in single event personal injury jury verdicts. Licensed in California, Georgia, North Carolina, and South Carolina, together with many Federal District Courts, Eric has litigated hundreds or thousands of cases through settlement or verdict and has recovered over $100,000,000 for his clients over the course of his career. Eric has also handled appellate cases in the South Carolina Court of Appeals, the South Carolina Supreme Court, and the 4th Circuit Court of Appeals.

In 2016, Eric was tapped by the South Carolina Supreme Court to record a video CLE on insurance law as part of the State Bar's "Essentials" series that is required viewing for all new admittees to the Bar.

Eric is a member of the South Carolina Association of Justice and the American Association of Justice. Eric has been featured in South Carolina Lawyers Weekly's yearly top 10 verdicts and settlements profile for 3 of the last 4 years. In 2014, Eric was featured in the U.S. Verdicts' "Top 100" national verdicts report. Eric is a Super Lawyers' Rising Star, a National Trial Lawyers' Top 40 Under 40 recipient, and two-time National Academy of Professional Injury Attorneys' Top 10 Under 40 recipient.

Eric is also a leading innovator and strong advocate for utilizing technology to further the practice of law and better represent his clients. Eric has written and lectured on the topic of utilizing technology at trial to present stronger cases to juries and has led his Law Firm's push to "go digital." This has resulted in increased efficiency across the board, lower costs, and better results for clients.

Eric is most proud of the results he has garnered for his clients, including several significant seven-figure jury verdicts, more than $60,000,000.00 in single event personal injury jury verdicts, and more than $100,000,000.00 recovered for clients.

**Bar Admissions**
- State Bar of California
- State Bar of Georgia
- State Bar of North Carolina
- State Bar of South Carolina

- District of South Carolina
- Eastern District of North Carolina
- Middle District of North Carolina
- Western District of North Carolina
- Central District of California
- Northern District of California
- Northern District of New York
- District of Colorado
- Northern District of Illinois General Bar
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 2nd Circuit Court of Appeals
- 4th Circuit Court of Appeals
- 8th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**
- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |

| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2019 | NAT'L TRIAL LAWYERS TOP 40 UNDER 40 |
| 2018-20 | SUPER LAWYERS RISING STAR |

### Presentations and Professional Education Programs

December 2017 Advanced Trial Tactics
December 2016 Advanced Trial Tactics



### Roy T. Willey, IV

Email: Roy@poulinwilley.com

**Education**
Harvard College, B.A.
Charleston School of Law, J.D., *cum laude*

Roy Willey is a Member and Trial Lawyer at PWA.

Roy has been named among America's Top 100 High Stakes Litigators, a Super Lawyers Rising Star, and in the National Top 10 Under 40, and he is well known for his community and professional involvement. He has **achieved record results for his clients** and is **fond of encouraging all at the firm to treat each client like family**.

Nationally recognized as a **leader in complex, contract based, and high stakes litigation**, Roy is the Chairman of the Insurance Law Section for the American Association of Justice (AAJ), a national co-chair of AAJ's Business Interruption Litigation Taskforce, and the state Chairman of South Carolina Equality (which is responsible for winning legalization of same-sex marriage in South Carolina). On the local level he serves on the executive board of his local Charleston County Bar Association and a host of other non-profit boards and committees.

In recoveries for clients he has had a jury verdict named among the largest verdicts in the nation, is a multi-year winner of top verdicts in South Carolina where he regularly tries complex cases, and he is regularly called on by political leadership for advice on complex issues. He is a known **problem**

**solver, with a servant's heart.**

### Bar Admissions
- State Bar of South Carolina
- State Bar of Kentucky
- State Bar of New Jersey
- State Bar of Tennessee

- District of South Carolina
- District of Colorado
- Middle District of Tennessee
- Northern District of Illinois General Bar
- Northern District of New York
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 2nd Circuit Court of Appeals
- 4th Circuit Court of Appeals
- 9th Circuit Court of Appeals
- 11th Circuit Court of Appeals

### Practice Areas
- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

### Professional and Philanthropic Involvement
- AMERICAN ASSOC. FOR JUSTICE (AAJ) - INSURANCE SECTION
  Chairman, National Executive Board
- AAJ BUSINESS INTERRUPTION LITIGATION TASKFORCE
  National Co-Chair
- SOUTH CAROLINA EQUALITY
  Chairman of the Board
- CHARLESTON COUNTY BAR ASSOCIATION

9

Executive Committee Member

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2018-19 | AMERICA'S TOP 100 HIGH STAKES LITIGATORS |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Professional Education Programs Presented**

- South Carolina Association of Justice Annual Conference
  Topic: FLSA and Collective Actions – Focusing on Certification
- South Carolina Small Firm Business Luncheon
  Topic: FLSA and Collective Actions – Focusing on Your Practice (March 2015)
- Wrongful Death Litigation Start to Finish CLE
  Topic: Upholding Ethical Standards in Wrongful Death Cases (February 2017)
- Ultimate Guide to Evidence CLE
  Topic: Using Motions to Exclude Evidence & Legal Ethics of Evid. (August 2017)
- Advanced Trial Tactics CLE - Topic: Ethics (December 2017)
- Legal Ethics: Top Challenges CLE
  Topic: Online Ethics & Duties to Prospective Clients (February 2018)
- Top Trial Strategies the Pros Use to Win Their Cases CLE
  Topic: Effective Exhibits and Courtroom Technology (November 2018)
- Webinar: Navigating Pre-Litigation Business Interruption Bad Faith Claims CLE Moderator (May 2020)

**Appointments**

*In re Univ. of Miami COVID-19 Tuition and Fee Refund Litig.*, 20-cv-60851 (S.D. Fla.)

*In re: Jan. 2021 Short Squeeze Tradition Litig.*, MDL 2989 (S.D. Fla.)

*Smith v. Univ. of Pennsylvania*, 2:20-cv-02086 (E.D. Pa.)

*Bergeron v. Rochester Inst. of Tech.*, 6:20-cv-06283 (W.D.N.Y.)

*Faber v. Cornell Univ.*, 3:20-cv-00467 (N.D.N.Y.)

*Ford v. Rensselaer Polytechnic Inst.*, 1:20-cv-00470 (N.D.N.Y.)

*Levin v. Bd. Of Regents of Univ. of Colorado*, 20CV31409 (St. Ct. Denver Co.)

*Gustavson v. Catholic Univ. of America*, 1:20-cv-cv-01496 (D.D.C.)
*Qureshi v. American Univ.*, 1:20-cv-01141 (D.D.C.); Ryan v. Temple Univ., 5:20-cv-02164 (E.D. Pa.)
*Ryan v. Temple Univ.*, 5:20-cv-02164 (E.D. Pa.)
*Hernandez v. Illinois Institute of Technology*, 1:20-cv-03010 (N.D. Ill)
*In re: Columbia College Rankings Action*; 1:22-cv-05945 (S.D.N.Y.)
*In re: Recalled Abbott Instant Formula Prods. Liab. Litig.*, MDL 3037 (N.D. Ill.).



### Akim A. Anastopoulo

Email: Akim@akimlawfirm.com

**Education**
University of Louisville
University of South Carolina, J.D.

Akim Anastopoulo is a Member and Trial Lawyer at PWA.

Akim has been practicing law for more than 30 years, representing tens of thousands of consumers and individuals who have been injured due to corporate malfeasance and negligence. He is the founder and chair of Poulin | Willey | Anastopoulo, LLC, formerly known as Anastopoulo Law Firm, a national law firm that has represented clients across the United States during that time.

**Bar Admissions**
- State Bar of South Carolina
- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation

- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Appointments**
*In Re OxyContin Products Liability Class Action*
*Ken Love et al.*, Civil Action No: 01-CP-38-01059 (SC)



## Constance A. Anastopoulo

Email: Constance@akimlawfirm.com

**Education**
University of Virginia, B.A.
University of North Carolina School of Law, J.D.

Constance Anastopoulo was the **2018 Democratic Nominee for SC Attorney General and won more votes than any other woman in SC history, including former Gov. Nikki Haley.** She currently serves as an associate professor at the Charleston School of Law, where she lectures on torts, insurance law, and professional responsibility. She has been named "Professor of the Year" and an honoree of the Black Law Students' Association for "Commitment to Bringing About Meaningful Legal and Political Change." She is currently of counsel at Anastopoulo Law Firm, where she is a trusted mentor and advisor to the firm's lawyers, including the firm's College and University Litigation Team.

**Bar Admissions**
- State Bar of South Carolina

- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- United States Federal Court of Claims
- 4th Circuit Court of Appeals

**Practice Areas**
- Complex Litigation

- Appellate Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Catastrophic Injury Litigation
- Bad Faith Insurance Litigation Litigation Leadership
  <u>In Re: Oxycontin</u>, Plaintiffs' Class Counsel Committee (2005-2008)

<u>Gaskins v. Southern Farm Bureau</u>, 354 S.C. 416 (2003)
  Top ten most important decisions by SC Lawyers
  Weekly for 2003

**Professional and Philanthropic Involvement**
- JAMES L. PETIGRU AMERICAN INN OF COURT
  Member
- INSTITUTE OF INTERNATIONAL AND
  COMPARATIVE LAW at STETSON UNIV.
  Visiting Professor
- THE RILEY INSTITUTE AT FURMAN UNIVERSITY
  Diversity Fellow
- LEAGUE OF WOMEN VOTERS CHARLESTON AREA
  Vice President, Board
- COLLEGE OF CHARLESTON WOMEN AND GENDER
  STUDIES
  Chair, Board of Advisors

**Professional Education Publications and Programs**
- *A New Twist on Remedies: Judicial Assignment of Bad
  Faith Claims*
  Indiana L. Rev., Vol. 50, No. 3 (2017)
- *Taking No Prisoners: Captive Insurance as an
  Alternative to Traditional or Commercial Insurance* - 8
  Ohio St. Entrepren. Bus. L.J. 209 (2013)
- *Race and Gender on the Bench: How Best to Achieve
  Diversity in Judicial Selection*
  8 Nw. J. L. & Soc. Pol'y. 174 (2013).

- *Where's the Outrage: "Outrageous" Conduct in Analyzing the
  Tort of Intentional Infliction of Emotional Distress in the Wake
  of <u>Snyder v. Phelps</u>*
  19 Tex. Wesleyan L. Rev.667 (2013*)*

- *Bad Faith: Building a House of Straw, Sticks, or Bricks* - Memphis L. Rev., Vol. 43, Bk. 3 (2012)

- *Teaching Privacy in the Age of Octomom –Enhancing Case/Socratic Method with Structured Class Discussion,* 44

  Val. U. L. Rev. 391 (2010)*Bad Faith in South Carolina Insurance Contracts: From <u>Tyger River Pine Co. v. Maryland Cas. Co.</u> to <u>Mitchell v. Fortis Ins. Co.</u>* - 22 S.C. Law. 18 (July 2010).

- *Bad Faith in North Carolina Insurance Contracts: A Growing Part of Insurance Practice* - Published in June 2010 Issue of North Carolina Bar Journal.

- *How Judicial Selection Impacts the Criminal Justice System <u>Presenter</u> February 25, 2013*

- *The State of the Judiciary: From Research to Reality <u>Organizer and Moderator</u>* of Panel presented at conclusion of the League of Women Voters of South Carolina's two- year study of the judicial selection process in South Carolina. University of South Carolina School of Law, Columbia, SC. *August 10, 2012*

- *Insurance Law – Advanced Uninsured Motorist /Underinsured Motorist Law Seminar <u>Ethics Presenter</u>* - Presenting on "Ethical Traps to Avoid"

- *Insurance Law –"Ethical Considerations" <u>Presenter</u> - December 6, 2011*
- *Judicial Selection in South Carolina* Coastal Carolina University <u>*Moderator*</u> of panel consisting of Justice Kaye Hearn, S.C. Supreme Court; Counselor Leslie Caggiolla, counsel to Commission on Judicial Conduct; Rep. George Hearn, S.C. House of Representatives; Solicitor Ernest Finney, III; and Judge Jennifer Wilson.

- *The Impact of the Judicial Process on Citizens; Why Does Judicial Diversity and Independence Matter* Francis Marion University <u>*Panelist/Presenter*</u>

- *Ensuring Judicial Independence and Diversity in South Carolina* <u>*Organizer and*</u> <u>*moderator*</u> of Forum. *October 2010*

- *State Constitutional Reform in the New South* <u>*Panelist/moderator*</u> discussing judicial selection process in South Carolina with panelists including Chief Justice Jean H. Toal, Judge Alex Sanders, Rep James Smith, S.C. House of Representatives.

    - *Judicial Selection in South Carolina – Ensuring Quality, Diversity, and Independence*



## Paul J. Doolittle

Email:
Paul.doolittle@poulinwilley.com

### Education
University of South Carolina, B.A.
University of South Carolina School of Law, J.D.

Paul Doolittle is the Director of the Class Action and Mass Tort Division.

Mr. Doolittle is an experienced trial attorney who has been recognized for his courtroom skills and verdicts. He feels helping ordinary people have their day in court is a great honor. He is proud to help level the playing field for individuals and is relentless is seeking justice for his clients.

Mr. Doolittle attended the University of South Carolina School of Law for his legal education where he graduated in the top 20% of his class. After law school, Mr. Doolittle worked at Foster & Foster handling a vast array of

cases from auto accidents to complex automobile dealer buy/sell transactions. After gaining experience in and out of the court room, Mr. Doolittle joined Motley Rice where he eventually became partner. Mr. Doolittle co-chaired the firm's Catastrophic Injury Group which was started to handle the firm's most complex and high damage cases at the firm. He stills hold the highest verdict ever received in a Minnesota asbestos trial.

### Bar Admissions
- State of South Carolina
- District of South Carolina

### Practice Areas
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

### Professional Education Programs Presented
- Charleston County Bar Association What Works For Me CLE Topic: Class Actions (February 2023)

### Appointments
*Smith v. Univ. of Pennsylvania*, 2:20-cv-02086 (E.D. Pa.) – co-lead counsel
*Bergeron v. Rochester Inst. of Tech.*, 6:20-cv-06283 (W.D.N.Y.)
*Faber v. Cornell Univ.*, 3:20-cv-00467 (N.D.N.Y.)
*Ford v. Rensselaer Polytechnic Inst.*, 1:20-cv-00470 (N.D.N.Y.)
*In re Univ. of Miami COVID-19 Tuition and Fee Refund Litig.*, 20-cv-60851 (S.D. Fla.)
*Levin v. Bd. Of Regents of Univ. of Colorado*, 20CV31409 (St. Ct. Denver Co.)
*Gustavson v. Catholic Univ. of America*, 1:20-cv-cv-01496 (D.D.C.)
*Qureshi v. American Univ.*, 1:20-cv-01141 (D.D.C.); *Ryan v. Temple Univ.*, 5:20-cv-02164 (E.D. Pa.)
*Ryan v. Temple Univ.*, 5:20-cv-02164 (E.D. Pa.)
*Hernandez v. Illinois Institute of Technology*, 1:20-cv-03010 (N.D. Ill)
*In re: Columbia College Rankings Action*; 1:22-cv-05945 (S.D.N.Y.)



**Stuart J. Guber**

Email:
[stuart.guber@poulinwilley.com](mailto:stuart.guber@poulinwilley.com)

**Education**
Temple University, B.S.
Temple University School of Law, J.D.

     Stuart J. Guber is the Director of Shareholder Services and Securities Litigation at PWA.

     Mr. Guber is a seasoned litigator and trial counsel with over three decades of experience. He has expertise in class actions including complex litigation with emphasis in securities litigation and disclosure requirements, business law, corporate governance and compliance, consumer protection, investor protection, data security, and ERISA litigation. Mr. Guber has an extensive background in counseling clients, including institutional investors. Representative clients include the Public School Employees Retirement System of Pennsylvania, Retirement Systems of Alabama, numerous county and municipal pension plans, and Taft-Hartley Union Pension Funds and Health & Welfare Plan in class action and opt out litigation.

     Mr. Guber has recovered well over $1 billion for defrauded plaintiffs. He has a jury verdict for $81.3 million in a securities class action against Deloitte & Touche for a fraudulent audit of Koger Properties, Inc. ("KPI") and aided the U.S. Treasury Department in a tax evasion case against the founder of KPI. Mr. Guber was instrumental in reaching a $325 million settlement in class action litigation against Rite-Aid Corporation for violation of the federal securities laws, *In re Rite-Aid Corporation Securities Litigation*, 2001 WL 35963382 (E.D. PA. Aug. 16, 2001). He was instrumental in developing a Food Safety Council for Chipotle Mexican Grill Inc. in shareholder litigation concerning incidents of salmonella poisoning. His settlement of shareholder litigation in a data breach against Home Depot, Inc. has been called by Bloomberg Law "a good corporate security governance improvement blueprint for other companies" and "a roadmap for other companies … and … look to the settlement for 'additional guidance' on how to conduct post-breach remedial actions." Mr. Guber's firm was appointed Lead Counsel in all of these cases and Mr. Guber was lead counsel for the firm.

     Mr. Guber has had settlement classes certified in over 35 class actions and has had several classes certified where class certification was contested,

for example in *In re Evergreen Ultra Short Opportunities Fund Sec. Litig.*, (settled for $25 million post-certification) (D. Mass.), *In re Providian Financial Corp. Sec. Litig.*, C 01-3952 (N.D. Cal.) (settled for $65 million post- certification where class certification involved an issue of first impression). Mr. Guber has been appointed lead counsel in dozens of cases.

Mr. Guber had conducted oral argument in six of the thirteen United States Court of Appeals and numerous United States Court District Courts. He has been lead trial counsel and successfully tried cases representing both plaintiffs and defendants. He has received an AV rating by Martindale Hubbell.

### Bar Admissions
- State of Pennsylvania
- State of Georgia

- District Court Eastern District of Pennsylvania
- District Court Northern District of Pennsylvania

- First Circuit Court of Appeals
- Third Circuit Court of Appeals
- Sixth Circuit Court of Appeals
- Eighth Circuit Court of Appeals
- Nineth Circuit Court of Appeals
- Tenth Circuit Court of Appeals
- Eleventh Circuit Court of Appeals

### Practice Areas
- Complex Litigation
- Class Action Litigation (Consumer/Securities/Mergers & Acquisitions).
- Shareholder Derivative Litigation
- ERISA Litigation
- FINRA Arbitrations
- Taft-Hartley Unions: drafting Pension Fund & Health &Welfare Plan ERISA documents
- Trusts and Estates Litigation

### Tony Cifuentes

Email:
tony.cifuentes@poulinwilley.com

**Education**
University of South Florida, B.A.
University of Mississippi, J.D.

Tony is a Law Clerk in the Class Action and Mass Tort Division.



### Zachary R. Bieber

Email:
Zachary.bieber@poulinwilley.com

**Education**
The Ohio State University, B.A.
Creighton University School of Law,
J.D.

Zach is an Associate Attorney in the Class Action and Mass Tort Division.

**Bar Admissions**
- State of South Carolina

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation



### Deborah Olagunju

Email:
deborah.olagunjua@poulinwilley.com

**Education**
The State University at The College at
Brockport, B.S.
North Carolina Central University
School of Law, J.D. *Cum Laude*

Deborah is an Associate Attorney in the Class Action and Mass Tort Division.

**Bar Admissions**
- State of North Carolina

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation



### Brittany De Kine

Email:
brittany.dekine@poulinwilley.com

**Education**
University of Miami, B.B.A.
University of Maryland Francis King
Carey School of Law, J.D.

Brittany is a Federal Brief and Appellate Writer Attorney in the Class Action and Mass Tort Division.

**Bar Admissions**

- State of Florida
- State of Maryland
- District of Columbia

### Practice Areas
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation



**Alina Rizvi**

Email:
alina.rizvi@poulinwilley.com

Education
State University of New York at
New Paltz, B.A.
Vermont Law School, Juris
Doctor

Alina is a Federal Brief and Appellate Writer Attorney in the Class Action and Mass Tort
Division.

### Bar Admissions
- State of Minnesota

### Practice Areas
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation



**Deborah Diaz-Arroyo**

Email:
deborah.arroyo@poulinwilley.com

Education
University of Puerto Rico, Rio
Piedras Campus, B.A.
Pontifical Catholic University
Law School of Ponce, PR , Juris
Doctor

Deborah is a Discovery Team Lead Attorney in the Class Action and Mass Tort Division.

### Bar Admissions
- Puerto Rico

### Practice Areas
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

**Ryan D. Wilson**

Email:
ryan.wilson@poulinwilley.com

**Education**

University of Alabama Birmingham, B.S.

University of Tennessee, College of Law, Juris Doctor



Ryan is a Data Breach Attorney within the Class Action & Mass Tort division. Ryan is a Certified Information Privacy Professional for the United States (CIPP/US) and holds a cybersecurity certification awarded by the Computing Technology Industry Association (CompTIA Security+). Prior to joining the firm, Ryan's practice focused on helping clients minimize their potential exposure to liability associated with the use, collection, and disclosure of personal information. Ryan provided services to identify, address, and respond to statutory, regulatory, and contractual data protection obligations, including data protection impact assessments, privacy risk assessments, and data processing agreements.

**Bar Admissions**
- State of Alabama

**Practice Areas**
- Data Breach Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

**Seth C. Little**

Email: seth.little@poulinwilley.com

**Education**

University of Mississippi, B.A.

Mississippi College School of Law, Juris Doctor

Seth is an Attorney in the Class Action and Mass Tort Division.

**Bar Admissions**
- Alabama
- Mississippi

**Practice Areas**
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation