## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALEY GUSTAVSON, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Civil Action No. 20-cv-01496-DLF |
| v. | |
| THE CATHOLIC UNIVERSITY OF AMERICA, | |
| *Defendant*. | |

### DECLARATION OF SHELBY ALVEY OF
### SIMPLURIS, INC. IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I, Shelby Alvey, certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe them to be true:

1.     I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2.     Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

3.      Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Settlement Class Representative, Appointing Class Counsel, and Approving Notice ("Preliminary Approval Order") entered on September 19, 2024, to provide settlement administration services in this settlement.[1] In this capacity, Simpluris was charged with the following:

a.      Establishing and maintaining a Settlement-specific website at www.CUACovidTuitionSettlement.com;

b.      Establishing and maintaining a Settlement-specific toll-free phone number (1-833-285-3375);

c.      Formatting for printing and mailing a Postcard Notice to Settlement Class Members;

d.      Formatting and sending Email Notice to Settlement Class Members;

e.      Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

f.      Processing and issuing payments via check, PayPal and Venmo to Settlement Class Members, and sending payments to the Settlement Class Representative and Settlement Class Counsel;

g.      Providing counsel for the Parties with weekly status reports; and

h.      Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

---

[1] Unless otherwise defined, all capitalized terms shall have the same meaning as set forth in the Settlement Agreement. ECF No. 97.

DECLARATION OF SHELBY ALVEY OF SIMPLURIS, INC.

## CAFA NOTIFICATION

4.      On September 25, 2024, pursuant to the Class Action Fairness Act of 2005 ("CAFA") and 28 U.S.C.A. § 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA letter sent to the Attorneys General and the list of recipients.

## EMAIL AND MAIL NOTICE

5.      Pursuant to the Parties' agreement and the Preliminary Approval Order, Simpluris formatted the Postcard Notice to be sent by mail and Email Notice to be sent to Settlement Class Members. The Long Form Notice was also formatted to be made available on the Settlement website.

6.      The Notices advised Settlement Class Members of their right to request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

7.      On May 1, 2024, Counsel for Defendant provided Simpluris with the Class List containing 5,070 known Settlement Class Member names, mailing addresses and email addresses.

8.      Upon receipt of the Class List, Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA. 143 records did not contain a valid mailing address and 4,343 email addresses were verified.

9.      On October 18, 2024, Simpluris sent the Email Notice to 4,343 Settlement Class Members for whom a valid email address was available. Of those 4,343 Settlement Class

DECLARATION OF SHELBY ALVEY OF SIMPLURIS, INC.

Members, Simpluris successfully delivered Email Notice to 4,327 Settlement Class Members. Attached hereto as **Exhibit B** is a true and correct copy of the Email Notice.

10.    On October 24, 2024, Simpluris mailed the Postcard Notice to the 741 Settlement Class Members in the Class List who did not successfully receive an Email Notice. Attached hereto as **Exhibit C** is true and correct copy of the mailed Postcard Notice.

11.    As of December 30, 2024, 27 Postcard Notices have been returned by USPS. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e., skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 27 returned Notices, 20 Notices were re-mailed to either a newfound address or forwarding addresses provided by USPS, and 7 Notices were determined to be undeliverable because no updated address was available.

## WEBSITE AND TELEPHONE NUMBER

12.    Simpluris prepared and maintains a Settlement website at www.CUACovidTuitionSettlement.com that includes important dates and deadlines and Settlement-related documents, including the Class Action Settlement Agreement and Release, Plaintiff's Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement, the Preliminary Approval Order, and a downloadable version of the Notice of Class Action Settlement. The website has been available to the public since September 27, 2024. As of December 30, 2024, the website has been visited by 3,192 unique visitors with 9,120 page views.

13.    A Settlement-specific toll-free telephone number was included in the Notices and on the Settlement website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-833-285-3375. This telephone number is

active and has been available to the public since September 27, 2024, and has received 78 phone calls between September 27, 2024 and December 30, 2024.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

14.　　The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was December 23, 2024.

15.　　As of December 30, 2024, Simpluris has received zero (0) requests for exclusion to the proposed Settlement from Settlement Class Members.

16.　　The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was December 23, 2024.

17.　　As of December 30, 2024, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

## ADMINISTRATION COSTS

18.　　Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $19,496.53.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 31st day of December in Louisville, Kentucky.

_Shelby Alvey_
_____
SHELBY ALVEY

DECLARATION OF SHELBY ALVEY OF SIMPLURIS, INC.

# EXHIBIT A



Date: September 25, 2024


Re:    **Gustavson v. The Catholic University of America**
       **Civil Action No. 20-cv-01496-DLF**
       **United States District Court for the District of Columbia**
       **Notice of Proposed Settlement**


Dear Mr./Madam Attorney General:

Defendant The Catholic University of America provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715. The parties to the above-referenced class action have reached a proposed class settlement regarding all students who were enrolled in the Spring 2020 Semester who did not withdraw by March 18, 2020, for whom any amount of tuition and/or fees was paid to The Catholic University of America ("Catholic") from any source other than a scholarship, grant or tuition remission from Catholic, and whose tuition and/or fees have not been fully refunded by Catholic.

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

| | |
|---|---|
| **Document Site:** | **https://transfer.simpluris.com/link/x6Fscit9XhgeydC4nIgEBe**<br>This link expires on December 31, 2024. |
| **Available Documents:** | Exhibit A - Operative Complaint<br>Exhibit B - Notice of Class Action Settlement<br>Exhibit C - Settlement Agreement<br>Exhibit D - Motion for Preliminary Approval<br>Exhibit E - Preliminary Approval Order<br>Exhibit F - Summary of Estimated Class Members based on State |

The class list data used to prepare the summary list of settlement payments is preliminary pursuant to the agreement.

The Court has granted Preliminary Approval on September 19, 2024 and scheduled a Final Approval Hearing for January 23, 2025.

For additional information about this Settlement, please contact:



| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663 | Paul J. Doolittle<br>POULIN WILLEY<br>ANASTOPOULO, LLC<br>32 Ann Street<br>Charleston, SC 29403 | Tracy A. Roman<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2595 |

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Shelby Alvey
Project Manager
shelby.alvey@simpluris.com
714-640-5632

## CAFA NOTICE DISTRIBUTION LIST

Office of the Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Office of the Attorney General
Steve Marshall
501 Washington Avenue
P.O. Box 300152
Montgomery, AL  36130-0152

Attorney General's Office
Fainu'ulelei Falefatu Ala'ilima-Utu
American Samoa Gov't, Exec. Ofc. Bldg.
Utulei, Territory of American Samoa
Pago Pago, AS  96799

Office of the Attorney General
Tim Griffin
323 Center Street, Suite 200
Little Rock, AR  72201-2610

CAFA Coordinator
Office of the Attorney General, Consumer
Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102

Office of the Attorney General
William Tong
165 Capital Avenue
Hartford, CT  06106

Office of the Attorney General
Brian Schwalb
400 6th Street NW
Washington, DC  20001

Office of the Attorney General
Treg Taylor
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501-1994
Via Email: consumerprotection@alaska.gov

Office of the Attorney General
Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

Office of the Attorney General
Rob Bonta
1300 I Street, Suite 1740
Sacramento, CA  95814

Office of the Attorney General
Phil Weiser
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203

Office of the Attorney General
Kathy Jennings
Carvel State Office Bldg
820 N. French Street
Wilmington, DE  19801

Office of the Attorney General
Ashley Moody
The Capitol PL 01
Tallahassee, FL  32399-1050
Via Email:
Patrick.crotty@myfloridalegal.com

Office of the Attorney General
Douglas Moylan
ITC Building
590 S Marine Corps Drive, Ste. 706
Tamuning, GU  96913

## CAFA NOTICE DISTRIBUTION LIST

Office of the Attorney General
Chris Carr
40 Capitol Square SW
Atlanta, GA  30334-1300

Office of the Attorney General
Raúl Labrador
700 W. Jefferson Street, Ste. 210
PO Box 83720
Boise, ID  83720-1000

Department of the Attorney General
Anne E. Lopez
425 Queen St
Honolulu, HI  96813-2903

Indiana Attorney General's Office
Todd Rokita
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN  46204

Office of the Attorney General
Jasmine Ramos-Rojas
James R. Thompson Center
100 W Randolph St
Chicago, IL  60601
Via Email: jasmine.ramosrojas@ilag.gov

Office of the Attorney General
Kris Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, KS  66612-1597

Iowa Attorney General
Brenna Bird
Hoover State Office Bldg
1305 E.Walnut St.
Des Moines, IA  50319

Office of the Attorney General
Jeff Landry
P.O. Box 94095
Baton Rouge, LA  70804-4095

Office of the Attorney General
Daniel Cameron
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY  40601

Office of the Attorney General
Anthony G. Brown
200 St. Paul Place
Baltimore, MD  21202-2202

Office of the Attorney General
Aaron Frey
State House Station 6
Augusta, ME  4333

Department of the Attorney General
Dana Nessel
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI  48909-0212

Office of the Attorney General
Andrea Campbell
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA  2108

MS Attorney General's Office
Lynn Fitch
Department of Justice
P.O. Box 220
Jackson, MS  39205

## CAFA NOTICE DISTRIBUTION LIST

Office of the Attorney General
Keith Ellison
Suite 102, State Capital
75 Dr.  Martin Luther King, Jr. Blvd.
St. Paul, MN  55155

Missouri Attorney General's Office
Andrew Bailey
Supreme Ct Bldg.
207 W. High Street
Jefferson City, MO  65101

Nebraska Attorney General
Mike Hilgers
State Capitol
PO Box 98920
Lincoln, NE  68509-8920

Office of the Attorney General
John Formella
33 Capitol St.
Concord, NH  3301

Office of the Attorney General
Raul Torrez
PO Drawer 1508
Santa Fe, NM  87504-1508

Attorney General's Office
Josh Stein
9001 Mail Service Center
Raleigh, NC  27699-6400

Office of the Attorney General
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP  96950-8907

Office of the Attorney General
Austin Knudsen
Justice Bldg.
215 N. Sanders
Helena, MT  59620-1401

Office of the Attorney General
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV  89701
Via Email: NVAGCAFAnotices@ag.nv.gov

Office of the Attorney General
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ  08625

Office of the Attorney General
Letitia James
Attn: CAFA Coordinator
28 Liberty Street, 15th Floor
New York, NY  10005
Via Email: CAFA.Notices@ag.ny.gov

Office of the Attorney General
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND  58505-0040

Office of the Attorney General
Dave Yost
State Office Tower
30 E. Broad Street, 14th Floor
Columbus, OH  43215

Office of the Attorney General
Ellen F. Rosenblum
Justice Bldg.
1162 Court Street NE
Salem, OR  97301

## CAFA NOTICE DISTRIBUTION LIST

Office of the Attorney General
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK  73105

PR Department of Justice
Domingo Emanuelli Hernández
P.O. Box 9020192
San Juan, PR  00902-0192

Office of the Attorney General
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA  17120

Office of the Attorney General
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC  29211-1549

Office of the Attorney General
Peter F. Neronha
150 S. Main Street
Providence, RI  2903

Office of the Attorney General
Jonathan Skrmetti
425 5th Avenue North
Nashville, TN  37243

Office of the Attorney General
Marty Jackley
1302 E. Highway 14, Suite 1
Pierre, SD  57501-8501

Office of the Attorney General
Sean Reyes
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT  84114-2320

Office of the Attorney General
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX  78711-2548

Office of the Attorney General
Carol Thomas-Jacobs
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St Thomas, VI  802

Office of the Attorney General
Charity R. Clark
109 State St
Montpelier, VT  05609-1001

Office of the Attorney General
Bob Ferguson
1125 Washington Street SE
P.O. Box 40100
Olympia, WA  98504-0100
Via Email: privatecpa@ATG.WA.GOV

Office of the Attorney General
Jason Miyares
202 North Ninth Street
Richmond, VA  23219

Office of the Attorney General
Joshua Kaul
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI  53707-7857

Office of the Attorney General
Patrick Morrisey
State Capitol
1900 Kanawha Blvd. E.
Charleston, WV  25305

Office of the Attorney General
Bridget Hill
109 State Capitol
200 W. 24th St.
Cheyenne, WY  82002

# EXHIBIT B

Gustavson v. The Catholic University of America – Email Notice

From:  noreply@CUACovidTuitionSettlement.com
To:      «Class Member Email»
Re:      Legal Notice of Class Action Settlement

---

**Class Member Name:**    «Firstname» «Lastname»
**Class Member ID:**          «SIMID»
**Notice ID:**                      «Claim Login ID»
**PIN:**                              «PIN»

<u>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**</u>

*Gustavson v. The Catholic University of America*, No. 20-cv-01496
(United States District Court for the District of Columbia)

*For more information, visit www.CUACovidTuitionSettlement.com*

<u>**PLEASE READ THIS NOTICE CAREFULLY**</u>**. IF YOU ATTENDED THE CATHOLIC UNIVERSITY OF AMERICA DURING THE SPRING 2020 SEMESTER, YOU MAY BE ELIGIBLE TO RECEIVE CASH COMPENSATION FROM A CLASS ACTION SETTLEMENT.** *THIS NOTICE EXPLAINS YOUR RIGHTS AND OPTIONS AND THE DEADLINES TO EXERCISE THEM.*

*The United States District Court for the District of Columbia authorized this Notice.
You are not being sued. This is not a solicitation from a lawyer.*

**WHY DID I GET THIS NOTICE?**

• A Settlement has been reached in a class action lawsuit between Defendant The Catholic University of America ("Defendant" or "Catholic") and Plaintiff Haley Gustavson who alleges that she and the Settlement Class Members[1] are entitled to <u>partial</u> refunds of tuition and fees for the Spring 2020 Semester because Catholic transitioned to remote learning in March 2020 in response to the COVID-19 pandemic. The case is *Gustavson v. The Catholic University of America,* Case No. 20-cv-01496, United States District Court for the District of Columbia (the "Lawsuit"). The proposed Settlement is not an admission of wrongdoing by Catholic, and Catholic denies all allegations of wrongdoing and disclaims all liability with regard to all claims in the Lawsuit. Catholic also maintains that it transitioned to remote instruction to protect the health of its students, faculty and staff and in compliance with mandatory government shutdown orders, and settled this Lawsuit to avoid further litigation. The Court has granted preliminary approval of the Settlement and has conditionally certified the Settlement Class for purposes of settlement only. The Court has not decided who is right.

---

[1] Unless defined in this Notice, definitions for terms used in this Notice can be found in the Settlement Agreement available at www.CUACovidTuitionSettlement.com.

- You are a member of the Settlement Class if you were a Catholic undergraduate or graduate student enrolled in the Spring 2020 Semester who did not withdraw by March 18, 2020 for whom any amount of tuition and/or fees was paid to Catholic from any source other than a scholarship, grant or tuition remission from Catholic, and whose tuition or fees have not been fully refunded by Catholic. But, you are not a Settlement Class Member if you opt out of the Settlement, or if you received a full scholarship, grant or tuition remission from Catholic and thus did not pay any tuition or fees for the Spring 2020 semester.

- Under the Settlement Agreement, Catholic will pay $2,000,000 million. Some of that will go to Class Counsel for attorneys' fees and expenses, a class representative award, and the costs of administering the settlement. What remains of the $2,000,000 million will be divided equally among the approximately 5,070 Settlement Class Members. Settlement Class Members do not need take any action to receive their shares of the payment.  Settlement Class Members will automatically receive their shares by check mailed to the Settlement Class Member's last known mailing address.

Alternatively, if Settlement Class Members wish to update their mailing address for mailing of a check or prefer to receive their share by Venmo or PayPal, they may visit the settlement website to complete an election form to provide their updated mailing address, Venmo, or PayPal information.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | Settlement Class Members who do nothing automatically receive a payment by check to their last known mailing address as reflected in Catholic's records after the Effective Date of the Settlement Agreement. You will give up any rights you may have to sue Catholic about the issues in the Lawsuit. |
| **UPDATE YOUR MAILING ADDRESS OR CHANGE YOUR PAYMENT OPTIONS** | Settlement Class Members may visit www.CUACovidTuitionSettlement.com to (a) provide an updated address for sending a check or (b) elect to receive the payment by Venmo or PayPal instead of a check. |
| **EXCLUDE YOURSELF** | You will not receive a payment, but you will retain any rights you have to sue Catholic about the issues in the Lawsuit. |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement.  If the Court approves the Settlement, you will be bound by the Court's decision and the Settlement Agreement. |
| **ATTEND A HEARING** | Ask to speak in Court about the fairness of the Settlement. |

***These rights and options—and the deadlines to exercise them—are explained in this Notice. Please review this Notice carefully***.

The Court presiding over the Lawsuit still has to decide whether to approve the Settlement. The payment made available by this Settlement will be provided only if the Court approves the Settlement and after

any issues with the Settlement are resolved. Please be patient.

**WHAT IS THIS LAWSUIT ABOUT?**

The Lawsuit alleges that students who attended Catholic for the Spring 2020 semester are entitled to partial refunds of tuition and fees because Catholic transitioned to remote learning in March 2020 in response to the COVID-19 pandemic. Catholic denies each and every allegation of wrongdoing, liability, and damages asserted, and denies that the claims in the Lawsuit would

be appropriate for class treatment if the litigation proceeded through trial. Catholic also maintains that it transitioned to remote instruction to protect the health of its students, faculty and staff and in compliance with mandatory government shutdown orders, and settled this Lawsuit to avoid further litigation.

The Amended Complaint, the Settlement Agreement, and other case-related documents are available on the Settlement Website, accessible at www.CUACovidTuitionSettlement.com.

**WHY IS THIS A CLASS ACTION?**

A class action is a lawsuit in which one or more persons called a "Class Representative" sues on behalf of people with similar claims. These people together are a "Settlement Class" or "Settlement Class Members."

The Settlement, if finally approved by the Court, resolves all issues for all Settlement Class Members, except for those who exclude themselves from the Settlement Class.

**WHY IS THERE A SETTLEMENT?**

The Plaintiff and Catholic have determined that it is in their best interests to settle the Lawsuit to avoid the expenses and uncertainties associated with continued litigation. This Settlement resolves all claims asserted in the Lawsuit against Catholic and its affiliated persons and entities. The Plaintiff and the attorneys for the Settlement Class believe the proposed settlement is in the best interests of the Class. The Settlement is not an admission of wrongdoing by Catholic and does not imply that there has been, or would be, any finding that Catholic violated any law if the Lawsuit were to move forward. Catholic denies each and every allegation of wrongdoing and liability in the Lawsuit. The Court did not reach a decision on the merits of the Lawsuit. The Court has preliminarily approved the Settlement and ordered that this notice be provided to explain it. Nevertheless, because the settlement of a class action determines the rights of all members of the class, the Court overseeing this Lawsuit must give final approval to the Settlement before it can be effective. The Court has conditionally certified the Settlement Class for settlement purposes only, so that Settlement Class Members receive this Notice and have the opportunity to exclude themselves from the Settlement Class or to voice their support for or opposition to final approval of the Settlement. If the Court does not give final approval to the Settlement, or if it is terminated by the Parties, the Settlement will be void, and the Lawsuit will proceed as if there had been no settlement and no certification of the Settlement Class.

**WHO IS IN THE SETTLEMENT CLASS?**

You are a member of the Settlement Class if you were a Catholic undergraduate or graduate student enrolled in the Spring 2020 Semester who did not withdraw by March 18, 2020 for whom any amount of tuition and/or fees was paid to Catholic from any source other than a scholarship, grant or tuition

remission from Catholic, and whose tuition or fees have not been fully refunded by Catholic. Excluded from the Settlement Class are (i) any students who received full scholarships, grants or tuition remission from Catholic and thus did not pay any tuition or fees for the Spring 2020 Semester; (ii) the University and its officers, trustees and their family members; (iii) Class Counsel; (iv) the Judge presiding over the Action; and (v) all persons who properly execute and file a timely opt-out request to be excluded from the Settlement Class.

## WHAT ARE MY OPTIONS?

**(1)    Receive Payment by Check or Elect to Have Your Payment Made Electronically.**

The $2,000,000 million Settlement Fund, minus any attorneys' fees and expenses for Plaintiff's counsel (addressed below), an award for the Settlement Class Representative of up to $7,500, and the costs of administering the Settlement, will be divided equally among all Settlement Class Members. You will not need to take any action to receive your share of the Settlement. Settlement Class Members will automatically receive their shares by check mailed to the Settlement Class Member's last known mailing address as reflected in Catholic's records.  Alternatively, if Settlement Class Members wish to update their mailing address for mailing of a check or prefer to receive their share by Venmo or PayPal, they may visit the settlement website to provide their updated mailing address or Venmo or PayPal information. With respect to any checks not cashed within 180 days of issuance or electronic payments not successfully received on the first attempt by Settlement Class Members, the claims administrator may attempt to re-mail the checks or reissue the electronic payments to those who did cash their checks and/or those who successfully received their electronic payments, unless the expense of doing so is more than the amount of funds for checks not cashed and electronic payments not successfully received.

**(2)    Exclude Yourself ("Opt out" of the Settlement)**.

You may exclude yourself from the Settlement. If you do so, you will not receive a share of the Settlement Fund. You will not release any claims you may have against Catholic and the Released Parties (as that term is defined in the Settlement Agreement, available for review at www.CUACovidTuitionSettlement.com), and you will be free to pursue whatever legal rights you may have by pursuing your own lawsuit against the Released Parties at your own risk and expense. To exclude yourself from the Settlement, you must send a written request for exclusion to the Settlement Administrator at Gustavson v. The Catholic University of America, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799, postmarked by **December 23, 2024**. Your request to be excluded from the Settlement must be personally signed by you and contain a statement that indicates your desire to be excluded from the Settlement Class in *Gustavson v. The Catholic University of America.* The request should also include your full name, address, telephone number(s), and email address, and identify the case name *Gustavson v. The Catholic University of America,* Case No. 20-cv-01496, in the United States District Court for the District of Columbia.

You cannot ask to be excluded by phone or on the Settlement Website. You may opt out of the Settlement Class only for yourself; you may not opt others out of the Settlement Class on a class or representative basis.

**(3)    Object to the Settlement**.

If you are a Settlement Class Member, you can object to the Settlement if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your

views. You cannot ask the Court for a different settlement; the Court can only approve or reject the Settlement. If the Court does not approve the Settlement, no payments will be sent out, and the Lawsuit will continue.

To object, you must file a written objection with the Court, which includes the following information:

- A statement confirming that you are a Settlement Class Member;
- Your name, address, email address, and telephone number;
- A personal signature from you, the Settlement Class Member;
- A statement that identifies the substance of all objections, states whether each objection applies to only you, to a subset of the Settlement Class, or the entire Settlement Class, and provides the specific reasons for all objections, including any legal arguments and evidentiary support (including copies of any documents you rely upon); and
- A statement whether you intend to appear and seek to be heard at the Final Approval Hearing, with or without counsel.

**IF YOU DO NOT TIMELY AND VALIDLY MAKE YOUR OBJECTION, YOU WILL BE DEEMED TO HAVE WAIVED ALL OBJECTIONS AND WILL NOT BE ENTITLED TO SPEAK AT THE FINAL APPROVAL HEARING.**

If you file and serve a written objection and statement of intent to appear, you may appear at the Final Approval Hearing, either in person or through your personal counsel hired at your own expense, to object to the fairness, reasonableness, or adequacy of the Settlement.

If you wish to object, you must file your objection with the Court (using the Court's electronic filing system or in any manner in which the Court accepts filings) no later than **December 23, 2024**. You must also send a copy of your objection to by mail, hand, or overnight delivery service (or by operation of the Court's CM/ECF system) to Class Counsel (specifically Paul J. Doolittle of Poulin Willey Anastopoulo LLC 32 Ann Street, Charleston, South Carolina 29403) and the attorneys representing Catholic (Tracy A. Roman, Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, DC 20004-2595), postmarked no later than **December 23, 2024**.

If you hire an attorney in connection with making an objection, that attorney must also file with the Court a notice of appearance by **December 23, 2024**. If you do hire your own attorney, you will be solely responsible for payment of any fees and expenses the attorney incurs on your behalf. If you exclude yourself from the Settlement, you cannot file an objection. If you object and the Settlement is approved, you will still be entitled to receive benefits under the Settlement, and will be bound by the terms of the Settlement.

**COMPENSATION TO CLASS COUNSEL AND THE NAMED PLAINTIFF**

*Settlement Class Representative Compensation*. The Court may award reasonable compensation to the Class Representative for her service in the case, not to exceed Seven Thousand Five Hundred Dollars ($7,500), which shall come from the Settlement Fund. Any such Court-ordered compensation shall be paid within sixty (60) days after the Effective Date. This shall be

in addition to any payment that the Settlement Class Representative may receive as a Settlement Class Member.

*Class Counsel Attorneys' Fees and Expenses*. The attorneys who brought the Lawsuit (listed below)

will ask the Court to award them attorneys' fees not to exceed 33.33 % of the Settlement Fund

($666,666.66), for the time and effort expended in investigating the facts, conducting the litigation, and negotiating the Settlement, as well as reimbursement of litigation expenses incurred through the date of the application for attorneys' fees and expenses, plus a reasonable estimate of additional expenses likely to be incurred through the Effective Date (the "Fee and Expense Award"). Class Counsel's motion for a Fee and Expense Award and Class Representative Award will be filed with the Court and made available on the Settlement Website no later than December 9, 2024. The Fee and Expense Award shall be payable by the Settlement Administrator from the Settlement Fund within thirty (30) business days after entry of the Court's Final Judgment.

## WHAT RIGHTS AM I GIVING UP IN THIS SETTLEMENT?

Unless you exclude yourself from the Settlement, you cannot sue or be part of any other lawsuit against Catholic or any of its affiliated persons and entities about the issues in the Lawsuit. This specifically includes any claim for breach of contract or any tort, common law or statutory claim arising out of or in any way allegedly related to Catholic tuition and/or fees paid or incurred by or on behalf of any Settlement Class Member in connection with the Spring 2020 Semester. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you.

The Settlement Agreement is available at www.CUACovidTuitionSettlement.com. *The Settlement Agreement provides more detail regarding the Releases and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully*. If you have any questions, you can talk for free to the attorneys identified below who have been appointed by the Court to represent the Settlement Class, or you are welcome to talk to any other lawyer of your choosing at your own expense.

## WHEN WILL I RECEIVE MY CASH PAYMENT?

Cash payments will be distributed after the Court grants Final Approval to the Settlement. The Parties cannot accurately predict when (or whether) the Court will grant Final Approval to the Settlement, or whether there may be appeals from that order that take additional time to resolve, so please be patient. Settlement Class Members will receive their payment within sixty (60) days after the Effective Date.

Updated information about the case will be made available at www.CUACovidTuitionSettlement.com, or you can call the Settlement Administrator at (833) 285-3375 or contact Class Counsel at the information provided below.

## WHEN WILL THE COURT RULE ON THE SETTLEMENT?

The Court has already granted Preliminary Approval of the Settlement. A final hearing on the Settlement, called a final approval or fairness hearing, will be held to determine the fairness of the Settlement. At the Final Approval Hearing, the Court will also consider whether to make final the certification of the Settlement Class for settlement purposes, hear any proper objections and arguments to the Settlement, as well as any requests for an award of attorneys' fees and expenses and a Class Representative Award for the Plaintiff. The Court will hold the Final Approval Hearing on **January 23, 2025 at 10:00 a.m. ET**, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C.

The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes

will be posted at the settlement website, www.CUACovidTuitionSettlement.com, and on the Court's docket on PACER on http://ecf.ctd.uscourts.gov.

If the Settlement is given Final Approval, the Court will not make any determination as to the merits of the claims or defenses at issue. Instead, the Settlement's terms will take effect and the Lawsuit will be dismissed on the merits with prejudice. Both sides have agreed to the Settlement to achieve an early and certain resolution to the Lawsuit, so it provides specific and valuable benefits to the members of the Settlement Class.

If the Court does not grant Final Approval of the Settlement, or if Final Approval is reversed on appeal, or if the Settlement does not become final for some other reason, Plaintiff, Settlement Class Members, and Catholic will be in the same position as they were before the execution of the Settlement, and the Settlement will have no legal effect, no class will remain certified (conditionally or otherwise), and Plaintiff and Catholic will continue to litigate the Lawsuit. There can be no assurance that, if the Settlement is not approved, Settlement Class Members will recover more than is provided in the Settlement, or indeed, anything at all.

**WHERE CAN I GET ADDITIONAL INFORMATION?**

This Notice is only a summary of the proposed Settlement. More details are in the Settlement Agreement which, along with other documents, can be obtained at www.CUACovidTuitionSettlement.com. If you have any questions, you can also call the Settlement Administrator at (833) 285-3375 or Class Counsel at the numbers or email addresses set forth below. Besides the documents available on the case website, all pleadings and documents filed in court may be reviewed or copied in the Office of the Clerk.

***Please do <u>not</u> contact the Judge or the Clerk of the Court or The Catholic University of America about the Lawsuit. They cannot give you advice on your options***.

**WHO REPRESENTS THE CLASS?**

The Court has approved these attorneys to represent the Settlement Class. They are called "Class Counsel." You will <u>not</u> be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

| | |
|---|---|
| Paul J. Doolittle, Esq. | Curtis A. Boykin, Esq. |
| POULIN \| WILLEY \| ANASTOPOULO, LLC | DOUGLAS & BOYKIN PLLC |
| 32 Ann Street | 1850 M Street, NW, Ste. 640 |
| Charleston, South Carolina 29403 | Washington, DC 20036-5836 |
| Telephone: (803) 222-2222 | Telephone: (202) 776-0370 |
| Email: paul.doolittle@poulinwilley.com | Email: caboykin@douglasboykin.com |

# EXHIBIT C

**Gustavson v. The Catholic University of America**
**c/o Settlement Administrator**
**P.O. Box 25226**
**Santa Ana, CA 92799**

## LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## THE CATHOLIC UNIVERSITY OF AMERICA SETTLEMENT

## IF YOU ATTENDED THE CATHOLIC UNIVERSITY OF AMERICA DURING THE SPRING 2020 SEMESTER, YOU MAY BE ELIGIBLE TO RECEIVE CASH COMPENSATION FROM A CLASS ACTION SETTLEMENT.

Class Member ID:  «SIMID»  Notice ID: «Claim Login ID»  PIN: «PIN»

«IMb₁ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State»  «Zip»-«ZipDPC3»

SIMID «SIMID»

By Order of the Court Dated: September 19, 2024

A Settlement has been reached in a class action lawsuit between Defendant The Catholic University of America ("Defendant" or "Catholic") and Plaintiff Hayley Gustavson who alleges that she and the Settlement Class Members are entitled to partial refunds of tuition and/or fees for the Spring 2020 Semester because Catholic transitioned to remote learning in March 2020 in response to the COVID-19 pandemic. The case is *Gustavson v. The Catholic University of America*, Case No. 20-cv-01496, United States District Court for the District of Columbia (the "Lawsuit"). The proposed Settlement is not an admission of wrongdoing by Catholic, and Catholic denies all allegations of wrongdoing and disclaims all liability with regard to all claims in the Lawsuit. Catholic also maintains that it transitioned to remote instruction to protect the health of its students, faculty and staff and in compliance with mandatory government shutdown orders, and settled this Lawsuit to avoid further litigation. The Court has granted preliminary approval of the Settlement and has conditionally certified the Settlement Class for purposes of settlement only. The Court has not decided who is right.

**Am I a Class Member?** Catholic's records reflect you may be a Class Member. You are a member of the Settlement Class if you were a Catholic undergraduate or graduate student enrolled in the Spring 2020 Semester who did not withdraw by March 18, 2020 for whom any amount of tuition and/or fees was paid to Catholic from any source other than a scholarship, grant or tuition remission from Catholic, and whose tuition and/or fees have not been fully refunded by Catholic. You are not a Settlement Class Member if (i) you received a full scholarship, grant or tuition remission from Catholic and thus did not pay any tuition or fees for the Spring 2020 semester; (ii) you are the University and its officers, trustees and their family members; (iii) you are Class Counsel; (iv) you are the Judge presiding over the Action; and/or (v) you properly execute and file a timely opt-out request to be excluded from the Settlement Class.

**What Can I Get?** If approved by the Court, a Settlement Fund of $2,000,000 million has been established to pay all claims to the Settlement Class, as well as notice and administration expenses for the Settlement, approved attorneys' fees and costs, and a class representative award. What remains of the $2,000,000 million Settlement Fund will be divided equally among the approximately 5,070 Settlement Class Members.

**How Do I Get a Payment?** If You are a Settlement Class Member, you do not need to take any action to receive your share of the payment. If you are a Settlement Class Member, you will automatically receive your share by check mailed to your last known mailing address. Alternatively, if you are a Settlement Class Member and you prefer to receive your share by Venmo or PayPal, or wish to update your mailing address for mailing of a check, you may visit the Settlement Website to complete an election form to provide your updated mailing address, Venmo, or PayPal information.

**What are My Other Options?** You may exclude yourself from the Class by sending a written request for exclusion to the settlement administrator at Gustavson v. The Catholic University of America, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799, postmarked by **December 23, 2024**. If you exclude yourself, you will not receive a payment, but you keep any rights you may have to sue Catholic over the legal issues in the Lawsuit. If you do not exclude yourself, you may object to the Settlement if you choose to do so. You and/or your lawyer have the right to appear before the Court and/or object to the proposed settlement. Your written objection must be filed with the Court no later than **December 23, 2024**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.CUACovidTuitionSettlement.com. If you do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to causes of action asserted in the Lawsuit or which could have been brought in the Lawsuit based upon the facts alleged regarding the Spring 2020 Semester will be released.

**Who Represents Me?** The Court has appointed Poulin Willey Anastopoulo, LLC and Douglas Boykin PLLC to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in the Lawsuit, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court has already granted Preliminary Approval of the Settlement. A final hearing on the Settlement, called a final approval or fairness hearing, will be held to determine the fairness of the Settlement. At the Final Approval Hearing, the Court will also consider whether to make final the certification of the Settlement Class for settlement purposes, hear any proper objections and arguments to the Settlement, as well as any requests for an award of attorneys' fees and expenses (not to exceed 33.33% of the total Settlement Fund) and Settlement Class Representative Award for the Plaintiff (not to exceed $7,500) that may be sought by Class Counsel. The Court will hold the Final Approval Hearing on **January 23, 2025** at **10:00 a.m. ET**, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C. The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes will be posted at the Settlement Website, www.CUACovidTuitionSettlement.com, and on the Court's docket on PACER at http://ecf.ctd.uscourts.gov.

**How Do I Get More Information?** For more information, including a more detailed Notice, a copy of the Settlement Agreement and other documents, go to www.CUACovidTuitionSettlement.com, contact the settlement administrator at (833) 285-3375 or Gustavson v. The Catholic University of America, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799, or call Class Counsel at (803) 222- 2222.