IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HALEY GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>*Defendant*. | Civil Action No. 20-cv-01496 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARD**

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Awards, all exhibits and declarations attached thereto, any opposition thereto, and arguments of counsel, if any, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Awards is **GRANTED** in full.

2. Class Counsel is entitled to reasonable attorneys' fees, which the Court finds to be $666,666.66.  This sum shall be paid out of the Settlement Fund in accordance with the provisions of the Settlement Agreement.

3. Class Counsel is entitled to reimbursement of litigation-related costs and expenses, which the Court finds to be $144,808.38.  This sum shall be paid out of the Settlement Fund in accordance with the provisions of the Settlement Agreement.

1

4. The Class Representative in this action initiated her lawsuit, acted to protect the Class, and assisted her counsel. Class Representative Haley Gustavson is entitled to a service award of $7,500. This sum shall be paid out of the Settlement Fund in accordance with the provisions of the Settlement Agreement.

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
The Honorable Dabney L. Friedrich
United States Circuit Judge

Case 1:20-cv-01496-DLF    Document 103    Filed 01/17/25    Page 3 of 3