Gustavson v. The Catholic University of America
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

## LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## THE CATHOLIC UNIVERSITY OF AMERICA SETTLEMENT

## IF YOU ATTENDED THE CATHOLIC UNIVERSITY OF AMERICA DURING THE SPRING 2020 SEMESTER, YOU MAY BE ELIGIBLE TO RECEIVE CASH COMPENSATION FROM A CLASS ACTION SETTLEMENT.

**Class Member ID:** «SIMID»  **Notice ID:** «Claim Login ID»  **PIN:** «PIN»

«IMbǀullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State»  «Zip»-«ZipDPC3»

SIMID «SIMID»

By Order of the Court Dated: September 19, 2024

A Settlement has been reached in a class action lawsuit between Defendant The Catholic University of America ("Defendant" or "Catholic") and Plaintiff Hayley Gustavson who alleges that she and the Settlement Class Members are entitled to partial refunds of tuition and/or fees for the Spring 2020 Semester because Catholic transitioned to remote learning in March 2020 in response to the COVID-19 pandemic. The case is *Gustavson v. The Catholic University of America*, Case No. 20-cv-01496, United States District Court for the District of Columbia (the "Lawsuit"). The proposed Settlement is not an admission of wrongdoing by Catholic, and Catholic denies all allegations of wrongdoing and disclaims all liability with regard to all claims in the Lawsuit. Catholic also maintains that it transitioned to remote instruction to protect the health of its students, faculty and staff and in compliance with mandatory government shutdown orders, and settled this Lawsuit to avoid further litigation. The Court has granted preliminary approval of the Settlement and has conditionally certified the Settlement Class for purposes of settlement only. The Court has not decided who is right.

**Am I a Class Member?** Catholic's records reflect you may be a Class Member. You are a member of the Settlement Class if you were a Catholic undergraduate or graduate student enrolled in the Spring 2020 Semester who did not withdraw by March 18, 2020 for whom any amount of tuition and/or fees was paid to Catholic from any source other than a scholarship, grant or tuition remission from Catholic, and whose tuition and/or fees have not been fully refunded by Catholic. You are not a Settlement Class Member if (i) you received a full scholarship, grant or tuition remission from Catholic and thus did not pay any tuition or fees for the Spring 2020 semester; (ii) you are the University and its officers, trustees and their family members; (iii) you are Class Counsel; (iv) you are the Judge presiding over the Action; and/or (v) you properly execute and file a timely opt-out request to be excluded from the Settlement Class.

**What Can I Get?** If approved by the Court, a Settlement Fund of $2,000,000 million has been established to pay all claims to the Settlement Class, as well as notice and administration expenses for the Settlement, approved attorneys' fees and costs, and a class representative award. What remains of the $2,000,000 million Settlement Fund will be divided equally among the approximately 5,070 Settlement Class Members.

**How Do I Get a Payment?** If You are a Settlement Class Member, you do not need to take any action to receive your share of the payment. If you are a Settlement Class Member, you will automatically receive your share by check mailed to your last known mailing address. Alternatively, if you are a Settlement Class Member and you prefer to receive your share by Venmo or PayPal, or wish to update your mailing address for mailing of a check, you may visit the Settlement Website to complete an election form to provide your updated mailing address, Venmo, or PayPal information.

**What are My Other Options?** You may exclude yourself from the Class by sending a written request for exclusion to the settlement administrator at Gustavson v. The Catholic University of America, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799, postmarked by **December 23, 2024**. If you exclude yourself, you will not receive a payment, but you keep any rights you may have to sue Catholic over the legal issues in the Lawsuit. If you do not exclude yourself, you may object to the Settlement if you choose to do so. You and/or your lawyer have the right to appear before the Court and/or object to the proposed settlement. Your written objection must be filed with the Court no later than **December 23, 2024**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.CUACovidTuitionSettlement.com. If you do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to causes of action asserted in the Lawsuit or which could have been brought in the Lawsuit based upon the facts alleged regarding the Spring 2020 Semester will be released.

**Who Represents Me?** The Court has appointed Poulin Willey Anastopoulo, LLC and Douglas Boykin PLLC to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in the Lawsuit, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court has already granted Preliminary Approval of the Settlement. A final hearing on the Settlement, called a final approval or fairness hearing, will be held to determine the fairness of the Settlement. At the Final Approval Hearing, the Court will also consider whether to make final the certification of the Settlement Class for settlement purposes, hear any proper objections and arguments to the Settlement, as well as any requests for an award of attorneys' fees and expenses (not to exceed 33.33% of the total Settlement Fund) and Settlement Class Representative Award for the Plaintiff (not to exceed $7,500) that may be sought by Class Counsel. The Court will hold the Final Approval Hearing on **January 23, 2025** at **10:00 a.m. ET**, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C. The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes will be posted at the Settlement Website, www.CUACovidTuitionSettlement.com, and on the Court's docket on PACER at http://ecf.ctd.uscourts.gov.

**How Do I Get More Information?** For more information, including a more detailed Notice, a copy of the Settlement Agreement and other documents, go to www.CUACovidTuitionSettlement.com, contact the settlement administrator at (833) 285-3375 or Gustavson v. The Catholic University of America, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799, or call Class Counsel at (803) 222- 2222.